IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**The Pet Apothecary LLC,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11192 (TMH) |

NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 6, 2025, AT 2:00 P.M. (EASTERN TIME)[3]

> AS THERE ARE NO MATTERS GOING FORWARD, THE HEARING
> IS CANCELLED
> AT THE DIRECTION OF THE COURT.

**I.  RESOLVED MATTER(S):**

1. Debtors' Second (Non-Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on March 14, 2025 [Docket No. 775].

   Objection Deadline:   April 4, 2025, at 4:00 p.m. (Eastern Time).

   Responses Received:   None.

   Related Pleadings:

   A.   Notice of Rescheduled Hearing, filed on April 3, 2025 [Docket No. 843].

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows:  (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

[2]  All amended items appear in **bold.**

[3]  *Please Note*: The hearing will be held on the Third Floor in Court Room 7.

B. Certification of Counsel Regarding Debtors' Second (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on April 8, 2025 [Docket No. 845].

C. Order Granting Debtors' Second (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, entered on April 14, 2025 [Docket No. 854].

Status: The order has been entered. Therefore, no hearing is necessary.

II. **MATTER(S) FILED UNDER CERTIFICATION OF COUNSEL:**

2. Debtors' Third (Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on March 14, 2025 [Docket No. 776].

   Objection Deadline:   April 4, 2025, at 4:00 p.m. (Eastern Time).

   Responses Received:

   i. Dr. Rinku Patel's ("**Dr. Patel**") Opposition to Debtors' Third (Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on April 4, 2025 [Docket No. 844].

   ii. Informal response from Cardinal Health 110, LLC ("**Cardinal Health**").

   iii. Informal response from California Franchise Tax Board ("**Franchise Tax Board**").

   Related Pleadings:

   A. Notice of Rescheduled Hearing, filed on April 3, 2025 [Docket No. 843].

   B. Certification of Counsel Regarding Debtors' Third (Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on May 1, 2025 [Docket No. 867].

   Status: The Debtors have filed a revised order under certification of counsel. The informal response by Cardinal Health has been resolved with no changes to the proposed order. The claims of Dr. Patel and the Franchise Tax Board have been removed from Schedule 1 and will be adjourned to the June 2, 2025 omnibus hearing.

3. Reorganized Debtors' Motion for Entry of an Order Closing Certain of the Chapter 11 Cases, filed on April 10, 2025 [Docket No. 852].

   Objection Deadline:   April 29, 2025, at 4:00 p.m. (Eastern Time).

Responses Received:

(i)  Informal response from the Office of the United States Trustee.

Related Pleadings:

A.  Certification of Counsel Regarding Reorganized Debtors' Motion for Entry of an Order Closing Certain of the Chapter 11 Cases, filed on May 1, 2025 [Docket No. 868].

B.  **Order and Final Decree Closing Certain of the Chapter 11 Cases, entered on May 2, 2025 [Docket No. 870].**

Status: **The order has been entered. Therefore, no hearing is necessary.**

| | |
|---|---|
| Dated: May 2, 2025<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Mark D. Olivere*<br>William E. Chipman, Jr. (No. 3818)<br>David W. Carickhoff (No. 3715)<br>Mark D. Olivere (No. 4291)<br>Alan M. Root (No. 5427)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 295-0191<br>Email:  chipman@chipmanbrown.com<br>carickhoff@chipmanbrown.com<br>olivere@chipmanbrown.com<br>root@chipmanbrown.com<br><br>*Counsel for Debtors and Debtors in Possession* |