## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, et al., | Case No. 24-11188-TMH |
| Debtors[1]. | (Jointly Administered) |
| | **Obj. Deadline: May 23, 2025 at 4:00 p.m. (ET)**<br>**Hearing Date: June 2, 2025 at 10:00 a.m. (ET)** |

**COMBINED SECOND MONTHLY, FIRST INTERIM AND FINAL APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE COMBINED MONTHLY PERIOD FROM DECEMBER 1, 2024 TO MARCH 21, 2025 AND THE INTERIM AND FINAL PERIODS FROM JUNE 19, 2024 TO MARCH 21, 2025**

| | |
|---|---|
| Name of Applicant: | Richards, Layton & Finger, P.A. |
| Authorized to provide professional services to: | Debtors and Debtors in Possession, Effective as June 19, 2024. |
| Date of Retention: | July 29, 2024, effective as of June 19, 2024 |
| Monthly Period for which compensation and reimbursement are sought: | December 1, 2024 to March 21, 2025 |
| Amount of Monthly Compensation sought as actual, reasonable and necessary: | $524,647.50 |
| Amount of Monthly Expenses sought as actual, reasonable and necessary: | $64,869.93 |
| Interim Period for which compensation and reimbursement are sought: | June 19, 2024 to March 21, 2025 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

| | |
|---|---|
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $1,446,151.50 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $119,851.35 |
| Final Period for which compensation and reimbursement are sought: | June 19, 2024 to March 21, 2025 |
| Amount of Final Compensation sought as actual, reasonable, and necessary: | $1,466,151.50[2] |
| Amount of Final Expense Reimbursement sought as actual, reasonable, and necessary: | $119,851.35 |

This is a(n):  _X_  monthly     _X_ interim     _X_  final application

Prior Applications Filed:

| Date | Period | Docket No. | Fees | Expenses |
|---|---|---|---|---|
| 1/7/25 | 6/19/24 – 11/30/24 | 655 | $921,504.00 | $54,981.42 |

---

[2]   From March 21, 2025 through and including the filing and prosecution of this final fee application (the "**Estimated Period**"), RL&F has rendered and anticipates rendering services and has incurred and anticipates incurring reimbursable expenses (the "**Estimated Amounts**") in connection with (i) the preparation, filing, service and prosecution of this final fee application (this "**Application**"), (ii) the preparation for the final fee hearing with respect to the Application (the "**Final Fee Hearing**") and (iii) the settlement and resolution of the adversary proceeding. The Estimated Amounts include (i) combined attorney and paralegal time up to $30,000.00 in total fees and (ii) expenses, including, but not limited to, photocopying, postage, business meals and delivery charges up to $5,000.00. The Estimated Amounts are, by their very terms, estimates and thus are strictly without prejudice to RL&F's rights to request payment for actual fees and expenses incurred during the Estimated Period, which may exceed such amounts. To that end, prior to the Final Fee Hearing, RL&F will file appropriate time and expense details with the Court that will include its actual fees and expenses incurred during the Estimated Period in connection with the Final Fee Applications and the Final Fee Hearing.

**COMBINED MONTHLY COMPENSATION BY PROFESSIONAL**
**DECEMBER 1, 2024 THROUGH MARCH 21, 2025**

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kelly E. Farnan | Director; Member of the Delaware Bar since 2003 | $1,150 | 70.3 | $80,845.00 |
| | | $1,050 | 36.1 | $37,905.00 |
| Katharine L. Mowery | Director; Member of the Delaware Bar since 2011 | $1,050 | 59.3 | $62,265.00 |
| | | $995 | 29.4 | $29,253.00 |
| Jeffrey L. Moyer | Director; Member of the Delaware Bar since 1994 | $1,195 | 38.7 | $46,246.50 |
| | | $1,095 | 22.8 | $24,966.00 |
| Chad M. Shandler | Director; Member of the Delaware Bar since 1999 | $1,150 | 38.1 | $43,815.00 |
| | | $1,050 | 5.8 | $6,090.00 |
| Sara M. Metzler | Associate; Member of the Delaware Bar since 2018 | $900 | 45.7 | $41,130.00 |
| | | $775 | 17.4 | $13,485.00 |
| David T. Queroli | Associate; Member of the Delaware Bar since 2016 | $900 | 2.9 | $2,610.00 |
| Zachary J. Javorsky | Associate; Member of the Delaware Bar since 2022 | $700 | 5.3 | $3,710.00 |
| | | $575 | 4.6 | $2,645.00 |
| Edmond S. Kim | Associate; Member of the Delaware Bar since 2022 | $750 | 6.5 | $4,875.00 |
| | | $625 | 7.2 | $4,500.00 |
| Emily R. Mathews | Member of DE Bar since 2022. | $750 | 3.6 | $2,700.00 |
| Jessica E. Blau | Associate; Member of the Delaware Bar since 2023 | $650 | 46.9 | $30,485.00 |
| | | $525 | 33.2 | $17,430.00 |
| Nicholas A. Franchi | Associate; Member of the Delaware Bar since 2024 | $575 | 0.2 | $115.00 |
| Michael S. DePhilippo | Document Review Attorney | $535 | 23.1 | $12,358.50 |
| Albert J. Feeley Jr. | Document Review Attorney | $650 | 15.8 | $10,270.00 |
| | | $550 | 13.0 | $7,150.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Lilian V. Philiposian | Document Review Attorney | $535 | 31.8 | $17,013.00 |
| | | $475 | 7.2 | $3,420.00 |
| Damon T. Taylor | Document Review Attorney | $535 | 26.3 | $14,070.50 |
| | | $475 | 3.5 | $1,662.50 |
| LeeAnn Scavina | Paralegal | $425 | 0.8 | $340.00 |
| | | $395 | 0.7 | $276.50 |
| Rebecca V. Speaker | Paralegal | $425 | 4.0 | $1,700.00 |
| | | $395 | 0.8 | $316.00 |
| Anne Coburn | Paralegal | $425 | 0.5 | $212.50 |
| Ellen Rosario | Paralegal | $425 | 0.3 | $127.50 |
| | | $395 | 0.5 | $197.50 |
| Erin Weyl | Paralegal | $425 | 0.4 | $170.00 |
| Emily K. Frauli | Case Management Assistant | $325 | 0.8 | $260.00 |
| Virginia V. Krup | Case Management Assistant | $325 | 0.1 | $32.50 |
| **TOTAL** | | | **603.6** | **$524,647.50** |

Grand Total                    $524,647.50
Attorney Compensation          $521,015.00
Total Attorney Hours           594.70
Attorney Blended Rate          $876.10

**INTERIM AND FINAL COMPENSATION BY PROFESSIONAL**
**JUNE 19, 2024 THROUGH MARCH 21, 2025[1]**

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kelly E. Farnan | Director; Member of the Delaware Bar since 2003 | $1,150 | 70.3 | $80,845.00 |
| | | $1,050 | 199.8 | $209,790.00 |
| Paul N. Heath | Director; Member of the Delaware Bar since 1998 | $1,250 | 1.7 | $2,125.00 |
| Michael J. Merchant | Director; Member of the Delaware Bar since 1999 | $1,250 | 2.0 | $2,500.00 |
| Katharine L. Mowery | Director; Member of the Delaware Bar since 2011 | $1,050 | 59.3 | $62,265.00 |
| | | $995 | 150.4 | $149,648.00 |
| Jeffrey L. Moyer | Director; Member of the Delaware Bar since 1994 | $1,195 | 38.7 | $46,246.50 |
| | | $1,095 | 179.7 | $196,771.50 |
| Chad M. Shandler | Director; Member of the Delaware Bar since 1999 | $1,150 | 38.1 | $43,815.00 |
| | | $1,050 | 152.3 | $159,915.00 |
| Amanda R. Steele | Director; Member of the Delaware Bar since 2010 | $1,095 | 0.9 | $985.50 |
| Sara M. Metzler | Associate; Member of the Delaware Bar since 2018 | $900 | 45.7 | $41,130.00 |
| | | $775 | 140.3 | $108,732.50 |
| David T. Queroli | Associate; Member of the Delaware Bar since 2016 | $900 | 2.9 | $2,610.00 |
| | | $825 | 32.4 | $26,730.00 |
| Zachary J. Javorsky | Associate; Member of the Delaware Bar since 2022 | $700 | 5.3 | $3,710.00 |
| | | $575 | 20.9 | $12,017.50 |
| Edmond S. Kim | Associate; Member of the Delaware Bar since 2022 | $750 | 6.5 | $4,875.00 |
| | | $625 | 109.9 | $68,687.50 |
| Emily R. Mathews | Member of DE Bar since 2022. | $750 | 3.6 | $2,700.00 |
| Alexander R. Steiger | Associate; Member of the Delaware Bar since 2023 | $625 | 1.1 | $687.50 |

---

[1]    The Interim and Final Periods cover the same time period. Accordingly, for administrative convenience, the table presented herein applies to both the Interim and Final Period.

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jessica E. Blau | Associate; Member of the Delaware Bar since 2023 | $650 | 46.9 | $30,485.00 |
| | | $525 | 190.8 | $100,170.00 |
| Nicholas A. Franchi | Associate; Member of the Delaware Bar since 2024 | $575 | 0.2 | $115.00 |
| | | $525 | 0.7 | $367.50 |
| Michael S. DePhilippo | Document Review Attorney | $535 | 23.1 | $12,358.50 |
| Albert J. Feeley Jr. | Document Review Attorney | $650 | 15.8 | $10,270.00 |
| | | $550 | 13.0 | $7,150.00 |
| Lilian V. Philiposian | Document Review Attorney | $535 | 31.8 | $17,013.00 |
| | | $475 | 7.2 | $3,420.00 |
| Damon T. Taylor | Document Review Attorney | $535 | 26.3 | $14,070.50 |
| | | $475 | 3.5 | $1,662.50 |
| Jose L. Hood | Paralegal | $395 | 12.2 | $4,819.00 |
| Sherill M. Marasigan | Paralegal | $395 | 3.4 | $1,343.00 |
| LeeAnn Scavina | Paralegal | $425 | 0.8 | $340.00 |
| | | $395 | 2.1 | $829.50 |
| Rebecca V. Speaker | Paralegal | $425 | 4.0 | $1,700.00 |
| | | $395 | 13.9 | $5,490.50 |
| Barbara J. Witters | Paralegal | $395 | 2.2 | $869.00 |
| Anne Coburn | Paralegal | $425 | 0.5 | $212.50 |
| Ellen Rosario | Paralegal | $425 | 0.3 | $127.50 |
| | | $395 | 0.5 | $197.50 |
| Erin Weyl | Paralegal | $425 | 0.4 | $170.00 |
| Gregory J. Nequist | Trial Support Specialist | $395 | 1.2 | $474.00 |
| Sean F. Quigley | Trial Support Specialist | $395 | 11.3 | $4,463.50 |
| Carlos B. Terreforte | Trial Support Specialist | $395 | 0.4 | $158.00 |
| Emily K. Frauli | Case Management Assistant | $325 | 0.8 | $260.00 |

RLF1 32634571v.4

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Virginia V. Krup | Case Management Assistant | $325 | 0.1 | $32.50 |
| Linda Loveless | Case Management Assistant | $295 | 2.5 | $737.50 |
| Patricianne Stewart | Case Management Assistant | $295 | 0.2 | $59.00 |
| **TOTAL** | | | **1,677.9** | **$1,446,151.50**[2] |

Grand Total             $1,446,151.50
Attorney Compensation   $1,423,868.50
Total Attorney Hours    1,621.1
Blended Rate            $878.33

---

[2]    This amount **does not** include the Estimated Amounts for fees incurred during the Estimated Period.

3

**COMBINED MONTHLY COMPENSATION BY PROFESSIONAL**
**<u>DECEMBER 1, 2024 THROUGH MARCH 21, 2025</u>**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation/Adversary Proceedings (P) | 597.8 | $520,490.00 |
| RL&F Fee Applications (R-1) | 5.8 | $4,157.50 |
| **TOTAL** | **603.6** | **$524,647.50** |

**INTERIM AND FINAL COMPENSATION BY PROFESSIONAL**
**JUNE 19, 2024 THROUGH MARCH 21, 2025[1]**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (A) | 8.9 | $9,155.50 |
| Court Hearings (J) | 47.9 | $45,449.50 |
| Litigation/Adversary Proceedings (P) | 1614.4 | $1,386,646.50 |
| RL&F Fee Applications (R-1) | 6.7 | $4,900.00 |
| **TOTAL** | **1,677.9** | **$1,446,151.50[2]** |

---

[1]    The Interim and Final Periods cover the same time period. Accordingly, for administrative convenience, the table presented herein applies to both the Interim and Final Period.

[2]    This amount **does not** include the Estimated Amounts for fees incurred during the Estimated Period.

**COMBINED MONTHLY EXPENSE SUMMARY**
**DECEMBER 1, 2024 THROUGH MARCH 21, 2025**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Facsimile | | $0.00 |
| Conference Calling | | $0.00 |
| Long Distance Telephone | | $0.00 |
| In-House Reproduction (Duplication/Printing) | Printing: 601 @ $0.10 pg. | $60.10 |
| Outside Reproduction | Parcels | $19.66 |
| Legal Research | Westlaw, Bloomberg | $12,309.30 |
| Filing/Court Fees | | $0.00 |
| Court Reporting | | $0.00 |
| Travel Expenses | | $0.00 |
| Inside Courier & Expense Carriers | | $0.00 |
| Outside Courier & Expense Carriers | | $98.33 |
| Postage | | $0.00 |
| Binding | | $0.00 |
| Business Meals | | $0.00 |
| Document Retrieval | Pacer | $74.60 |
| Record Retrieval | | $0.00 |
| Professional Services | Beacon Hill Staffing Group (*see* invoice attached hereto as **Exhibit D**), and other miscellaneous professional service providers | $52,307.94 |
| Overtime | | $0.00 |
| Room Rental | | $0.00 |
| Equipment Rental | | $0.00 |
| Stationery Supplies | | $0.00 |
| **TOTAL** | | **$64,869.93** |

**INTERIM AND FINAL EXPENSE SUMMARY BY PROFESSIONAL**
**JUNE 19, 2024 THROUGH MARCH 21, 2025[1]**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Conference Calling | | $0.00 |
| Long Distance Telephone | | $0.00 |
| In-House Reproduction (Duplication/Printing) | Printing: 4,935 @ $.10/pg. | $493.50 |
| Outside Reproduction | *See previous monthly fee applications & attached monthly summary* | $1,144.26 |
| Legal Research | *See previous monthly fee applications & attached monthly summary* | $51,576.70 |
| Filing/Court Fees | | $0.00 |
| Court Reporting | *See previous monthly fee applications & attached monthly summary* | $1,831.75 |
| Travel Expenses | | $0.00 |
| Outside Courier & Expense Carriers | *See previous monthly fee applications & attached monthly summary* | $192.49 |
| Postage | *See previous monthly fee applications & attached monthly summary* | $72.51 |
| Binding | | $0.00 |
| Business Meals | | $0.00 |
| Document Retrieval | | $75.10 |
| Record Retrieval | | $0.00 |
| Professional Services | *See previous monthly fee applications & attached monthly summary* | $64,390.44 |
| Overtime | | $0.00 |

---

[1]   The Interim and Final Periods cover the same time period. Accordingly, for administrative convenience, the table presented herein applies to both the Interim and Final Period.

| Room Rental | | $0.00 |
|---|---|---|
| Equipment Rental | *See previous monthly fee applications & attached monthly summary* | $74.60 |
| Stationery Supplies | | $0.00 |
| RL&F Service Corp | | $0.00 |
| **TOTAL** | | **$119,851.35**[2] |

---

[2]   This amount **does not** include the Estimated Amounts for expenses incurred during the Estimated Period.

RLF1 32634571v.4

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed<br>Firm-wide for preceding<br>year (2024)[1] | Billed<br>December 1, 2024<br>through<br>March 21, 2025 |
| Partner | $1,085.33 | $1,102.78 |
| Counsel | $831.72 | $0.00 |
| Associate | $632.47 | $644.56 |
| Paralegal | $354.25 | $417.50 |
| Aggregated | $805.98 | $870.01 |

---

[1]    The billable rates for RL&F attorneys are adjusted on January 1 of each year.  The data in this column excludes 2024 blended hourly rate information for the Bankruptcy and Corporate Restructuring Department at RL&F.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, et al., | Case No. 24-11188-TMH |
| Debtors[1]. | (Jointly Administered) |

**BUDGET FOR RICHARDS, LAYTON & FINGER, P.A., AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE INTERIM AND FINAL PERIODS FROM JUNE 19, 2024 TO MARCH 21, 2025**

<u>Date Retention Approved</u>:  July 29, 2024, effective as of June 19, 2024

<u>Date Budget Approved by Client</u>:  This budget reflects an aggregation of budgets that were provided to, and approved by, the Debtors and certain other estate professionals on a rolling basis throughout the interim and final periods.

| Project Category | Estimated Hours | Estimated Fees |
|---|---|---|
| Case Administration | 25.0 | $30,000.00 |
| Court Hearings | 55.0 | $60,000.00 |
| Litigation/Adversary Proceedings | 1,600.0 | $1,500,000 |
| RL&F Fee Applications | 20.0 | $10,000.00 |
| **TOTAL** | **1,700.0** | **$1,600,000.00** |

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows:  (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, et al., | Case No. 24-11188-TMH |
| Debtors[1]. | (Jointly Administered) |

**STAFFING PLAN FOR RICHARDS, LAYTON & FINGER, P.A., AS SPECIAL
LITIGATION COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR
THE INTERIM AND FINAL PERIODS FROM JUNE 19, 2024 TO MARCH 21, 2025**

<u>Date Retention Approved</u>:  July 29, 2024, effective as of June 19, 2024

<u>Date Staffing Plan Approved by Client</u>:  This staffing plan reflects an aggregation of staffing plans that were provided to, and approved by, the Debtors and certain other estate professionals on a rolling basis throughout the interim and final periods.

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Directors | 6 | $1,175.00 |
| Associates | 6 | $900.00 |
| Paralegals | 6 | $425.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows:  (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

**SUMMARY OF FEES/HOURS BUDGETED COMPARED
WITH FEES/HOURS BILLED DURING THE INTERIM AND FINAL PERIODS FROM
JUNE 19, 2024 TO MARCH 21, 2025**

| Project Category | Budgeted Hours | Billed Hours | Budgeted Fees | Billed Fees |
|---|---|---|---|---|
| Case Administration | 25.0 | 8.9 | $30,000.00 | $9,155.50 |
| Court Hearings | 55.0 | 47.9 | $60,000.00 | $45,449.50 |
| Litigation/Adversary Proceedings | 1,600.0 | 1,614.4 | $1,500,000 | $1,386,646.50 |
| RL&F Fee Applications | 20.0 | 6.7 | $10,000.00 | $4,900.00 |
| **TOTAL** | **1,700.0** | **1,677.9** | **$1,600,000.00** | **$1,446,151.50** |

## ADDITIONAL INFORMATION RELATED TO INTERIM FEE APPLICATION

| | |
|---|---|
| Are Rates in Interim Fee Application Higher than those Approved or Disclosed at Retention? | Yes |
| Total Compensation Requested:[1] | $1,601,002.85 |
| Compensation Sought in this Interim Application Approved to Date Pursuant to the Interim Compensation Order: | $792,184.62 |
| Compensation Sought in this Interim Application Already Paid Pursuant to the Interim Compensation Order: | $0.00 |
| Compensation Sought in this Interim Application Not Yet Paid: | $1,601,002.85 |
| Number of Professionals Included in this Interim Application: | 34 |
| If Applicable, Number of Professionals in this Interim Application Not Included in Staffing Plan Approved by Client: | 16[2] |
| Difference Between Fees Budgeted and Compensation Sought for the Interim Compensation Period: | ($153,848.50) |

---

[1]   Total compensation includes both fees of, and expenses incurred by, RL&F, and includes the Estimated Amounts for the Estimated Period.

[2]   These professionals were utilized to perform discrete, ancillary tasks that, in many instances, required special expertise.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, et al., | Case No. 24-11188-TMH |
| Debtors[1]. | (Jointly Administered) |
| | **Obj. Deadline: May 23, 2025 at 4:00 p.m. (ET)**<br>**Hearing Date: June 2, 2025 at 10:00 a.m. (ET)** |

**COMBINED SECOND MONTHLY, FIRST INTERIM AND FINAL APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE COMBINED MONTHLY PERIOD FROM DECEMBER 1, 2024 TO MARCH 21, 2025 AND THE INTERIM AND FINAL PERIODS FROM <u>JUNE 19, 2024 TO MARCH 21, 2025</u>**

Pursuant to sections 330 and 331 of Title 11 of the United States Code, §§ 101-1532 (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief,* entered July 31, 2024 [Docket No. 266] (the "**Interim Compensation Order**"), and the *Findings of Fact, Conclusion of Law and Order Confirming the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization of Optio Rx,*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows:  (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

*LLC, et al.* [Dockt No. 484] (the "**Confirmation Order**"), Richards, Layton & Finger, P.A. ("**RL&F**") hereby files this *Combined Second Monthly, First Interim and Final Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Litigation Counsel to the Debtors and Debtors in Possession for Combined Monthly Period From December 1, 2024 To March 21, 2025 and The Interim and Final Periods From June 19, 2024 To March 21, 2025* (the "**Application**"). By the Application, RL&F seeks (i) a monthly allowance pursuant to the Interim Compensation Order with respect to the sums of $524,647.50 as compensation and $64,869.93 for reimbursement of actual and necessary expenses, for a total of $589,517.43 for the period December 1, 2024 through and including March 21, 2025 (the "**Combined Monthly Compensation Period**"), (ii) an interim allowance pursuant to the Interim Compensation Order with respect to the sums of $1,446,151.50 as compensation and $119,851.35 for reimbursement of actual and necessary expenses, for a total of $1,566,002.85 for the period from June 19, 2024 through and including March 21, 2025 (the "**Interim Compensation Period**") and (iii) final allowance pursuant to the Interim Compensation Order and Confirmation Order with respect to the sums of $1,466,151.50 as compensation and $119,851.35 for reimbursement of actual and necessary expenses, for a total of $1,601,002.85[2] for the period from June 19, 2024 through and including March 21, 2025 (the "**Final Compensation Period**", together with the Interim Compensation Period, the "**Interim and Final Compensation Period**")[3]. In support of this Application, RL&F submits the attorney certification attached hereto as **<u>Exhibit C</u>**. In further support of this Application, RL&F respectfully represents as follows:

---

[2]    This amount includes the Estimated Amounts for the Estimated Period.

[3]    The Interim and Final Periods cover the same time period. Accordingly, for administrative convenience, the references contained herein applies to both the Interim and Final Period.

# BACKGROUND

## A.   GENERAL BACKGROUND.

On June 7, 2024 (the "**Petition Date**"), the Debtors commenced with the Court voluntary cases (the "**Chapter 11 Cases**") under chapter 11 of the Bankruptcy Code. The Chapter 11 Cases are jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b).

The Debtors are authorized to continue operating their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

On June 17, 2024, Skin Medicinals commenced an Adversary Proceeding in this Court against Optio Rx and others alleging, among other things, misappropriation of Skin Medicinals' alleged trade secrets under the federal Defend Trade Secrets Act (the "**DTSA**") and the related Illinois and Florida Uniform Trade Secrets Act (the "**UTSA**"). [Adv. Docket No. 14.]

On June 21, 2024, the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") appointed a creditors' committee (the "**Committee**") in these Chapter 11 Cases [Docket No. 67].[4] No trustee or examiner has been appointed in the Chapter 11 Cases.

On July 31, 2024, the Court signed the Interim Compensation Order, authorizing certain professionals ("**Professionals**") to submit monthly applications for compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Interim Compensation Order provides, among other things, that a Professional may submit monthly fee applications.  If no objections are made within twenty-one (21) days after service of the monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses.

---

[4]   The U.S. Trustee subsequently filed an *Amended Notice of Appointment of Creditors' Committee* [Docket Nos. 81 and 130].

RLF1 32634571v.4

B.      THE RETENTION OF RICHARDS, LAYTON & FINGER, P.A.

On June 28, 2024, the Debtors filed the *Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Richards, Layton & Finger, P.A. as Special Litigation Counsel Effective as of June 19, 2024* [Docket No. 204] (the "**Retention Application**").

On July 29, 2024, the Court entered the *Order Authorizing the Retention and Employment of Richards, Layton & Finger, P.A. as Special Litigation Counsel Effective as of June 19, 2024* [Docket No. 255] (the "**Retention Order**").

On October 17, 2024, the Court entered the Confirmation Order confirming *the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC* (the "**Plan**"). The Plan became effective by its terms on March 21, 2025. *See* Docket No. 797.

### Compensation Paid and Its Source

1.      All services for which compensation is requested by RL&F were performed for or on behalf of the Debtors.

2.      Except to the extent of the retainer paid to RL&F as described in the application seeking approval of RL&F's employment by the Debtors during the period covered by this Application, RL&F has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between RL&F and any other person other than the directors of RL&F for the sharing of compensation to be received for services rendered in these cases.

### Fee Statements

3.      The fee statement for the Combined Monthly Compensation Period is attached hereto as **Exhibit A**.  The fee statements for a portion of the Interim Compensation Period and the

4

Final Compensation Period were attached as Exhibit A to each of the previously filed monthly fee applications. These statements contain daily time logs describing the time spent by each attorney and paraprofessional for the Combined Monthly Compensation Period, the Interim and Final Compensation Period. To the best of RL&F's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the Guidelines adopted by the Office of the United States Trustee, Local Rule 2016-2, and the Interim Compensation Order.

### Actual and Necessary Expenses

4.      A summary of actual and necessary expenses and daily logs of expenses incurred by RL&F during the Combined Monthly Compensation Period is attached hereto as **Exhibit B**. Summaries of the actual and necessary expenses and daily logs of expenses incurred by RL&F during a portion of the Interim and Final Compensation Period were attached as Exhibit B to each of the previously filed monthly fee applications. RL&F charges all of its bankruptcy clients $0.10 per page for photocopying expenses and $0.10 per page for printing jobs.

5.      Regarding providers of on-line legal research (e.g., LEXIS and WESTLAW), RL&F charges all of its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal RL&F's actual cost. RL&F currently is under contract to pay these providers a flat fee every month. Charging its clients the on-line providers' standard usage rates allows RL&F to cover adequately the monthly flat fees it must pay to these types of providers.

6.      RL&F believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, RL&F believes that such charges are in accordance with the American Bar Association's ("**ABA**") guidelines, as set forth in the ABA's

Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

### Summary of Services Rendered

7.      The directors and associates of RL&F who have rendered professional services in these cases during the Combined Monthly Compensation Period are as follows:  Kelly E. Farnan, Katharine L. Mowery, Jeffrey L. Moyer, Chad M. Shandler, Jessica E. Blau, Nicholas A. Franchi, Zachary J. Javorsky, Edmond S. Kim, Emily R. Mathews, Sara M. Metzler, David T. Queroli, Michael S. DePhilippo, Albert J. Feeley Jr., Lilian V. Philiposian and Damon T. Taylor.  The paraprofessionals of RL&F who have provided service to these attorneys in these cases during the Combined Monthly Compensation Period are as follows:  Anne Cobourn, Emily K. Frauli, Virginia V. Krup, Ellen A. Rosaio, LeeAnn Scavina, Rebecca V. Speaker and Erin Weyl.

8.      The directors and associates of RL&F who have rendered professional services in these cases during the Interim and Final Compensation Period are as follows: Kelly E. Farnan, Paul N. Heath, Michael J. Merchant, Katharine L. Mowery, Jeffrey L. Moyer, Chad M. Shandler, Amanda R. Steele, Jessica E. Blau, Nicholas A. Franchi, Zachary J. Javorsky, Edmond S. Kim, Emily R. Mathews, Sara M. Metzler, David T. Queroli, Alexander R. Steiger, Michael S. DePhilippo, Albert J. Feeley Jr., Lilian V. Philiposian and Damon T. Taylor.  The paraprofessionals of RL&F who have provided service to these attorneys in these cases during the Interim and Final Compensation Period are as follows:  Anne Cobourn, Emily K. Frauli, Jose L. Hood, Sherill M. Marasigan, Virginia V. Krup, Ellen A. Rosaio, LeeAnn Scavina, Rebecca V. Speaker, Erin Weyl, Barbara J. Witters, Gregory J. Nequist, Sean F. Quigley, Carlos B. Terreforte, Linda Loveless and Patricianne Stewart.

9.      RL&F, by and through the above-named persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the United States Bankruptcy Court for the District of Delaware (the "**Court**") for consideration, has advised the Debtors on a regular basis with respect to various matters in connection with these cases, and has performed all necessary professional services which are described and narrated in detail hereinafter.

### Summary of Services By Project

10.     The services rendered by RL&F during the Combined Monthly Compensation Period, and the Interim and Final Compensation Period can be grouped into the categories set forth below.  These categories are generally described below, with a more detailed identification of the actual services provided set forth on the attached **Exhibit A** and Exhibit A attached to each of the previously filed monthly applications.  The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in **Exhibit A** attached hereto and Exhibit A to each of the previously filed monthly fee applications.

A.      Case Administration/Miscellaneous Matters

Monthly Compensation Period Fees:          $0.00          Total Hours: 0.0

Interim and Final Compensation Period Fees:  $9,155.50    Total Hours: 8.9

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, review of work in process reports, review of notices of appearance and maintaining service lists.

J.      Court Hearings

Monthly Compensation Period Fees:        $0.00        Total Hours: 0.0

Interim and Final Compensation Period Fees:  $45,449.50   Total Hours: 47.9

This category includes all matters related to preparation for and attendance at court hearings.

P.      Litigation/Adversary Proceedings

Monthly Compensation Period Fees:        $520,490.00   Total Hours: 597.8

Interim and Final Compensation Period Fees:  $1,386,646.50   Total Hours: 1,614.4

This category includes all matters related to litigation and adversary proceedings.

R-1.    RL&F Fee Applications

Monthly Compensation Period Fees:        $4,157.50    Total Hours: 5.8

Interim and Final Compensation Period Fees:  $4,900.00    Total Hours: 6.7

This category includes all time spent preparing, reviewing, filing and circulating monthly invoices and fee applications for RL&F.

**Valuation of Services**

11.     Attorneys and paraprofessionals of RL&F have expended a total of 603.60 hours in connection with this matter during the Monthly Compensation Period, as follows:

| ATTORNEYS | HOURS | HOURLY RATE |
|---|---|---|
| Jeffrey L. Moyer | 38.7 | $1,195 |
| Jeffrey L. Moyer | 22.8 | $1,095 |
| Kelly E. Farnan | 70.3 | $1,150 |
| Kelly E. Farnan | 36.1 | $1,050 |
| Chad M. Shandler | 38.1 | $1,150 |
| Chad M. Shandler | 5.8 | $1,050 |
| Katharine L. Mowery | 59.3 | $1,050 |
| Katharine L. Mowery | 29.4 | $995 |
| David T. Queroli | 2.9 | $900 |
| Sara M. Metzler | 45.7 | $900 |

8

| | | |
|---|---|---|
| Sara M. Metzler | 17.4 | $775 |
| Emily R. Matthews | 3.6 | $750 |
| Edmond S. Kim | 6.5 | $750 |
| Edmond S. Kim | 7.2 | $625 |
| Zachary J. Javorsky | 5.3 | $700 |
| Zachary J. Javorsky | 4.6 | $575 |
| Nicholas A. Franchi | 0.2 | $575 |
| Jessica E. Blau | 46.9 | $650 |
| Jessica E. Blau | 33.2 | $525 |
| Michael S. DePhilippo | 23.1 | $535 |
| Albert J. Feeley Jr. | 15.8 | $650 |
| Albert J. Feeley Jr. | 13.0 | $550 |
| Lilian V. Philiposian | 31.8 | $535 |
| Lilian V. Philiposian | 7.2 | $475 |
| Damon T. Taylor | 26.3 | $535 |
| Damon T. Taylor | 3.5 | $475 |

| PARAPROFESSIONALS | HOURS | HOURLY RATE |
|---|---|---|
| Rebecca V. Speaker | 4.0 | $425 |
| Rebecca V. Speaker | 0.8 | $395 |
| LeeAnn Scavina | 0.8 | $425 |
| LeeAnn Scavina | 0.7 | $395 |
| Anne Cobourn | 0.5 | $425 |
| Ellen A. Rosaio | 0.3 | $425 |
| Ellen A. Rosaio | 0.5 | $395 |
| Erin Weyl | 0.4 | $425 |
| Emily K. Frauli | 0.8 | $325 |
| Virginia V. Krup | 0.1 | $325 |

12.     Attorneys and paraprofessionals of RL&F have expended a total of 1,677.90 hours in connection with this matter during the Interim Compensation Period and Final Compensation Periods, as follows:

| ATTORNEYS | HOURS | HOURLY RATE |
|---|---|---|
| Kelly E. Farnan | 70.3 | $1,150 |
| Kelly E. Farnan | 199.8 | $1,050 |
| Paul N. Heath | 1.7 | $1,250 |
| Michael J. Merchant | 2.0 | $1,250 |
| Katharine L. Mowery | 59.3 | $1,050 |
| Katharine L. Mowery | 150.4 | $995 |
| Jeffrey L. Moyer | 38.7 | $1,195 |
| Jeffrey L. Moyer | 179.7 | $1,095 |
| Chad M. Shandler | 38.1 | $1,150 |

9

| | | |
|---|---|---|
| Chad M. Shandler | 152.3 | $1,050 |
| Amanda R. Steele | 0.9 | $1,095 |
| Sara M. Metzler | 45.7 | $900 |
| Sara M. Metzler | 140.3 | $775 |
| David T. Queroli | 2.9 | $900 |
| David T. Queroli | 32.4 | $825 |
| Zachary J. Javorsky | 5.3 | $700 |
| Zachary J. Javorsky | 20.9 | $575 |
| Edmond S. Kim | 6.5 | $750 |
| Edmond S. Kim | 109.9 | $625 |
| Emily R. Mathews | 3.6 | $750 |
| Alexander R. Steiger | 1.1 | $625 |
| Jessica E. Blau | 46.9 | $650 |
| Jessica E. Blau | 190.8 | $525 |
| Nicholas A. Franchi | 0.2 | $575 |
| Nicholas A. Franchi | 0.7 | $525 |
| Michael S. DePhilippo | 23.1 | $535 |
| Albert J. Feeley Jr. | 15.8 | $650 |
| Albert J. Feeley Jr. | 13.0 | $550 |
| Lilian V. Philiposian | 31.8 | $535 |
| Lilian V. Philiposian | 7.2 | $475 |
| Damon T. Taylor | 26.3 | $535 |
| Damon T. Taylor | 3.5 | $475 |

| PARAPROFESSIONALS | HOURS | HOURLY RATE |
|---|---|---|
| Jose L. Hood | 12.2 | $395 |
| Sherill M. Marasigan | 3.4 | $395 |
| LeeAnn Scavina | 0.8 | $425 |
| LeeAnn Scavina | 2.1 | $395 |
| Rebecca V. Speaker | 4.0 | $425 |
| Rebecca V. Speaker | 13.9 | $395 |
| Barbara J. Witters | 2.2 | $395 |
| Anne Coburn | 0.5 | $425 |
| Ellen Rosario | 0.3 | $425 |
| Ellen Rosario | 0.5 | $395 |
| Erin Weyl | 0.4 | $425 |
| Gregory J. Nequist | 1.2 | $395 |
| Sean F. Quigley | 11.3 | $395 |
| Carlos B. Terreforte | 0.4 | $395 |
| Emily K. Frauli | 0.8 | $325 |
| Virginia V. Krup | 0.1 | $325 |
| Linda Loveless | 2.5 | $295 |
| Patricianne Stewart | 0.2 | $295 |

RLF1 32634571v.4

The nature of the work performed by these persons is fully set forth in **Exhibit A** attached hereto and Exhibit A attached to each of the previously filed monthly fee applications. These are RL&F's normal hourly rates for work of this character. The reasonable value of the services rendered by RL&F to the Debtors during the (i) Combined Monthly Compensation Period is $589,517.43, and (ii) the Interim Compensation Period is $1,566,002.85 and (iii) the Final Compensation Period is $1,601,002.85.[5]

13.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by RL&F is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, RL&F has reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with that Local Rule.

WHEREFORE, RL&F respectfully requests that the Court authorize that for the Final Compensation Period, a final allowance be made to RL&F pursuant to the terms of the Interim Compensation Order and Confirmation Order, with respect to the sum of $1,466,151.50 as final compensation for necessary professional services rendered and the sum of $119,851.35 as final reimbursement of actual necessary costs and expenses, for a total of $1,601,002.85[6] and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

---

[5]     This amount includes the Estimated Amounts for the Estimated Period.

[6]     This amount includes the Estimated Amounts for the Estimated Period.

Dated:    May 2, 2025
          Wilmington, Delaware

Respectfully submitted,

*/s/  Kelly E. Farnan*
_____
Jeffrey L. Moyer (#3309)
Chad M. Shandler (#3796)
Kelly E. Farnan (#4395)
Katharine L. Mowery (#5629)
David T. Queroli (#6318)
Sara M. Metzler (#6509)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
Email: moyer@rlf.com
        shandler@rlf.com
        farnan@rlf.com
        mowery@rlf.com
        queroli@rlf.com
        metzler@rlf.com

*Counsel for Optio Rx*