**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, et al., | Case No. 24-11188-TMH |
| Debtors[1]. | (Jointly Administered) |
| | **Obj. Deadline: May 23, 2025 at 4:00 p.m. (ET)** <br> **Hearing Date: June 2, 2025 at 10:00 a.m. (ET)** |

## NOTICE OF FEE APPLICATION

**PLEASE TAKE NOTICE** that Richards, Layton, & Finger, P.A. (the "Applicant") has today filed the attached *Combined Second Monthly, First Interim and Final Fee Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Litigation Counsel to the Debtors and Debtors in Possession for the Combined Monthly Period from December 1, 2024 to March 21, 2025 and the Interim and Final Periods from June 19, 2024 to March 21, 2025* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Application, must be filed on or before **May 23, 2025, at 4:00 p.m. (*prevailing* Eastern Time)** (the "**Objection Deadline**") with the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that at the same time, you must serve a copy of the response on the following parties so as to be received on or before the Objection Deadline:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

(a) DEBTORS, 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062 (Attn: Leo LaFranco, Chief Financial Officer (llafranco@optiorx.com));

(b) COUNSEL TO THE DEBTORS, Chipman Brown Cicero & Cole LLP, 1313 North Market Street, Suite 5400 Wilmington, Delaware 19801 (Attn: William E. Chipman, Jr., Esquire (chipman@chipmanbrown.com); David W. Carickhoff, Esquire (carickhoff@chipmanbrown.com); Mark D. Olivere, Esquire (olivere@chipmanbrown.com); and Alan M. Root, Esquire (root@chipmanbrown.com));

(c) COUNSEL TO THE DIP LENDER, DLA Piper LLP (US), 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801 (Attn: Stuart Brown, Esquire (stuart.brown@dlapiper.com);

(d) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, Saul Ewing LLP, (a) 1201 North Market Street, Suite 2300, Wilmington, Delaware 19801 (Attn: Evan T. Miller, Esquire (evan.miller@saul.com) and Nicholas Smargiassi, Esquire (nicholas.smargiassi@saul.com), (b) 161 North Clark Street, Suite 4200, Chicago, Illinois 60601 (Attn: Michelle G. Novick, Esquire (michelle.novick@saul.com); and (c) 701 Brickell Avenue, Suite 1700, Miami, Florida 33131 (Attn: Jorge Garcia, Esquire (jorge.garcia@saul.com);

(e) SPECIAL COUNSEL TO THE DEBTORS, Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 (Attn: Jeffrey L. Moyer, Esquire (moyer@rlf.com); Chad M. Shandler, Esquire (shandler@rlf.com); Kelly E. Farnan, Esquire (farnan@rlf.com); Katharine L. Mowery, Esquire (mowery@rlf.com); David T. Queroli (queroli@rlf.com) and Sara M. Metzler, Esquire (metzler@rlf.com)); and

(f) Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Jon W. Lipshie, Esquire (jon.lipshie@usdoj.gov)).

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Application, if required, will be held before The Honorable Thomas Horan at the Bankruptcy Court, 824 North Market Street, Third Floor, Courtroom No. 7, Wilmington, Delaware 19801, on **June 2, 2025 at 10:00 a.m. (*prevailing* Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE**

**WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: May 2, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Kelly E. Farnan*<br>Jeffrey L. Moyer (#3309)<br>Chad M. Shandler (#3796)<br>Kelly E. Farnan (#4395)<br>Katharine L. Mowery (#5629)<br>David. T. Queroli (#6318)<br>Sara M. Metzler (#6509)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>Email: moyer@rlf.com<br>  shandler@rlf.com<br>  farnan@rlf.com<br>  mowery@rlf.com<br>  queroli@rlf.com<br>  metzler@rlf.com<br><br>*Counsel for Optio Rx* |