**<u>Exhibit B</u>**

| | |
|---|---|
| Matter Name: Litigation/ Adversary Proceedings | Invoice Date: May 01, 2025 |
| Matter Number: 771416-232883P | Invoice Number: 3025191 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Total** | | | **597.8** | | **$520,490.00** |

**Detail of Costs and Other Charges Incurred on Your Behalf**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 11/30/24 | TERIS - T-02847 - Litigation Support Services | 1.00 | 350.00 |
| 12/05/24 | PARCELS INC - 1115028 | 1.00 | 19.66 |
| 12/06/24 | PACER | 3.00 | 0.30 |
| 12/06/24 | PACER | 4.00 | 0.40 |
| 12/09/24 | PACER | 1.00 | 0.10 |
| 12/09/24 | PACER | 3.00 | 0.30 |
| 12/09/24 | PACER | 3.00 | 0.30 |
| 12/09/24 | PACER | 3.00 | 0.30 |
| 12/11/24 | PACER | 14.00 | 1.40 |
| 12/11/24 | PACER | 2.00 | 0.20 |
| 12/11/24 | JPMORGAN CHASE BANK NA - JPMorgan -IN *BRANDYWINE PROCESS SE-Serve subpoena on Waud Capital | 1.00 | 85.00 |
| 12/11/24 | PACER | 3.00 | 0.30 |
| 12/11/24 | PACER | 1.00 | 0.10 |
| 12/11/24 | PACER | 4.00 | 0.40 |
| 12/11/24 | PACER | 30.00 | 3.00 |
| 12/16/24 | PACER | 30.00 | 3.00 |
| 12/16/24 | PACER | 17.00 | 1.70 |
| 12/16/24 | PACER | 4.00 | 0.40 |
| 12/16/24 | PACER | 25.00 | 2.50 |
| 12/16/24 | PACER | 3.00 | 0.30 |
| 12/21/24 | Beacon Hill Staffing Group, LLC - Inv 2703911 - Professional Services - Document Review | 1.00 | 16,662.76 |
| 12/24/24 | JPMORGAN CHASE BANK NA - JPMorgan -AMS SERVICE-Serve subpoena on eComm Cartel | 1.00 | 98.33 |
| 12/26/24 | PACER | 1.00 | 0.10 |
| 12/26/24 | PACER | 8.00 | 0.80 |
| 12/26/24 | PACER | 3.00 | 0.30 |
| 12/26/24 | PACER | 5.00 | 0.50 |
| 12/28/24 | Beacon Hill Staffing Group, LLC - Inv 2708114 - Professional Services - Document Review | 1.00 | 10,967.72 |
| 12/30/24 | Westlaw | 1.00 | 193.20 |
| 12/31/24 | TERIS - T-03124 - Litigation Support Services | 1.00 | 12,986.60 |
| 01/02/25 | PACER | 3.00 | 0.30 |
| 01/02/25 | PACER | 15.00 | 1.50 |
| 01/02/25 | PACER | 4.00 | 0.40 |
| 01/02/25 | PACER | 14.00 | 1.40 |
| 01/02/25 | PACER | 14.00 | 1.40 |
| 01/02/25 | PACER | 4.00 | 0.40 |
| 01/02/25 | PACER | 2.00 | 0.20 |
| 01/02/25 | PACER | 9.00 | 0.90 |
| 01/02/25 | PACER | 16.00 | 1.60 |
| 01/02/25 | PACER | 2.00 | 0.20 |

| | | | |
|---|---|---|---|
| Matter Name: Litigation/ Adversary Proceedings | | Invoice Date: | May 01, 2025 |
| Matter Number: 771416-232883P | | Invoice Number: | 3025191 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 01/02/25 | PACER | 12.00 | 1.20 |
| 01/02/25 | PACER | 2.00 | 0.20 |
| 01/02/25 | PACER | 3.00 | 0.30 |
| 01/02/25 | PACER | 3.00 | 0.30 |
| 01/02/25 | PACER | 4.00 | 0.40 |
| 01/02/25 | PACER | 1.00 | 0.10 |
| 01/03/25 | BRANDYWINE PROCESS SERVERS - 19628C - Serve subpoenas | 1.00 | 370.00 |
| 01/03/25 | Printing | 8.00 | 0.80 |
| 01/03/25 | Westlaw | 1.00 | 193.20 |
| 01/05/25 | Westlaw | 1.00 | 2,594.20 |
| 01/06/25 | PACER | 9.00 | 0.90 |
| 01/06/25 | PACER | 30.00 | 3.00 |
| 01/06/25 | Docket Search | 1.00 | 25.00 |
| 01/06/25 | PACER | 30.00 | 3.00 |
| 01/07/25 | PACER | 25.00 | 2.50 |
| 01/07/25 | PACER | 22.00 | 2.20 |
| 01/10/25 | PACER | 30.00 | 3.00 |
| 01/11/25 | PACER | 26.00 | 2.60 |
| 01/11/25 | PACER | 5.00 | 0.50 |
| 01/11/25 | PACER | 27.00 | 2.70 |
| 01/13/25 | Westlaw | 1.00 | 2,704.80 |
| 01/13/25 | METRO ATTORNEY SERVICE, INC. - 44274 - Expedited Service of subpoena to eComm Cartel LLC | 1.00 | 250.00 |
| 01/13/25 | Westlaw | 1.00 | 1,738.80 |
| 01/14/25 | PACER | 6.00 | 0.60 |
| 01/14/25 | Printing | 5.00 | 0.50 |
| 01/14/25 | Printing | 5.00 | 0.50 |
| 01/14/25 | Printing | 10.00 | 1.00 |
| 01/14/25 | Printing | 4.00 | 0.40 |
| 01/14/25 | Printing | 3.00 | 0.30 |
| 01/14/25 | Printing | 9.00 | 0.90 |
| 01/14/25 | Printing | 2.00 | 0.20 |
| 01/14/25 | Westlaw | 1.00 | 2,380.70 |
| 01/14/25 | Printing | 3.00 | 0.30 |
| 01/14/25 | Printing | 8.00 | 0.80 |
| 01/14/25 | Printing | 5.00 | 0.50 |
| 01/14/25 | Printing | 6.00 | 0.60 |
| 01/14/25 | Printing | 1.00 | 0.10 |
| 01/14/25 | Printing | 2.00 | 0.20 |
| 01/14/25 | PACER | 6.00 | 0.60 |
| 01/14/25 | Westlaw | 1.00 | 193.20 |
| 01/14/25 | Printing | 2.00 | 0.20 |
| 01/14/25 | Printing | 5.00 | 0.50 |
| 01/14/25 | Printing | 15.00 | 1.50 |
| 01/14/25 | Printing | 5.00 | 0.50 |
| 01/14/25 | PACER | 6.00 | 0.60 |
| 01/14/25 | Printing | 9.00 | 0.90 |

| | | | |
|---|---|---|---|
| Matter Name: Litigation/ Adversary Proceedings | | Invoice Date: | May 01, 2025 |
| Matter Number: 771416-232883P | | Invoice Number: | 3025191 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 01/14/25 | Printing | 12.00 | 1.20 |
| 01/14/25 | Printing | 6.00 | 0.60 |
| 01/14/25 | Printing | 6.00 | 0.60 |
| 01/14/25 | Printing | 10.00 | 1.00 |
| 01/14/25 | Printing | 3.00 | 0.30 |
| 01/14/25 | PACER | 6.00 | 0.60 |
| 01/14/25 | PACER | 6.00 | 0.60 |
| 01/14/25 | Printing | 8.00 | 0.80 |
| 01/14/25 | Printing | 21.00 | 2.10 |
| 01/14/25 | Printing | 2.00 | 0.20 |
| 01/14/25 | Printing | 28.00 | 2.80 |
| 01/14/25 | Printing | 5.00 | 0.50 |
| 01/14/25 | Printing | 8.00 | 0.80 |
| 01/14/25 | Printing | 3.00 | 0.30 |
| 01/15/25 | Printing | 3.00 | 0.30 |
| 01/15/25 | Printing | 1.00 | 0.10 |
| 01/15/25 | Printing | 10.00 | 1.00 |
| 01/15/25 | Printing | 15.00 | 1.50 |
| 01/15/25 | Printing | 2.00 | 0.20 |
| 01/15/25 | Printing | 11.00 | 1.10 |
| 01/15/25 | Printing | 8.00 | 0.80 |
| 01/15/25 | Printing | 1.00 | 0.10 |
| 01/15/25 | Printing | 1.00 | 0.10 |
| 01/15/25 | Printing | 17.00 | 1.70 |
| 01/15/25 | Printing | 6.00 | 0.60 |
| 01/15/25 | Westlaw | 1.00 | 1,474.20 |
| 01/15/25 | Printing | 5.00 | 0.50 |
| 01/15/25 | Printing | 6.00 | 0.60 |
| 01/17/25 | Westlaw | 1.00 | 386.40 |
| 01/17/25 | PACER | 6.00 | 0.60 |
| 01/23/25 | Printing | 8.00 | 0.80 |
| 01/23/25 | Printing | 15.00 | 1.50 |
| 01/23/25 | Printing | 3.00 | 0.30 |
| 01/23/25 | Printing | 96.00 | 9.60 |
| 01/23/25 | Printing | 15.00 | 1.50 |
| 01/23/25 | Printing | 6.00 | 0.60 |
| 01/23/25 | Printing | 5.00 | 0.50 |
| 01/23/25 | Printing | 1.00 | 0.10 |
| 01/23/25 | Printing | 3.00 | 0.30 |
| 01/23/25 | Printing | 20.00 | 2.00 |
| 01/23/25 | Printing | 8.00 | 0.80 |
| 01/23/25 | Printing | 7.00 | 0.70 |
| 01/23/25 | Printing | 2.00 | 0.20 |
| 01/23/25 | Printing | 8.00 | 0.80 |
| 01/23/25 | Printing | 3.00 | 0.30 |
| 01/23/25 | Printing | 78.00 | 7.80 |
| 01/23/25 | Printing | 9.00 | 0.90 |

| Matter Name: Litigation/ Adversary Proceedings | Invoice Date: | May 01, 2025 |
| --- | --- | --- |
| Matter Number: 771416-232883P | Invoice Number: | 3025191 |

| Date | Description | Quantity | Amount |
| --- | --- | ---: | ---: |
| 01/31/25 | TERIS - T-03239 - Litigation Support Services | 1.00 | 8,267.93 |
| 01/31/25 | Printing | 9.00 | 0.90 |
| 02/03/25 | Westlaw | 1.00 | 425.60 |
| 02/26/25 | PACER | 5.00 | 0.50 |
| 02/26/25 | PACER | 5.00 | 0.50 |
| 02/28/25 | TERIS - T-03389 - Litigation Support Services | 1.00 | 2,367.93 |
| 03/05/25 | PACER | 30.00 | 3.00 |
| 03/05/25 | PACER | 5.00 | 0.50 |
| 03/05/25 | PACER | 7.00 | 0.70 |
| 03/05/25 | PACER | 19.00 | 1.90 |
| 03/05/25 | PACER | 1.00 | 0.10 |
| 03/05/25 | PACER | 30.00 | 3.00 |
| 03/05/25 | PACER | 1.00 | 0.10 |
| 03/05/25 | PACER | 1.00 | 0.10 |
| 03/05/25 | PACER | 19.00 | 1.90 |
| 03/05/25 | PACER | 23.00 | 2.30 |
| 03/12/25 | PACER | 3.00 | 0.30 |
| 03/12/25 | PACER | 30.00 | 3.00 |
| 03/12/25 | PACER | 1.00 | 0.10 |
| 03/12/25 | PACER | 11.00 | 1.10 |
| 03/12/25 | PACER | 2.00 | 0.20 |
| 03/12/25 | PACER | 30.00 | 3.00 |
| 03/12/25 | PACER | 4.00 | 0.40 |
| 03/12/25 | PACER | 3.00 | 0.30 |
| 03/17/25 | PACER | 1.00 | 0.10 |
| **Total** | | | **$64,869.93** |

**Summary of Costs and Other Charges Incurred on Your Behalf**

| Description | Amount |
| --- | ---: |
| Bloomberg | 25.00 |
| Duplicating | 19.66 |
| Messenger Service | 98.33 |
| PACER | 74.60 |
| Printing | 60.10 |
| Professional Services | 52,307.94 |
| Westlaw | 12,284.30 |
| **Total** | **$64,869.93** |