**Exhibit D**

# INVOICE

**Beacon Hill Staffing Group, LLC and Subsidiaries**
PO Box 846193
Boston, MA 02284-6193

Attn: Ben David
OptioRx
3701 Commercial Ave Suite #14
Northbrook, IL 60062-1835

| | |
|---|---|
| CUSTOMER NUMBER | ERM128276 |
| CONTACT ID NUMBER | ERM1805064 |
| INVOICE NUMBER | 2703911 |
| INVOICE DATE | 12/24/2024 |
| TERMS | Net 30 |
| | Optio Rx Managed Review |

| Week End | Description | SalesTax | QTY | Type | Rate | Total |
|---|---|---|---|---|---|---|
| 12/21/2024 | Johnson, Marcia | N/A | 47.50 | Regular Pay | $ 115.00 | $5,462.50 |
| | | | | **Project Manager** | | |
| | | | | | **Monthly Subtotal:** | $5,462.50 |

| Week End | Description | SalesTax | QTY | Type | Rate | Total |
|---|---|---|---|---|---|---|
| 12/21/2024 | Alexander, Syreeta | N/A | 39.50 | Regular Pay | $ 39.90 | $1,576.05 |
| 12/21/2024 | Dunbar, Tera | N/A | 35.30 | Regular Pay | $ 39.90 | $1,408.47 |
| 12/21/2024 | Maniago, Vicente | CT - 6.35% | 39.50 | Regular Pay | $ 39.90 | $1,576.05 |
| 12/21/2024 | Morrison, Michelle | N/A | 39.50 | Regular Pay | $ 39.90 | $1,576.05 |
| 12/21/2024 | Rodrigue, Michael | N/A | 20.10 | Regular Pay | $ 39.90 | $ 801.99 |
| 12/21/2024 | Schachar, Joel | N/A | 34.80 | Regular Pay | $ 39.90 | $1,388.52 |
| 12/21/2024 | Segura, Natalie | N/A | 30.50 | Regular Pay | $ 39.90 | $1,216.95 |
| 12/21/2024 | Suarez, Edwin | N/A | 39.00 | Regular Pay | $ 39.90 | $1,556.10 |
| | | | | **Review Team** | | |
| | | | | | **Monthly Subtotal:** | $11,100.18 |

| | |
|---|---|
| Total Gross Sales | $16,562.68 |
| Sales Tax: | $ 100.08 |
| Expenses Sub Total: | |
| Total Invoice Amount: | $16,662.76 |

| Make Check Payable to: | Mail Payments To: | Please note that this address is a Lockbox and it does not accept Courier/Fed Ex payments. Please Contact us if you need to send payment via a courier. Thank You. |
|---|---|---|
| Beacon Hill Staffing Group, LLC | Beacon Hill Staffing Group, LLC | |
| See New Payment Portal Option at | PO Box 846193 | |
| https://epay.beaconhillsg.com/Account/Login/ | Boston, MA 02284-6193 | |
| Questions, call Accounts Receivable: | | |
| 617-326-4000 | AR@beaconhillstaffing.com | EIN: 04-3496741 | |

# BEACON HILL® INVOICE

Beacon Hill Staffing Group, LLC and Subsidiaries
PO Box 846193
Boston, MA 02284-6193

| | |
|---|---|
| Attn: Ben David | |
| OptioRx | |
| 3701 Commercial Ave Suite #14 | |
| Northbrook, IL 60062-1835 | |

| | |
|---|---|
| CUSTOMER NUMBER | ERM128276 |
| CONTACT ID NUMBER | ERM1805064 |
| INVOICE NUMBER | 2708114 |
| INVOICE DATE | 12/31/2024 |
| TERMS | Net 30 |
| | Optio Rx Managed Review |

| Week End | Description | SalesTax | QTY | Type | Rate | Total |
|---|---|---|---|---|---|---|
| 12/28/2024 | Johnson, Marcia | N/A | 41.00 | Regular Pay | $ 115.00 | $4,715.00 |
| | | | | **Project Manager** | | |
| | | | | **Monthly Subtotal:** | | $4,715.00 |

| Week End | Description | SalesTax | QTY | Type | Rate | Total |
|---|---|---|---|---|---|---|
| 12/28/2024 | Dunbar, Tera | N/A | 26.20 | Regular Pay | $ 39.90 | $1,045.38 |
| 12/28/2024 | Maniago, Vicente | CT - 6.35% | 28.50 | Regular Pay | $ 39.90 | $1,137.15 |
| 12/28/2024 | Morrison, Michelle | N/A | 24.00 | Regular Pay | $ 39.90 | $ 957.60 |
| 12/28/2024 | Rodrigue, Michael | N/A | 18.40 | Regular Pay | $ 39.90 | $ 734.16 |
| 12/28/2024 | Schachar, Joel | N/A | 19.80 | Regular Pay | $ 39.90 | $ 790.02 |
| 12/28/2024 | Segura, Natalie | N/A | 21.00 | Regular Pay | $ 39.90 | $ 837.90 |
| 12/28/2024 | Suarez, Edwin | N/A | 17.00 | Regular Pay | $ 39.90 | $ 678.30 |
| | | | | **Review Team** | | |
| | | | | **Monthly Subtotal:** | | $6,180.51 |

| | |
|---|---|
| Total Gross Sales | $10,895.51 |
| Sales Tax: | $ 72.21 |
| Expenses Sub Total: | |
| Total Invoice Amount: | $10,967.72 |

| Make Check Payable to: | Mail Payments To: | Please note that this address is a |
|---|---|---|
| Beacon Hill Staffing Group, LLC | Beacon Hill Staffing Group, LLC | Lockbox and it does not accept |
| See New Payment Portal Option at | PO Box 846193 | Courier/Fed Ex payments. Please |
| https://epay.beaconhillsg.com/Account/Login/ | Boston, MA 02284-6193 | Contact us if you need to send |
| Questions, call Accounts Receivable: | | payment via a courier. Thank You. |
| 617-326-4000 | AR@beaconhillstaffing.com | EIN: 04-3496741 | |