**Exhibit A**

**CERTIFICATION**

I, Brian Karpuk, pursuant to 28 U.S.C. § 1746, states as follows:

a. I am a Managing Director of Stretto, Inc.

b. I am familiar with the work performed by Stretto on behalf of the Debtors.

c. I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information, and belief.

d. I have reviewed Local Rule 2016-1 and submit that the Application substantially complies with such rule.

I certify, under penalty of perjury, that the foregoing statements are true to the best of my knowledge, information, and belief.

Dated: May 5, 2025
Irvine, California

/s/ Brian Karpuk
Brian Karpuk

4920-3126-8159, v. 1