**<u>Exhibit B</u>**

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 06/17/2024 | Aileen Daversa | Director | Schedules and Statements | Prepare for, participate on conference call with Paladin team re schedules, statements | 0.5 | $230.00 | $115.00 |
| 06/19/2024 | Aileen Daversa | Director | Schedules and Statements | Review UCC search for Schedule D | 0.2 | $230.00 | $46.00 |
| 06/19/2024 | Gregory Lesage | Senior Associate | Schedules and Statements | Review, analyze UCC lien search results, Schedules data | 1.2 | $180.00 | $216.00 |
| 06/20/2024 | Aileen Daversa | Director | Schedules and Statements | Phone call with Paladin team re schedules, statements | 0.2 | $230.00 | $46.00 |
| 06/25/2024 | Aileen Daversa | Director | Schedules and Statements | Strategize re Schedules, Statements | 0.2 | $230.00 | $46.00 |
| 06/25/2024 | Aileen Daversa | Director | Schedules and Statements | Prepare for, participate on Schedules, SOFA status call with Paladin team | 0.3 | $230.00 | $69.00 |
| 06/25/2024 | Aileen Daversa | Director | Schedules and Statements | Review schedules, SOFA source files | 0.4 | $230.00 | $92.00 |
| 06/25/2024 | Gregory Lesage | Senior Associate | Schedules and Statements | Review, format, import Schedules, SOFA data | 4.5 | $180.00 | $810.00 |
| 06/26/2024 | Aileen Daversa | Director | Schedules and Statements | Correspondence with Paladin team re AB 11 | 0.1 | $230.00 | $23.00 |
| 06/26/2024 | Aileen Daversa | Director | Schedules and Statements | Schedules preparation oversight | 0.2 | $230.00 | $46.00 |
| 06/26/2024 | Aileen Daversa | Director | Schedules and Statements | Review source data, prepare SOFA 7 | 1.0 | $230.00 | $230.00 |
| 06/26/2024 | Aileen Daversa | Director | Schedules and Statements | Prepare for, participate on conference call with Paladin team re Schedules, statement | 0.5 | $230.00 | $115.00 |
| 06/26/2024 | Gregory Lesage | Senior Associate | Schedules and Statements | Review, format, import SOFA 4, 10, 11, 15, 17, 18, 20 | 3.6 | $180.00 | $648.00 |
| 06/26/2024 | Gregory Lesage | Senior Associate | Schedules and Statements | Review, format, import Schedules AB 3, 14-16, 19-20, 40-45, 48-49, 53, 55, 57-58, 60-69, 73, 76, G1, G2, H1, H2 | 5.6 | $180.00 | $1,008.00 |
| 06/27/2024 | Aileen Daversa | Director | Schedules and Statements | Coordinate Schedule H import | 0.1 | $230.00 | $23.00 |
| 06/27/2024 | Aileen Daversa | Director | Schedules and Statements | Review SOFA master workbook | 0.1 | $230.00 | $23.00 |
| 06/27/2024 | Aileen Daversa | Director | Schedules and Statements | Strategize re Schedules, Statements | 0.5 | $230.00 | $115.00 |
| 06/27/2024 | Aileen Daversa | Director | Schedules and Statements | Prepare for, participate on conference call with Paladin team re Schedules, statements | 0.3 | $230.00 | $69.00 |
| 06/27/2024 | Aileen Daversa | Director | Schedules and Statements | Review Schedule H, correspondence with Paladin team re same | 0.3 | $230.00 | $69.00 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 06/27/2024 | Aileen Daversa | Director | Schedules and Statements | Review UCC search (1.5); make updates to Schedule D (1.7); prepare follow up questions, correspondence with Paladin team re same (.5) | 3.7 | $230.00 | $851.00 |
| 06/27/2024 | Gregory Lesage | Senior Associate | Schedules and Statements | Review Schedules, SOFA data for accuracy, completeness | 0.4 | $180.00 | $72.00 |
| 06/28/2024 | Aileen Daversa | Director | Schedules and Statements | Strategize re Schedules, Statements | 0.5 | $230.00 | $115.00 |
| 06/28/2024 | Aileen Daversa | Director | Schedules and Statements | Prepare SOFA drafts, open items, correspondence with Paladin team re same | 1.0 | $230.00 | $230.00 |
| 06/28/2024 | Aileen Daversa | Director | Schedules and Statements | Continue to review, make updates in reporting system, prepare exhibits for SOFA | 1.3 | $230.00 | $299.00 |
| 06/28/2024 | Aileen Daversa | Director | Schedules and Statements | Review, make updates in reporting system (1.4); prepare exhibits for SOFA (1) | 2.4 | $230.00 | $552.00 |
| 06/28/2024 | Aileen Daversa | Director | Schedules and Statements | Administrative review, updates to SOFA 1, 15, 16, 17, 18, 19 | 0.7 | $230.00 | $161.00 |
| 06/28/2024 | Aileen Daversa | Director | Schedules and Statements | Prepare for, participate on conference call with Paladin team re Schedules, statements | 0.2 | $230.00 | $46.00 |
| 06/28/2024 | Aileen Daversa | Director | Schedules and Statements | Strategize re schedules, SOFA status, next steps | 0.1 | $230.00 | $23.00 |
| 06/28/2024 | Aileen Daversa | Director | Schedules and Statements | Review SOFA master file updates, make updates to reporting system, prepare exhibits | 2.8 | $230.00 | $644.00 |
| 06/28/2024 | Ana Galvan | Senior Associate | Schedules and Statements | Review, format, import SOFA 3 | 4.0 | $200.00 | $800.00 |
| 06/28/2024 | Alberto Romero | Associate | Schedules and Statements | Review, format, import Schedules D, E/F, G data | 1.5 | $110.00 | $165.00 |
| 06/28/2024 | Alberto Romero | Associate | Schedules and Statements | Review, format, import Schedules D, E/F, G data | 3.0 | $110.00 | $330.00 |
| 06/28/2024 | Ana Galvan | Senior Associate | Schedules and Statements | Review, format, import Schedules AB, D, E/F, G data | 4.0 | $200.00 | $800.00 |
| 06/29/2024 | Aileen Daversa | Director | Schedules and Statements | Correspondence with Paladin team re schedules, SOFA updates | 0.3 | $230.00 | $69.00 |
| 06/29/2024 | Aileen Daversa | Director | Schedules and Statements | Make updates to Schedule AB | 0.8 | $230.00 | $184.00 |
| 06/29/2024 | Aileen Daversa | Director | Schedules and Statements | Perform quality control review of Schedule AB updates | 1.0 | $230.00 | $230.00 |
| 06/29/2024 | Aileen Daversa | Director | Schedules and Statements | Attention to Schedule E, F, G, H imports | 3.0 | $230.00 | $690.00 |
| 06/29/2024 | Aileen Daversa | Director | Schedules and Statements | Prepare SOFA drafts | 0.1 | $230.00 | $23.00 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 06/29/2024 | Aileen Daversa | Director | Schedules and Statements | Update SOFA 28 | 0.1 | $230.00 | $23.00 |
| 06/29/2024 | Aileen Daversa | Director | Schedules and Statements | Review schedule AB updates | 0.3 | $230.00 | $69.00 |
| 06/29/2024 | Aileen Daversa | Director | Schedules and Statements | Prepare SOFA drafts, email to working group | 0.2 | $230.00 | $46.00 |
| 06/29/2024 | Aileen Daversa | Director | Schedules and Statements | Make updates to SOFA 25 | 0.3 | $230.00 | $69.00 |
| 06/29/2024 | Aileen Daversa | Director | Schedules and Statements | Make updates to SOFA drafts based on comments from SOFA page turn | 1.5 | $230.00 | $345.00 |
| 06/29/2024 | Aileen Daversa | Director | Schedules and Statements | Prepare for, participate on conference call with Paladin, Optio teams, Debtors' counsel re SOFA page turn | 2.7 | $230.00 | $621.00 |
| 06/29/2024 | Aileen Daversa | Director | Schedules and Statements | Review, prepare SOFA 28 import | 1.2 | $230.00 | $276.00 |
| 06/29/2024 | Aileen Daversa | Director | Schedules and Statements | Review, update SOFA 27 | 0.6 | $230.00 | $138.00 |
| 06/29/2024 | Aileen Daversa | Director | Schedules and Statements | Prepare SOFA 6 import | 0.5 | $230.00 | $115.00 |
| 06/29/2024 | Aileen Daversa | Director | Schedules and Statements | Perform administrative review of Schedule AB | 1.0 | $230.00 | $230.00 |
| 06/29/2024 | Aileen Daversa | Director | Schedules and Statements | Update SOFA drafts, prepare open items list (1); correspondence with Paladin team re same (.1) | 1.1 | $230.00 | $253.00 |
| 06/29/2024 | Ana Galvan | Senior Associate | Schedules and Statements | Review, format, import Schedules D, E/F | 2.0 | $200.00 | $400.00 |
| 06/29/2024 | Ana Galvan | Senior Associate | Schedules and Statements | Review, format, import SOFA 3 | 2.0 | $200.00 | $400.00 |
| 06/30/2024 | Aileen Daversa | Director | Schedules and Statements | Prepare , circulate schedules drafts to working group | 0.2 | $230.00 | $46.00 |
| 06/30/2024 | Aileen Daversa | Director | Schedules and Statements | Make updates to Schedules | 1.0 | $230.00 | $230.00 |
| 06/30/2024 | Aileen Daversa | Director | Schedules and Statements | Prepare Schedule G imports | 1.0 | $230.00 | $230.00 |
| 06/30/2024 | Aileen Daversa | Director | Schedules and Statements | Prepare updated Schedule D, H imports (1.9); correspondence with Paladin team re same (.1) | 2.0 | $230.00 | $460.00 |
| 06/30/2024 | Aileen Daversa | Director | Schedules and Statements | Phone calls with Paladin team re Schedule H, D | 0.4 | $230.00 | $92.00 |
| 06/30/2024 | Aileen Daversa | Director | Schedules and Statements | Make schedules, SOFA updates in reporting system | 1.7 | $230.00 | $391.00 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 06/30/2024 | Aileen Daversa | Director | Schedules and Statements | Attention to schedules D, F, H | 0.1 | $230.00 | $23.00 |
| 06/30/2024 | Aileen Daversa | Director | Schedules and Statements | Phone calls with Paladin team re schedules, SOFA updates | 0.3 | $230.00 | $69.00 |
| 06/30/2024 | Aileen Daversa | Director | Schedules and Statements | Prepare for, participate on conference call with Paladin, Optio teams, Debtors' counsel re Schedules page turn | 2.8 | $230.00 | $644.00 |
| 06/30/2024 | Aileen Daversa | Director | Schedules and Statements | Prepare, e-mail Schedules drafts to working group | 0.4 | $230.00 | $92.00 |
| 06/30/2024 | Aileen Daversa | Director | Schedules and Statements | Review, update Schedule F | 0.9 | $230.00 | $207.00 |
| 06/30/2024 | Aileen Daversa | Director | Schedules and Statements | Review, update Schedule G | 1.1 | $230.00 | $253.00 |
| 06/30/2024 | Aileen Daversa | Director | Schedules and Statements | Prepare schedule H import | 0.6 | $230.00 | $138.00 |
| 06/30/2024 | Ana Galvan | Senior Associate | Schedules and Statements | Schedules, SOFA updates | 2.0 | $200.00 | $400.00 |
| 07/01/2024 | Aileen Daversa | Director | Schedules and Statements | Correspondence, phone calls with Paladin team re schedules, SOFA | 0.4 | $230.00 | $92.00 |
| 07/01/2024 | Aileen Daversa | Director | Schedules and Statements | Make updates to schedules | 1.5 | $230.00 | $345.00 |
| 07/02/2024 | Aileen Daversa | Director | Schedules and Statements | Correspondence, phone calls with Paladin team re schedules, SOFA | 0.3 | $230.00 | $69.00 |
| 07/02/2024 | Aileen Daversa | Director | Schedules and Statements | Prepare final drafts, phone call with Paladin team re same | 0.5 | $230.00 | $115.00 |
| 07/02/2024 | Aileen Daversa | Director | Schedules and Statements | Attention to schedule updates | 0.7 | $230.00 | $161.00 |
| 07/02/2024 | Aileen Daversa | Director | Schedules and Statements | Phone call with Paladin team re Global Notes | 0.1 | $230.00 | $23.00 |
| 07/02/2024 | Aileen Daversa | Director | Schedules and Statements | Update Schedule AB in the reporting system | 0.7 | $230.00 | $161.00 |
| 07/02/2024 | Aileen Daversa | Director | Schedules and Statements | Format, import Schedule D, E, H | 1.3 | $230.00 | $299.00 |
| 07/02/2024 | Aileen Daversa | Director | Schedules and Statements | Prepare schedules, SOFA drafts | 0.1 | $230.00 | $23.00 |
| 07/02/2024 | Aileen Daversa | Director | Schedules and Statements | Prepare schedules drafts | 0.3 | $230.00 | $69.00 |
| 07/02/2024 | Aileen Daversa | Director | Schedules and Statements | Make updates to Schedule F, H | 1.6 | $230.00 | $368.00 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 07/03/2024 | Aileen Daversa | Director | Schedules and Statements | Attention to the preparation of final drafts | 1.2 | $230.00 | $276.00 |
| 07/11/2024 | Aileen Daversa | Director | Schedules and Statements | Strategize re Schedules, Statements | 0.1 | $230.00 | $23.00 |
| 03/12/2025 | Aileen Daversa | Managing Director | Schedules and Statements | Prepare amended schedules | 0.1 | $266.50 | $26.65 |
| 03/12/2025 | Aileen Daversa | Managing Director | Schedules and Statements | Coordinate setting up amended schedules in reporting system | 0.1 | $266.50 | $26.65 |
| 03/12/2025 | Gregory Lesage | Senior Associate | Schedules and Statements | Prepare amended schedules | 0.4 | $198.00 | $79.20 |
| 03/13/2025 | Aileen Daversa | Managing Director | Schedules and Statements | Prepare amended schedules | 0.9 | $266.50 | $239.85 |
| 03/14/2025 | Aileen Daversa | Managing Director | Schedules and Statements | Prepare final drafts of amended schedules | 0.4 | $266.50 | $106.60 |
| | Contractual Discount | | | | | | ($2,828.39) |
| | **SUBTOTAL** | | | | **89.3** | | **$16,027.56** |
| 06/17/2024 | Aileen Daversa | Director | Solicitation and Tabulation | Review, analyze solicitation procedures, confirmation hearing notice, ballots, notice of non voting (1.2); correspondence with counsel re same (.1) | 1.3 | $230.00 | $299.00 |
| 07/31/2024 | Aileen Daversa | Director | Solicitation and Tabulation | Prepare solicitation overview | 3.9 | $230.00 | $897.00 |
| 08/05/2024 | Aileen Daversa | Director | Solicitation and Tabulation | Attention to solicitation overview, notice lists, creditor matrix reconciliation (1.3); correspondence with case professionals, Optio RX team re same (.2) | 1.5 | $230.00 | $345.00 |
| 08/05/2024 | Aileen Daversa | Director | Solicitation and Tabulation | Make updates to solicitation overview, voting amount spreadsheet | 2.5 | $230.00 | $575.00 |
| 08/06/2024 | Aileen Daversa | Director | Solicitation and Tabulation | Update solicitation overview for noteholder claims | 0.5 | $230.00 | $115.00 |
| 08/06/2024 | Aileen Daversa | Director | Solicitation and Tabulation | Attention to case correspondence re solicitation | 0.2 | $230.00 | $46.00 |
| 08/07/2024 | Aileen Daversa | Director | Solicitation and Tabulation | Make updates to solicitation overview (.9), correspondence with Debtors counsel, Optio team re Class 5, 6 claims (.1) | 1.0 | $230.00 | $230.00 |
| 08/08/2024 | Aileen Daversa | Director | Solicitation and Tabulation | Make updates to solicitation overview | 1.5 | $230.00 | $345.00 |
| 08/26/2024 | Aileen Daversa | Director | Solicitation and Tabulation | Prepare tabulation report | 0.2 | $230.00 | $46.00 |
| 09/04/2024 | Aileen Daversa | Director | Solicitation and Tabulation | Prepare voting report, exhibits to voting certification (1.4); correspondence with Debtors' counsel re same (.1) | 1.5 | $230.00 | $345.00 |
| 09/04/2024 | Aileen Daversa | Director | Solicitation and Tabulation | Review objection to voting amounts to determine impact on tabulation | 0.3 | $230.00 | $69.00 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 09/07/2024 | Aileen Daversa | Director | Solicitation and Tabulation | Prepare voting certification, exhibits | 1.8 | $230.00 | $414.00 |
| 09/08/2024 | Aileen Daversa | Director | Solicitation and Tabulation | Make updates to voting certification | 0.7 | $230.00 | $161.00 |
| 09/13/2024 | Aileen Daversa | Director | Solicitation and Tabulation | Attend confirmation hearing via video conference | 0.5 | $230.00 | $115.00 |
| | Contractual Discount | | | | | | ($600.30) |
| | **SUBTOTAL** | | | | **17.4** | | **$3,401.70** |
| | Total Contractual Discount | | | | | | ($3,428.69) |
| | **GRAND TOTAL** | | | | **106.7** | | **$19,429.26** |