IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| The Pet Apothecary LLC, | Case No. 24-11192-TMH |
| Debtors[1]. | (Jointly Administered) |
| | Re: Docket No. 9 |

**SUPPLEMENT TO COMBINED SECOND MONTHLY, FIRST INTERIM AND FINAL FEE APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE COMBINED MONTHLY PERIOD FROM DECEMBER 1, 2024 TO MARCH 21, 2025 AND THE INTERIM AND FINAL PERIODS FROM JUNE 19, 2024 TO MARCH 21, 2025**

*Compensation by Richards, Layton & Finger, P.A. for the Period from March 22, 2025 through May 22, 2025*

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Katharine L. Mowery | Director; Member of the Delaware Bar since 2011 | $1,050 | 0.5 | $525.00 |
| Jeffrey L. Moyer | Director; Member of the Delaware Bar since 1994 | $1,195 | 0.2 | $239.00 |
| Sara M. Metzler | Associate; Member of the Delaware Bar since 2018 | $900 | 1.2 | $1,080.00 |
| David T. Queroli | Associate; Member of the Delaware Bar since 2016 | $900 | 12.5 | $11,250.00 |

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The Pet Apothecary, LLC (6074). The address of the Reorganized Debtor's corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062. On May 2, 2025, the Court entered an order closing the chapter 11 cases of The Pet Apothecary, LLC's debtor affiliates (collectively, the "Affiliated Debtors"). A complete list of the Affiliated Debtors, along with their federal tax identification numbers, is available through the Court's CM/ECF electronic case filing system (https://ecf.deb.uscourts.gov/) under case no. 24-11192, at Docket No. 4.

RLF1 32929855v.2

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Zachary J. Javorsky | Associate; Member of the Delaware Bar since 2022 | $700 | 6.4 | $4,480.00 |
| Rebecca V. Speaker | Paralegal | $425 | 3.0 | $1,275.00 |
| Erin Weyl | Paralegal | $425 | 8.1 | $3,442.50 |
| Lesley A. Morris | Case Management Assistant | $325 | 10.2 | $3,315.00 |
| **TOTAL** | | | **42.1** | **$25,606.50** |

**Grand Total** $25,606.50
**Attorney Compensation** $17,574.00
**Total Attorney Hours** 20.8
**Attorney Blended Rate** $844.95

**Compensation by Project Category**
**March 22, 2025 through and including May 22, 2025**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| RL&F Fee Applications | 37.0 | $22,000.00 |
| Litigation/Adversary Proceedings | 5.1 | $3,606.50 |
|  |  |  |
| **TOTAL** | **42.1** | **$25,606.50** |

**Expense Summary**
**March 22, 2025 through May 22, 2025**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Facsimile | | $0.00 |
| Conference Calling | | $0.00 |
| Long Distance Telephone | | $0.00 |
| In-House Reproduction (Duplication/Printing) | Printing: 0 @ $0.10 pg. | $0.00 |
| Outside Reproduction | | $0.00 |
| Legal Research | | $0.00 |
| Filing/Court Fees | | $0.00 |
| Court Reporting | | $0.00 |
| Travel Expenses | | $0.00 |
| Inside Courier & Expense Carriers | | $0.00 |
| Outside Courier & Expense Carriers | | $0.00 |
| Postage | | $0.00 |
| Binding | | $0.00 |
| Business Meals | | $0.00 |
| Document Retrieval | Pacer | $67.10 |
| Record Retrieval | | $0.00 |
| Professional Services | TERIS Litigation Support Services (*see* invoice attached hereto as **Exhibit C**) | $4,042.92 |
| Overtime | | $0.00 |
| Room Rental | | $0.00 |
| Equipment Rental | | $0.00 |
| Stationery Supplies | | $0.00 |
| **TOTAL** | | **$4,110.02** |

RLF1 32929855v.2