**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>The Pet Apothecary LLC,<br><br>               Debtors[1]. | Chapter 11<br><br>Case No. 24-11192-TMH<br><br>(Jointly Administered)<br><br>Re: Docket No. 9 |

**NOTICE OF FILING OF SUPPLEMENT TO COMBINED SECOND MONTHLY, FIRST INTERIM AND FINAL FEE APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE COMBINED MONTHLY PERIOD FROM DECEMBER 1, 2024 TO MARCH 21, 2025 AND THE INTERIM AND FINAL PERIODS FROM <u>JUNE 19, 2024 TO MARCH 21, 2025</u>**

PLEASE TAKE NOTICE OF THE FOLLOWING:

        1.        On May 2, 2025, Richards, Layton & Finger, P.A. (the "**RL&F**"), special litigation counsel to the Debtors, filed the *Combined Second Monthly, First Interim and Final Fee Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Litigation Counsel to the Debtors and Debtors in Possession for the Combined Monthly Period from December 1, 2024 to March 21, 2025 and the Interim and Final Periods from June 19, 2024 to March 21, 2025* [Docket No. 9] (the "**Final Fee Application**")[2] with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

---

[1]     The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The Pet Apothecary, LLC (6074). The address of the Reorganized Debtor's corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062. On May 2, 2025, the Court entered an order closing the chapter 11 cases of The Pet Apothecary, LLC's debtor affiliates (collectively, the "Affiliated Debtors"). A complete list of the Affiliated Debtors, along with their federal tax identification numbers, is available through the Court's CM/ECF electronic case filing system (https://ecf.deb.uscourts.gov/) under case no. 24-11192, at Docket No. 4.

[2]     Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Final Fee Application.

2. The Final Fee Application sought allowance and payment of, among other amounts, Estimated Amounts (comprising combined attorney and paralegal time up to $30,000.00 in total fees and expenses up to $5,000.00) for the Estimated Period of March 22, 2025 through and including the filing and prosecution of the Final Fee Application.  Because the Estimated Amounts were, by their very terms, estimates, RL&F represented in its Final Fee Application that it would file appropriate time and expense detail with the Court for the Estimated Period (the "**Supplement**" and together with the Final Fee Application, the "**Supplemented Final Fee Application**").[3]  RL&F requested the Court's approval of the Estimated Amounts in its Final Fee Application, subject to a reconciliation process.

3. Attached hereto as **Exhibit A** is a fee statement identifying the services provided by RL&F for the period from March 22, 2025 through and including May 22, 2025. Attached hereto as **Exhibit B** is a summary of the actual and necessary expenses incurred by RL&F for the period from March 22, 2025 through and including May 22, 2025.  The Supplement seeks payment of $25,606.50 in fees and $4,110.02 in actual and necessary expenses.

---

[3] In the Final Fee Application, RL&F correctly reflected the aggregate compensation requested (fees + expenses), inclusive of the Estimated Amounts, as $1,601,002.85, but RL&F inadvertently reflected, on an individual basis and inclusive of the Estimated Amounts during the Final Compensation Period, total requested fees as $1,466,151.50 and total requested expenses as $119,851.35. Requested fees and expenses, on an individual basis and inclusive of the Estimated Amounts during the Final Compensation Period, should have been reflected as $1,476,151.50 and $124,851.35, respectively, which taken together equals the correct aggregate compensation requested (fees + expenses), inclusive of the Estimated Amounts, that RL&F reflected in the Final Fee Application as $1,601,002.85.

WHEREFORE, RL&F respectfully requests that the Court approve (i) the Supplement and authorize that final allowance to RL&F for the Estimated Period in the amount of $25,606.50 as compensation for necessary professional services rendered and $4,110.02 for reimbursement of actual and necessary costs and expenses for a total amount of $29,716.52, and (ii) the Supplemented Final Fee Application and authorize that final allowance to RL&F in the amount of $1,471,758.00 as compensation for necessary professional services rendered and $123,961.37 for reimbursement of actual and necessary costs and expenses for a total amount of $1,595,719.37 and that such sums be authorized for payment and for such other and further relief as the Court may deem just and proper.

Dated:   May 23, 2025
         Wilmington, Delaware

/s/ Zachary J. Javorsky
Jeffrey L. Moyer (#3309)
Chad M. Shandler (#3796)
Kelly E. Farnan (#4395)
Katharine L. Mowery (#5629)
David T. Queroli (#6318)
Sara M. Metzler (#6509)
Zachary J. Javorsky (#7069)
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
Email: moyer@rlf.com
       shandler@rlf.com
       farnan@rlf.com
       mowery@rlf.com
       queroli@rlf.com
       metzler@rlf.com
       mathews@rlf.com
       javorsky@rlf.com

*Counsel for Optio Rx*