# **EXHIBIT A**

RLF1 32929855v.1



**Richards, Layton & Finger, P.A.**
920 North King Street
Wilmington, DE 19801
T: (302) 651-7700
AR@rlf.com
Tax ID 51-0226371

| | |
|---|---:|
| Invoice Date: | May 22, 2025 |
| Invoice Number: | 3026466 |
| Client Number: | 771416 |

Optio RX, LLC

Client:        Optio RX, LLC

For professional services rendered through May 22, 2025

| | | | |
|---|---|---:|---:|
| | Fees | $ | 25,606.50 |
| | Costs | | 4,110.02 |
| | **Total Amount Due** | $ | **29,716.52** |

**INVOICE DUE AND PAYABLE UPON RECEIPT**

**Please reference invoice number(s) on your remittance.**

| Please send your remittance to: | Please wire your remittance to: |
|---|---|
| **Richards, Layton & Finger, P.A.** | **M&T Bank** |
| 920 North King Street | Account Name: Richards, Layton & Finger, P.A. |
| Wilmington DE, 19801 | Account Number: 2264-1174 |
| | ABA Number: 022000046 |
| | SWIFT Code: MANTUS33 |

| Client Name: Optio RX, LLC | Invoice Date: | May 22, 2025 |
| --- | --- | --- |
| Matter: Optio RX, LLC | Invoice Number: | 3026466 |

**Group Bill Summary**

| Matter | Description | Fees | Costs | Charges | Taxes | Total |
| --- | --- | ---: | ---: | ---: | ---: | ---: |
| 771416-232883 | RLF Fee Applications | 22,000.00 | 4,110.02 | 0.00 | 0.00 | 26,110.02 |
| 771416-232883P | Litigation/ Adversary Proceedings | 3,606.50 | 0.00 | 0.00 | 0.00 | 3,606.50 |
|  |  | 25,606.50 | 4,110.02 | 0.00 | 0.00 | $29,716.52 |

**Total Amount Due**     $29,716.52

| | | |
|---|---|---|
| Matter Name: RLF Fee Applications | Invoice Date: | May 22, 2025 |
| Matter Number: 771416-232883 | Invoice Number: | 3026466 |

**Detail for Services Rendered**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/25/25 | R. V. Speaker | Research final fee application forms for final fee application (.5); Meetings with Z. Javorsky re: same (.2); Review forms and first fee application (.3); Email to E. Weyl re: drafting same (.2) | 1.2 | 425 | 510.00 |
| 03/25/25 | E. N. Weyl | Review email from Z. Javorksy re: RLF's second monthly, first interim, and final fee application (.1); Email to R. Speaker re: same (.1); Review email from R. Speaker re: fee app shell (.1); Draft shell and email to R. Speaker re: same (2) | 2.3 | 425 | 977.50 |
| 03/25/25 | Z. J. Javorsky | Email communication with D. Queroli, L. Morris and others re: final fee application (.2) | 0.2 | 700 | 140.00 |
| 03/28/25 | R. V. Speaker | Review and revise draft final fee application (1.4); Emails with E. Weyl re: same (.1) | 1.5 | 425 | 637.50 |
| 03/28/25 | E. N. Weyl | Review email from R. Speaker re: RLF final fee app (.1); Email to D. Queroli, Z. Javorsky, L. Morris, and R. Speaker re: draft RLF final fee app (.1); Review email from Z. Javorsky re: same (.1); Review email from R. Speaker re: comments to draft application (.1); Revise and email to Z. Javorsky re: same (.2) | 0.6 | 425 | 255.00 |
| 04/02/25 | D. T. Queroli | Emails with K. Farnan re: fee application | 0.2 | 900 | 180.00 |
| 04/03/25 | D. T. Queroli | Discuss fee application issues with Z. Javorsky | 0.1 | 900 | 90.00 |
| 04/03/25 | Z. J. Javorsky | Confer with D. Queroli re: final fee application and related issues | 0.1 | 700 | 70.00 |
| 04/07/25 | Z. J. Javorsky | Review and revise RLF final fee application exhibits (.6); Email communication with L. Morris re: same (.2) | 0.8 | 700 | 560.00 |
| 04/07/25 | L. A. Morris | Prepare and revise March 2025, interim and final fee application | 0.7 | 325 | 227.50 |
| 04/08/25 | L. A. Morris | Prepare and revise March 2025, interim and final fee application | 1.0 | 325 | 325.00 |
| 04/09/25 | L. A. Morris | Prepare and revise March 2025, interim and final fee application | 1.0 | 325 | 325.00 |
| 04/10/25 | L. A. Morris | Prepare and revise March 2025, interim and final fee application | 1.0 | 325 | 325.00 |
| 04/11/25 | L. A. Morris | Prepare and revise March 2025, interim and final fee application | 2.5 | 325 | 812.50 |
| 04/15/25 | L. A. Morris | Prepare and revise March 2025, interim and final fee application | 1.5 | 325 | 487.50 |
| 04/16/25 | L. A. Morris | Prepare and revise March 2025, interim and final fee application | 2.5 | 325 | 812.50 |
| 04/21/25 | Z. J. Javorsky | Email communication with L. Morris re: RLF final fee application (.2); Review and revise same (.3) | 0.5 | 700 | 350.00 |
| 04/21/25 | D. T. Queroli | Emails with K. Farnan re: budget (.2); Emails with W. Chipman re: same (.1); Research re: fee applications (.6); Discuss same with Z. Javorsky (.1) | 1.0 | 900 | 900.00 |
| 04/23/25 | Z. J. Javorsky | Review and revise RLF final fee application (2.0); Confer with L. Morris re: same (.2); Email communication with D. Queroli re: same (.1) | 2.3 | 700 | 1,610.00 |
| 04/23/25 | D. T. Queroli | Discuss fee application with Z. Javorsky | 0.1 | 900 | 90.00 |
| 04/25/25 | Z. J. Javorsky | Draft RLF final fee application (.3); Email communication with D. Queroli and L. Morris re: same (.2) | 0.5 | 700 | 350.00 |
| 04/25/25 | D. T. Queroli | Review fee application (.2); Emails with Z. Javorsky re: fee application (.2) | 0.4 | 900 | 360.00 |
| 04/30/25 | D. T. Queroli | Review and revise final fee application (1.5); Emails with K. Farnan re: same (.3); Emails with L. Morris re: same (.1) | 1.9 | 900 | 1,710.00 |
| 05/01/25 | D. T. Queroli | Emails with L. Morris re: invoice (.2); Review and review final fee application (2.5); Emails with K. Farnan re: invoices (.2); Review expense invoices (.1) | 3.0 | 900 | 2,700.00 |
| 05/02/25 | E. N. Weyl | Review email from D. Queroli re: RLF second monthly interim and final fee application (.1); Draft notice and email to D. Queroli re: same (.3); Prepare notice, application, exhibits, and email to D. Queroli re: same (.3); Review email from D. Queroli re: comments to application (.1); Revise and email to D. Queroli re: same (.2); | 1.4 | 425 | 595.00 |

| Matter Name: RLF Fee Applications | Invoice Date: | May 22, 2025 |
| --- | --- | --- |
| Matter Number: 771416-232883 | Invoice Number: | 3026466 |

| **Date** | **Name** | **Description** | **Hours** | **Rate** | **Amount** |
| --- | --- | --- | --- | --- | --- |
|  |  | Finalize and file re: same (.2); Email to D. Queroli re: same (.1); Retrieve and circulate newly filed pleadings (.1) |  |  |  |
| 05/02/25 | D. T. Queroli | Review and revise final fee application (.6); Emails with J. Gatyas re: invoices (.2); Review revised invoices (.5); Research re: professional expenses (.3); Emails with J. Gatyas re: same (.1); Review and revise notice of final fee application (.5); Emails with E. Weyl re: compile exhibits (.3); Compile exhibits (.5); Emails with E. Weyl re: comments to prepped fee application (.2); Review filing version of fee application (.3); Emails with E. Weyl re: filing of same (.2); Review docket (.2); Emails with W. Chipman re: service of fee application (.1) | 4.0 | 900 | 3,600.00 |
| 05/05/25 | E. N. Weyl | Update calendar re: upcoming objection deadline and hearing date for RLF second monthly interim and final fee application | 0.1 | 425 | 42.50 |
| 05/07/25 | R. V. Speaker | Meeting with E. Weyl re: supplement to final fee application | 0.3 | 425 | 127.50 |
| 05/07/25 | Z. J. Javorsky | Research re: Delaware precedent re: final fee supplement (.2); Email communication with E. Weyl re: same (.1); Confer with L. Morris re: same (.1) | 0.4 | 700 | 280.00 |
| 05/07/25 | E. N. Weyl | Review email from Z. Javorsky re: notice of supplement to RLF final fee application (.1); Draft shell and email to Z. Javorsky re: same (1.5) | 1.6 | 425 | 680.00 |
| 05/21/25 | Z. J. Javorsky | Attention to RLF final fee application supplement and related issues (.5); Email communication with D. Querli and L. Morris re: same (.2) | 0.7 | 700 | 490.00 |
| 05/21/25 | D. T. Queroli | Emails with L. Morris and Z. Javorksy re: fee supplement (.2); Review and revise fee supplement (.7); Emails with K. Farnan re: same (.1) | 1.0 | 900 | 900.00 |
| 05/22/25 | Z. J. Javorsky | Attention to RLF final fee application supplement and finalization of same | 0.3 | 700 | 210.00 |
| 05/22/25 | D. T. Queroli | Review and finalize fee supplement | 0.3 | 900 | 270.00 |
| **Total** |  |  | **37.0** |  | **$22,000.00** |

**Detail of Costs and Other Charges Incurred on Your Behalf**

| **Date** | **Description** | **Quantity** | **Amount** |
| --- | --- | --- | --- |
| 03/25/25 | PACER | 15.00 | 1.50 |
| 03/25/25 | PACER | 15.00 | 1.50 |
| 03/25/25 | PACER | 3.00 | 0.30 |
| 03/25/25 | PACER | 11.00 | 1.10 |
| 03/25/25 | PACER | 3.00 | 0.30 |
| 03/25/25 | PACER | 11.00 | 1.10 |
| 03/25/25 | PACER | 14.00 | 1.40 |
| 03/25/25 | PACER | 11.00 | 1.10 |
| 03/25/25 | PACER | 15.00 | 1.50 |
| 03/25/25 | PACER | 3.00 | 0.30 |
| 03/25/25 | PACER | 14.00 | 1.40 |
| 03/25/25 | PACER | 2.00 | 0.20 |
| 03/25/25 | PACER | 3.00 | 0.30 |
| 03/25/25 | PACER | 2.00 | 0.20 |
| 03/25/25 | PACER | 19.00 | 1.90 |
| 03/25/25 | PACER | 2.00 | 0.20 |
| 03/25/25 | PACER | 3.00 | 0.30 |
| 03/25/25 | PACER | 3.00 | 0.30 |

| | | | | | |
|---|---|---|---|---|---|
| Matter Name: Litigation/ Adversary Proceedings | | | Invoice Date: | | May 22, 2025 |
| Matter Number: 771416-232883P | | | Invoice Number: | | 3026466 |

**Detail for Services Rendered**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/24/25 | S. M. Metzler | Email correspondence re document destruction | 0.2 | 900 | 180.00 |
| 03/25/25 | K. L. Mowery | Draft notice to Skin Medicinals on destruction (.2); Email to H. Kaplan (.1) | 0.3 | 1,050 | 315.00 |
| 03/25/25 | S. M. Metzler | Review protective order and language re deletion of information | 0.2 | 900 | 180.00 |
| 03/26/25 | K. L. Mowery | Review protective order and options for disposition | 0.2 | 1,050 | 210.00 |
| 03/31/25 | S. M. Metzler | Draft and revise notice of settlement payment | 0.5 | 900 | 450.00 |
| 04/01/25 | E. N. Weyl | Review email from Z. Javorsky re: notice of settlement payment (.1); Prepare and email to Z. Javorsky re: same (.2); Review email from Z. Javorsky re: comments to notice (.1); Revise and email to Z. Javorsky re: same (.2); Finalize and file re: same (.2); Review email from Z. Javorsky re: notice of withdrawal (.1); Draft notice and email to Z. Javorsky re: same (.2); Review email from Z. Javorsky re: comments to notice (.1); Revise and email to Z. Javorsky re: same (.2); Finalize and file re: same (.1); Review email from Z. Javorsky re: corrected notice of settlement payment (.1); Finalize and file re: same (.2); Coordinate service of same (.1); Draft certificate of service and email to Z. Javorsky re: same (.2) | 2.1 | 425 | 892.50 |
| 04/01/25 | J. L. Moyer | Review notice of payment re stipulation of dismissal | 0.2 | 1,195 | 239.00 |
| 04/01/25 | D. T. Queroli | Review notice of settlement (.2); Emails with Z. Javorsky re: same (.1); Emails with S. Metzler re: same (.2) | 0.5 | 900 | 450.00 |
| 04/01/25 | Z. J. Javorsky | Coordinate filing of notice of settlement payment (.5); Email communication with D. Queroli and E. Weyl re: same (.1) | 0.6 | 700 | 420.00 |
| 04/01/25 | S. M. Metzler | Delete Skin Medicinals productions pursuant to the Protective Order (0.2); coordinate filing notice of settlement payment | 0.3 | 900 | 270.00 |
| **Total** | | | **5.1** | | **$3,606.50** |

| Client Name: Optio RX, LLC | | | Invoice Date: | May 22, 2025 |
| --- | --- | --- | --- | --- |
| | | | Invoice Number: | 3026466 |

**Summary for Services Rendered**

| **Name** | **Title** | **Hours** | **Rate** | **Amount** |
| --- | --- | ---: | ---: | ---: |
| Morris, Lesley A | Case Management Assistant | 10.2 | 325 | 3,315.00 |
| Speaker, Rebecca V | Paralegal | 3.0 | 425 | 1,275.00 |
| Weyl, Erin | Paralegal | 8.1 | 425 | 3,442.50 |
| Mowery, Katharine L | Director | 0.5 | 1,050 | 525.00 |
| Moyer, Jeffrey L | Director | 0.2 | 1,195 | 239.00 |
| Javorsky, Zachary J | Associate | 6.4 | 700 | 4,480.00 |
| Metzler, Sara M | Associate | 1.2 | 900 | 1,080.00 |
| Queroli, David T | Associate | 12.5 | 900 | 11,250.00 |
| **Total** | | **42.1** | | **$25,606.50** |