**<u>EXHIBIT B</u>**

| | | | | | |
|---|---|---|---|---|---|
| Matter Name: RLF Fee Applications | | | Invoice Date: | | May 22, 2025 |
| Matter Number: 771416-232883 | | | Invoice Number: | | 3026466 |

| **Date** | **Name** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| | | Finalize and file re: same (.2); Email to D. Queroli re: same (.1); Retrieve and circulate newly filed pleadings (.1) | | | |
| 05/02/25 | D. T. Queroli | Review and revise final fee application (.6); Emails with J. Gatyas re: invoices (.2); Review revised invoices (.5); Research re: professional expenses (.3); Emails with J. Gatyas re: same (.1); Review and revise notice of final fee application (.5); Emails with E. Weyl re: compile exhibits (.3); Compile exhibits (.5); Emails with E. Weyl re: comments to prepped fee application (.2); Review filing version of fee application (.3); Emails with E. Weyl re: filing of same (.2); Review docket (.2); Emails with W. Chipman re: service of fee application (.1) | 4.0 | 900 | 3,600.00 |
| 05/05/25 | E. N. Weyl | Update calendar re: upcoming objection deadline and hearing date for RLF second monthly interim and final fee application | 0.1 | 425 | 42.50 |
| 05/07/25 | R. V. Speaker | Meeting with E. Weyl re: supplement to final fee application | 0.3 | 425 | 127.50 |
| 05/07/25 | Z. J. Javorsky | Research re: Delaware precedent re: final fee supplement (.2); Email communication with E. Weyl re: same (.1); Confer with L. Morris re: same (.1) | 0.4 | 700 | 280.00 |
| 05/07/25 | E. N. Weyl | Review email from Z. Javorsky re: notice of supplement to RLF final fee application (.1); Draft shell and email to Z. Javorsky re: same (1.5) | 1.6 | 425 | 680.00 |
| 05/21/25 | Z. J. Javorsky | Attention to RLF final fee application supplement and related issues (.5); Email communication with D. Querli and L. Morris re: same (.2) | 0.7 | 700 | 490.00 |
| 05/21/25 | D. T. Queroli | Emails with L. Morris and Z. Javorksy re: fee supplement (.2); Review and revise fee supplement (.7); Emails with K. Farnan re: same (.1) | 1.0 | 900 | 900.00 |
| 05/22/25 | Z. J. Javorsky | Attention to RLF final fee application supplement and finalization of same | 0.3 | 700 | 210.00 |
| 05/22/25 | D. T. Queroli | Review and finalize fee supplement | 0.3 | 900 | 270.00 |
| **Total** | | | **37.0** | | **$22,000.00** |

### Detail of Costs and Other Charges Incurred on Your Behalf

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 03/25/25 | PACER | 15.00 | 1.50 |
| 03/25/25 | PACER | 15.00 | 1.50 |
| 03/25/25 | PACER | 3.00 | 0.30 |
| 03/25/25 | PACER | 11.00 | 1.10 |
| 03/25/25 | PACER | 3.00 | 0.30 |
| 03/25/25 | PACER | 11.00 | 1.10 |
| 03/25/25 | PACER | 14.00 | 1.40 |
| 03/25/25 | PACER | 11.00 | 1.10 |
| 03/25/25 | PACER | 15.00 | 1.50 |
| 03/25/25 | PACER | 3.00 | 0.30 |
| 03/25/25 | PACER | 14.00 | 1.40 |
| 03/25/25 | PACER | 2.00 | 0.20 |
| 03/25/25 | PACER | 3.00 | 0.30 |
| 03/25/25 | PACER | 2.00 | 0.20 |
| 03/25/25 | PACER | 19.00 | 1.90 |
| 03/25/25 | PACER | 2.00 | 0.20 |
| 03/25/25 | PACER | 3.00 | 0.30 |
| 03/25/25 | PACER | 3.00 | 0.30 |

| | | | |
|---|---|---|---|
| Matter Name: RLF Fee Applications | | Invoice Date: | May 22, 2025 |
| Matter Number: 771416-232883 | | Invoice Number: | 3026466 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 03/25/25 | PACER | 30.00 | 3.00 |
| 03/25/25 | PACER | 2.00 | 0.20 |
| 03/25/25 | PACER | 4.00 | 0.40 |
| 03/25/25 | PACER | 30.00 | 3.00 |
| 03/25/25 | PACER | 3.00 | 0.30 |
| 03/25/25 | PACER | 30.00 | 3.00 |
| 03/25/25 | PACER | 26.00 | 2.60 |
| 03/25/25 | PACER | 30.00 | 3.00 |
| 03/25/25 | PACER | 3.00 | 0.30 |
| 03/25/25 | PACER | 30.00 | 3.00 |
| 03/25/25 | PACER | 2.00 | 0.20 |
| 03/25/25 | PACER | 30.00 | 3.00 |
| 03/25/25 | PACER | 12.00 | 1.20 |
| 03/25/25 | PACER | 2.00 | 0.20 |
| 03/28/25 | PACER | 10.00 | 1.00 |
| 03/28/25 | PACER | 6.00 | 0.60 |
| 03/28/25 | PACER | 11.00 | 1.10 |
| 03/28/25 | PACER | 30.00 | 3.00 |
| 03/28/25 | PACER | 16.00 | 1.60 |
| 03/28/25 | PACER | 30.00 | 3.00 |
| 03/28/25 | PACER | 30.00 | 3.00 |
| 03/28/25 | PACER | 23.00 | 2.30 |
| 03/28/25 | PACER | 29.00 | 2.90 |
| 03/28/25 | PACER | 30.00 | 3.00 |
| 03/28/25 | PACER | 24.00 | 2.40 |
| 03/28/25 | PACER | 11.00 | 1.10 |
| 03/31/25 | TERIS - T-03489 - Litigation Support Services | 1.00 | 4,042.92 |
| 04/01/25 | PACER | 19.00 | 1.90 |
| 04/01/25 | PACER | 3.00 | 0.30 |
| 04/01/25 | PACER | 3.00 | 0.30 |
| 04/01/25 | PACER | 3.00 | 0.30 |
| 04/01/25 | PACER | 3.00 | 0.30 |
| 04/03/25 | PACER | 5.00 | 0.50 |
| 04/03/25 | PACER | 2.00 | 0.20 |
| **Total** | | | **$4,110.02** |

### Summary of Costs and Other Charges Incurred on Your Behalf

| Description | Amount |
|---|---|
| PACER | 67.10 |
| Professional Services | 4,042.92 |
| **Total** | **$4,110.02** |