**EXHIBIT C**



**11333 N Scottsdale Road**
**Suite 294**
**Scottsdale, AZ 85254**

# INVOICE

| | |
|---|---|
| Invoice Number | T-03489 |
| Payment Terms | Net 30 |
| Invoice Date | 03/31/2025 |
| Due Date | 04/30/2025 |

**Invoice To:**
**Richards, Layton &amp; Finger, PA**
One Rodney Square, 920 North King Street
Wilmington , DE   19801
United States

**Matter Name:**   Skin Medicinals LLC v. Optio Rx, LLC          **Order Number:**   232883

| Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| **Escalated forensic billable time for collection, reporting, and investigation. Director Level**<br>Emails regarding the process and worked with Aaron Gormley to setup the account to access the accounts.<br>Rich Hoffman 03/17/2025 | Hour | 1 | $250.00 | $250.00 |
| **Escalated forensic billable time for collection, reporting, and investigation. Director Level**<br>Communication with the RLF team on data found and verification on what should be deleted. Logged into nine accounts and deleted the identified emails and cleaned the recoverable items.<br>Rich Hoffman 03/18/2025 | Hour | 3.5 | $250.00 | $875.00 |
| **Project manager time**<br>Modification of custom coding layout including creation or changes to fields and/or choices.<br>Paul Bertera 03/03/2025 | Hour | .25 | $175.00 | $43.75 |
| **Project manager time**<br>Communications discussing case strategy, timeline, and workflows.<br>Paul Bertera 03/03/2025 | Hour | .25 | $175.00 | $43.75 |
| **Project manager time**<br>Setup review Batches as per requested criteria.<br>Paul Bertera 03/03/2025 | Hour | .5 | $175.00 | $87.50 |
| **Project manager time**<br>Searched for specifically requested documents and/or information, creation of Saved Searches and communications regarding same.<br>Paul Bertera 03/05/2025 | Hour | .5 | $175.00 | $87.50 |
| **Project manager time**<br>Communications discussing case strategy, timeline, and workflows.<br>Paul Bertera 03/17/2025 | Hour | .25 | $175.00 | $43.75 |
| **Project manager time**<br>Data deletion coordination, record management, and reporting.<br>Paul Bertera 03/17/2025 | Hour | .5 | $175.00 | $87.50 |
| **Project manager time**<br>Communications discussing case strategy, timeline, and workflows.<br>Paul Bertera 03/18/2025 | Hour | .5 | $175.00 | $87.50 |
| **Project manager time**<br>Data collection coordination, record management, and reporting.<br>Paul Bertera 03/19/2025 | Hour | .75 | $175.00 | $131.25 |



**11333 N Scottsdale Road
Suite 294
Scottsdale, AZ 85254**

# INVOICE

| Description | Unit | Qty | Rate | Amount |
|---|---|---|---|---|
| **Project manager time**<br>Communications discussing case strategy, timeline, and workflows.<br>Paul Bertera 03/19/2025 | Hour | .5 | $175.00 | $87.50 |
| **Project manager time**<br>Communications discussing case strategy, timeline, and workflows.<br>Paul Bertera 03/20/2025 | Hour | .5 | $175.00 | $87.50 |
| **Project manager time**<br>Relativity database export, archive, destruction, and/or network data disposition.<br>Paul Bertera 03/25/2025 | Hour | 3.5 | $175.00 | $612.50 |
| **Relativity hosting per GB and access fee**<br>RLF - Skin Med v Optio Rx - Review<br>03/27/2025 | GB | 78.98 | $8.0000 | $631.84 |
| **Relativity hosting per GB and access fee**<br>OptioRX - Skin Medicinals Dispute - REV<br>03/27/2025 | GB | 4.51 | $8.0000 | $36.08 |
| **Fee per Relativity user**<br>03/27/2025 | User | 10 | $85.00 | $850.00 |

(T) Subject to Sales Tax

| | |
|---|---|
| Subtotal | $4,042.92 |
| Tax | $0.00 |
| Total | $4,042.92 |

**ACH Payments**
Account Holder: Repario Data LLC
Account Type: Commercial Checking - Santander Bank
Routing Number: 231372691
Account Number: 8947711551

**Remittance Address**
Repario Data
P.O. Box 12891
Philadelphia, PA 19176

**For questions about your invoice, contact Accounts Receivable at Billing@repariodata.com.**



11333 N Scottsdale Road
Suite 294
Scottsdale, AZ 85254

# INVOICE

| | |
|---|---|
| Invoice Number | T-03389 |
| Payment Terms | Net 30 |
| Invoice Date | 02/28/2025 |
| Due Date | 03/30/2025 |

**Invoice To:**
**Richards, Layton & Finger, PA**
One Rodney Square, 920 North King Street
Wilmington , DE   19801
United States

**Matter Name:**   Skin Medicinals LLC v. Optio Rx, LLC          **Order Number:**

| Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| **Relativity hosting per GB and access fee**<br>RLF - Skin Med v Optio Rx - Review | GB | 78.9814 | $8.0000 | $631.85 |
| **Relativity hosting per GB and access fee**<br>OptioRX - Skin Medicinals Dispute - REV | GB | 4.5101 | $8.0000 | $36.08 |
| **Fee per Relativity user** | User | 20 | $85.00 | $1,700.00 |

**(T) Subject to Sales Tax**

| | |
|---|---|
| Subtotal | $2,367.93 |
| Tax | $0.00 |
| Total | $2,367.93 |

**ACH Payments**
Account Holder: Repario Data LLC
Account Type: Commercial Checking - Santander Bank
Routing Number: 231372691
Account Number: 8947711551

**Remittance Address**
Repario Data
P.O. Box 12891
Philadelphia, PA 19176

**For questions about your invoice, contact Accounts Receivable at Billing@repariodata.com.**

Page 1