**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| The Pet Apothecary LLC, | Case No. 24-11192 (TMH) |
| Debtors.[1] | **Related Docket Nos. 9, 10, 13, 857, 863, 864[2]** |

**CERTIFICATION OF COUNSEL REGARDING**
**FINAL FEE APPLICATIONS OF PROFESSIONALS**

I, William E. Chipman, Jr., counsel for the above-captioned debtors and debtors in possession (the "**Debtors**"), hereby certify as follows:

1.    The professionals (each a "**Professional**") employed in the Chapter 11 Cases of the Debtors, filed the following interim fee applications:

(A)    Ninth Monthly and Final Application of Chipman Brown Cicero & Cole, LLP, for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Monthly Period from March 1, 2025 Through and Including March 21, 2025, and the Final Period from June 7, 2024 Through and Including March 21, 2025, filed on April 16, 2025 [Case No. 24-11188; Docket No. 857].;

(B)    Combined Second Monthly, First Interim and Final Fee Application of Richards, Layton & Finger, P.A., for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Litigation Counsel to the Debtors and Debtors in Possession for the Combined Monthly Period from December 1, 2025 to March 21, 2025, and the Final Period from June 7, 2024 Through and Including March 21, 2025 and the Interim and Final Periods from June 19, 2024 to March 21, 2025, filed on May 2, 2025 [Case No. 24-11192; Docket No. 9];

---

[1]    The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The Pet Apothecary, LLC (6074). The address of the Reorganized Debtor's corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062. On May 2, 2025, the Court entered an order closing the chapter 11 cases of The Pet Apothecary, LLC's debtor affiliates (collectively, the "**Affiliated Debtors**"). A complete list of the Affiliated Debtors, along with their federal tax identification numbers, is available through the Court's CM/ECF electronic case filing system (https://ecf.deb.uscourts.gov/) under Case No. 24-11192, at Docket No. 4.

[2]    Docket Nos. 857, 863, and 864 were filed under Case No. 24-11188. Docket Nos. 9 and 10 were filed under Case No. 24-11192.

(C)     Supplement to Combined Second Monthly, First Interim and Final Fee Application of Richards, Layton & Finger, P.A., for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Litigation Counsel to the Debtors and Debtors in Possession for the Combined Monthly Period from December 1, 2025 to March 21, 2025, and the Final Period from June 7, 2024 Through and Including March 21, 2025 and the Interim and Final Periods from June 19, 2024 to March 21, 2025, filed on May 23, 2025 [Case No. 24-11192; Docket No. 13];

(D)     Final Fee Application of Stretto, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Administrative Advisor to the Debtors and Debtors in Possession for the Monthly Period from June 7, 2024 Through March 21, 2025, filed on May 5, 2025 [Case No. 24-11192; Docket No. 10];

(E)     Ninth Monthly and Final Fee Application of Saul Ewing LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses Incurred for the (I) Monthly Period from March 1, 2025 through March 21, 2025 and (II) Final Period from June 26, 2024 Through March 21, 2025, filed on April 30, 2025 [Case No. 24-11188; Docket No. 863]; and

(F)     Combined Third Monthly and Final Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from June 27, 2024 Through March 21, 2025, filed on May 1, 2025 [Case No. 24-11188; Docket No. 864].

2.      Objections or responses, if any, to the Fee Applications were required to be filed and served by no later than 4:00 p.m. (*prevailing* Eastern Time) on May 7, 2025 for Docket No. 857; May 21, 2025 for Docket No. 863; May 22, 2025 for Docket No. 864; May 23, 2025 for Docket No. 9; and May 27, 2025 for Docket No. 10.  A hearing to consider the Fee Applications is scheduled to be held on June 2, 2025, at 10:00 a.m. (*prevailing* Eastern Time).

3.      There were no formal or informal objections to the Fee Applications. The undersigned hereby submits the proposed form of omnibus order attached hereto as **Exhibit 1** (the "**Proposed Order**"), approving the Fee Applications.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Proposed Order attached hereto as **Exhibit 1** at its earliest convenience.

Dated: May 28, 2025
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*

William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Email:        chipman@chipmanbrown.com
              carickhoff@chipmanbrown.com
              olivere@chipmanbrown.com
              root@chipmanbrown.com

*Counsel for Debtors and Debtors in Possession*

- 3 -