# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| The Pet Apothecary LLC, | Case No. 24-11192 (TMH) |
| Debtors.[1] | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 2, 2025, AT 10:00 A.M. (EASTERN TIME)[2]**

> **THIS PROCEEDING WILL BE CONDUCTED IN-PERSON. ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY *VIA* ZOOM. PLEASE REFER TO JUDGE HORAN'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE HORAN'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**I.   CONTINUED MATTER(S):**

1. Debtors' Third (Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on March 14, 2025 [Docket No. 776].

    Objection Deadline:    April 4, 2025, at 4:00 p.m. (Eastern Time).

    Responses Received:

    i.    Dr. Rinku Patel's ("**Dr. Patel**") Opposition to Debtors' Third (Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on April 4, 2025 [Docket No. 844].

---

[1]   The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The Pet Apothecary, LLC (6074). The address of the Reorganized Debtor's corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062. On May 2, 2025, the Court entered an order closing the chapter 11 cases of The Pet Apothecary, LLC's debtor affiliates (collectively, the "Affiliated Debtors"). A complete list of the Affiliated Debtors, along with their federal tax identification numbers, is available through the Court's CM/ECF electronic case filing system (https://ecf.deb.uscourts.gov/) under Case No. 24-11192, at Docket No. 4..

[2]   *Please Note*: The hearing will be held on the Third Floor in Court Room 7.

      ii.       Informal response from Cardinal Health 110, LLC ("**Cardinal Health**").

      iii.     Informal response from California Franchise Tax Board ("**Franchise Tax Board**").

Related Pleadings:

    A.     Notice of Rescheduled Hearing, filed on April 3, 2025 [Docket No. 843].

    B.     Certification of Counsel Regarding Debtors' Third (Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on May 1, 2025 [Docket No. 867].

Status: The Debtors are working to resolve the objections of Dr. Patel and the Franchise Tax Board. This matter will be adjourned to July 24, 2025, at 2:00 p.m. (Eastern Time).

## II.   FINAL FEE APPLICATIONS:

2. Final Fee Applications of Professionals [Case No. 24-11188; Docket Nos. 857, 863, and 864; Case No. 24-11192; Docket Nos. 9, 10, and 13]. *See* **Exhibit A** attached hereto.

    Objection Deadline:   May 7, 2025 for Docket No. 857; May 21, 2025 for Docket No. 863; May 22, 2025 for Docket No. 864; May 23, 2025 for Docket No. 9; and May 27, 2025 for Docket No. 10., at 4:00 p.m. (Eastern Time).

Responses Received: None.

Related Pleadings:

    A.     Certification of Counsel Regarding Final Fee Applications of Professionals, filed on May 28, 2025 [24-11192; Docket No. 15].

Status: The proposed omnibus order has been filed under certification of counsel. Therefore, no hearing is necessary unless otherwise requested by the Court.

- 3 -

| | |
|---|---|
| Dated: May 29, 2025<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Mark D. Olivere*<br>William E. Chipman, Jr. (No. 3818)<br>David W. Carickhoff (No. 3715)<br>Mark D. Olivere (No. 4291)<br>Alan M. Root (No. 5427)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:   (302) 295-0191<br>Email:   chipman@chipmanbrown.com<br>           carickhoff@chipmanbrown.com<br>           olivere@chipmanbrown.com<br>           root@chipmanbrown.com<br><br>*Counsel for Debtors and Debtors in Possession* |