# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>The Pet Apothecary LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11192 (TMH)<br><br>**Related Docket Nos. 9, 10, 13, 857, 863, 864**[2] |

## OMNIBUS ORDER GRANTING FINAL FEE APPLICATIONS

Upon consideration of the final applications for compensation and reimbursement of expenses (collectively, the "**Fee Applications**") of the professionals employed in the Chapter 11 Cases of the above-captioned debtors and debtors in possession (the "**Debtors**") listed on **Exhibit A** attached hereto (each a "**Professional**"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Fee Applications in this district are proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Professionals having provided appropriate notice of the Fee Applications; and the Court having reviewed the Fee Applications; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The Pet Apothecary, LLC (6074). The address of the Reorganized Debtor's corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062. On May 2, 2025, the Court entered an order closing the chapter 11 cases of The Pet Apothecary, LLC's debtor affiliates (collectively, the "**Affiliated Debtors**"). A complete list of the Affiliated Debtors, along with their federal tax identification numbers, is available through the Court's CM/ECF electronic case filing system (https://ecf.deb.uscourts.gov/) under Case No. 24-11192, at Docket No. 4.

[2] Docket Nos. 857, 863, and 864 were filed under Case No. 24-11188. Docket Nos. 9 and 10 were filed under Case No. 24-11192.

1. The Fee Applications are APPROVED in the amounts set forth on **Exhibit A**.

2. The Professionals are granted, on a final basis, allowance of compensation and reimbursement of expenses in the amounts set forth on **Exhibit A**.

3. The Debtors are authorized and directed, as provided herein, to remit, or cause to be remitted, payment in the amounts set forth on **Exhibit A**, less any and all amounts previously paid on account of such fees and expenses and any agreed reductions.

4. Pursuant to the UCC Settlement Agreement (as defined in the Second Amended Joint Plan of Reorganization (the "**Amended Plan**") [Docket No. 480], ten percent (10%) of the Committee's Professional Fee Claims shall be contributed towards the UCC Settlement Amount (as defined in the Amended Plan). Accordingly, and subject to meeting and conferring among the Committee and Debtors, the Committee's Professionals may direct a portion of any payment to the Committee's Professionals resulting from this Final Order towards the UCC Settlement Amount, with the net amount being paid to the Committee's Professionals.

5. This Order shall be deemed a separate order for each Professional, and the appeal of any order with respect to any Professional shall have no effect on the authorized fees and expenses of any other Professional.

6. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

*Thomas M. Horan*

**Dated: May 29th, 2025**  
**Wilmington, Delaware**

THOMAS M. HORAN  
UNITED STATES BANKRUPTCY JUDGE

4906-3508-2566, v. 3