# EXHIBIT A

## FINAL FEE CHART

## OPTIO RX, LLC
### FINAL FEE APPLICATIONS

| PROFESSIONAL AND ROLE | DOCKET NO. | PERIOD COVERED | FEES APPROVED | EXPENSES APPROVED | TOTAL APPROVED |
|---|---|---|---|---|---|
| **DEBTORS' PROFESSIONALS:** | | | | | |
| Chipman Brown Cicero & Cole, LLP<br>Counsel to Debtors | 857 | 06.07.2024 — 03.21.2025 | $993,792.00[1] | $12,300.42 | $1,006,092.42 |
| Richards, Layton & Finger, P.A.<br>Special Litigation Counsel to Debtors | 9 and 13 | 06.19.2024 — 03.21.2025 | $ 1,471,758.00 | $ 123,961.37 | $ 1,595,719.37 |
| Stretto, Inc.<br>Administrative Advisor to Debtors | 10 | 06.07.2024 — 03.21.2025 | $19,429.26[2] | $0.00 | $19,429.26 |
| **COMMITTEE PROFESSIONALS:** | | | | | |
| Saul Ewing LLP<br>Counsel to Committee | 863 | 06.26.2024 — 03.21.2025 | $446,608.50[3] | $5,822.92 | $452,431.42 |
| Alvarez & Marsal North America, LLC<br>Financial Advisor to Committee | 864 | 06.27.2024 — 03.21.2925 | $253,443.50 | $3,323.73 | $256,767.23 |

---

[1] This amount also includes fees in the amount of $10,000.00 for the preparation and prosecution of this Final Application for the Post Effective Date Period.

[2] Listed amount of compensation sought is net of Client Contractual Discount in the amount of $3,428.69.

[3] This amount also includes fees in the amount of $5,000.00 for the preparation and prosecution of this Final Application for the Post Effective Date Period.