# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>The Pet Apothecary LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11192 (TMH) |

### NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 2, 2025, AT 10:00 A.M. (EASTERN TIME)[3]

> **AS THERE ARE NO MATTERS SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

**I.     CONTINUED MATTER(S):**

1. Debtors' Third (Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on March 14, 2025 [Docket No. 776].

   Objection Deadline:    April 4, 2025, at 4:00 p.m. (Eastern Time).

   Responses Received:

   i.    Dr. Rinku Patel's ("**Dr. Patel**") Opposition to Debtors' Third (Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on April 4, 2025 [Docket No. 844].

   ii.   Informal response from Cardinal Health 110, LLC ("**Cardinal Health**").

   iii.  Informal response from California Franchise Tax Board ("**Franchise Tax Board**").

---

[1]  The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The Pet Apothecary, LLC (6074). The address of the Reorganized Debtor's corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062. On May 2, 2025, the Court entered an order closing the chapter 11 cases of The Pet Apothecary, LLC's debtor affiliates (collectively, the "Affiliated Debtors"). A complete list of the Affiliated Debtors, along with their federal tax identification numbers, is available through the Court's CM/ECF electronic case filing system (https://ecf.deb.uscourts.gov/) under Case No. 24-11192, at Docket No. 4..

[2]  Amended items will appear in **bold**.

[3]  *Please Note*: The hearing will be held on the Third Floor in Court Room 7.

Related Pleadings:

- A. Notice of Rescheduled Hearing, filed on April 3, 2025 [Docket No. 843].

- B. Certification of Counsel Regarding Debtors' Third (Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on May 1, 2025 [Docket No. 867].

- C. **Order Granting Debtors' Third (Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, entered on May 30, 2025 [24-11192; Docket No. 20].**

Status: The Debtors are working to resolve the objections of Dr. Patel and the Franchise Tax Board. This matter will be adjourned to July 24, 2025, at 2:00 p.m. (Eastern Time).

## II. FINAL FEE APPLICATIONS:

2. Final Fee Applications of Professionals [Case No. 24-11188; Docket Nos. 857, 863, and 864; Case No. 24-11192; Docket Nos. 9, 10, and 13]. *See* **Exhibit A** attached hereto.

    Objection Deadline: May 7, 2025 for Docket No. 857; May 21, 2025 for Docket No. 863; May 22, 2025 for Docket No. 864; May 23, 2025 for Docket No. 9; and May 27, 2025 for Docket No. 10., at 4:00 p.m. (Eastern Time).

Responses Received: None.

Related Pleadings:

- A. Certification of Counsel Regarding Final Fee Applications of Professionals, filed on May 28, 2025 [24-11192; Docket No. 15].

- B. **Omnibus Order Granting Final Fee Applications [24-11192; Docket No. 19].**

Status: **The order has been entered. Therefore, no hearing is necessary.**

- 3 -

| | |
|---|---|
| Dated: May 30, 2025<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>/s/ *Mark D. Olivere*<br>William E. Chipman, Jr. (No. 3818)<br>David W. Carickhoff (No. 3715)<br>Mark D. Olivere (No. 4291)<br>Alan M. Root (No. 5427)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:    (302) 295-0191<br>Email:    chipman@chipmanbrown.com<br>carickhoff@chipmanbrown.com<br>olivere@chipmanbrown.com<br>root@chipmanbrown.com<br><br>*Counsel for Debtors and Debtors in Possession* |