# EXHIBIT A

**(Final Fee Index)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| The Pet Apothecary LLC, | Case No. 24-11192 (TMH) |
| Debtors.[1] | **Related Docket Nos. 9, 10, 13, 857, 863, 864[2]** |

**INDEX REGARDING HEARING ON FINAL FEE APPLICATIONS SCHEDULED**
**FOR JUNE 2, 2025, AT 10:00 A.M. (*PREVAILING* EASTERN TIME)**

I.    **DEBTORS' PROFESSIONALS:**

*Chipman Brown Cicero & Cole, LLP*

1.    Ninth Monthly and Final Application of Chipman Brown Cicero & Cole, LLP, for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Monthly Period from March 1, 2025 Through and Including March 21, 2025, and the Final Period from June 7, 2024 Through and Including March 21, 2025, filed on April 16, 2025 [Case No. 24-11188; Docket No. 857].

    (a)    Seventh Monthly Application of Chipman Brown Cicero & Cole, LLP, for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from December 1, 2024 Through and Including December 31, 2024, filed on January 15, 2025 [Case No. 24-11188; Docket No. 671].

    (b)    Certificate of No Objection Regarding Seventh Monthly Application of Chipman Brown Cicero & Cole, LLP, for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from December 1, 2024 Through and Including December 31, 2024, filed on February 6, 2025 [Case No. 24-11188; Docket No. 725].

    (c)    Eighth Monthly Application of Chipman Brown Cicero & Cole, LLP, for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from January 1, 2025 Through and

---

[1]    The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The Pet Apothecary, LLC (6074). The address of the Reorganized Debtor's corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062. On May 2, 2025, the Court entered an order closing the chapter 11 cases of The Pet Apothecary, LLC's debtor affiliates (collectively, the "**Affiliated Debtors**"). A complete list of the Affiliated Debtors, along with their federal tax identification numbers, is available through the Court's CM/ECF electronic case filing system (https://ecf.deb.uscourts.gov/) under Case No. 24-11192, at Docket No. 4.

[2]    Docket Nos. 857, 863, and 864 were filed under Case No. 24-11188. Docket Nos. 9, 10, and 13 were filed under Case No. 24-11192.

Including February 28, 2025, filed on March 18, 2025 [Case No. 24-11188; Docket No. 789].

(d)    Certificate of No Objection Regarding Eighth Monthly Application of Chipman Brown Cicero & Cole, LLP, for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from January 1, 2025 Through and Including February 28, 2025, filed on April 9, 2025 [Case No. 24-11188; Docket No. 851].

*Richards, Layton & Finger, P.A.*

2.    Combined Second Monthly, First Interim and Final Fee Application of Richards, Layton & Finger, P.A., for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Litigation Counsel to the Debtors and Debtors in Possession for the Combined Monthly Period from December 1, 2025 to March 21, 2025, and the Final Period from June 7, 2024 Through and Including March 21, 2025 and the Interim and Final Periods from June 19, 2024 to March 21, 2025, filed on May 2, 2025 [Case No. 24-11192; Docket No. 9].

(a)    First Combined Monthly Application of Richards, Layton & Finger, P.A., for Compensation and Reimbursement of Expenses as Special Litigation Counsel to the Debtors and Debtors in Possession for the Period from June 19, 2024 Through and Including November 30, 2024, filed on January 7, 2025 [Case No. 24-11188; Docket No. 655].

(b)    Certificate of No Objection Regarding First Combined Monthly Application of Richards, Layton & Finger, P.A., for Compensation and Reimbursement of Expenses as Special Litigation Counsel to the Debtors and Debtors in Possession for the Period from June 19, 2024 Through and Including November 30, 2024, filed on January 30, 2025 [Case No. 24-11188; Docket No. 688].

(c)    Supplement to Combined Second Monthly, First Interim and Final Fee Application of Richards, Layton & Finger, P.A., for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Litigation Counsel to the Debtors and Debtors in Possession for the Combined Monthly Period from December 1, 2025 to March 21, 2025, and the Final Period from June 7, 2024 Through and Including March 21, 2025 and the Interim and Final Periods from June 19, 2024 to March 21, 2025, filed on May 23, 2025 [Case No. 24-11192; Docket No. 13];

*Stretto, Inc.*

3.    Final Fee Application of Stretto, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Administrative Advisor to the Debtors and Debtors in Possession for the Monthly Period from

June 7, 2024 Through March 21, 2025, filed on May 5, 2025 [Case No. 24-11192; Docket No. 10].

**II.    COMMITTEE PROFESSIONALS:**

*Saul Ewing LLP*

4.    Ninth Monthly and Final Fee Application of Saul Ewing LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses Incurred for the (I) Monthly Period from March 1, 2025 through March 21, 2025 and (II) Final Period from June 26, 2024 Through March 21, 2025, filed on April 30, 2025 [Case No. 24-11188; Docket No. 863].

(a)    Sixth Monthly Fee Application of Saul Ewing LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2024 Through December 31, 2024, filed on January 29, 2025 [Case No. 24-11188; Docket No. 687].

(b)    Certification of No Objection to the Sixth Monthly Fee Application of Saul Ewing LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2024 Through December 31, 2024, filed on February 20, 2025 [Case No. 24-11188; Docket No. 733].

(c)    Seventh Monthly Fee Application of Saul Ewing LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2025 Through January 31, 2025, filed on March 5, 2025 [Case No. 24-11188; Docket No. 766].

(d)    Certification of No Objection to the Seventh Monthly Fee Application of Saul Ewing LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2025 Through January 31, 2025, filed on March 27, 2025 [Case No. 24-11188; Docket No. 812].

(e)    Eighth Monthly Fee Application of Saul Ewing LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2025 Through February 28, 2025, filed on March 19, 2025 [Case No. 24-11188; Docket No. 790].

(f)    Certification of No Objection to the Eighth Monthly Fee Application of Saul Ewing LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period

4906-0998-3304, v. 1

from February 1, 2025 Through February 28, 2025, filed on April 10, 2025 [Case No. 24-11188; Docket No. 853].

*Alvarez & Marsal North America, LLC*

5.    Combined Third Monthly and Final Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from June 27, 2024 Through March 21, 2025, filed on May 1, 2025 [Case No. 24-11188; Docket No. 864].

4906-0998-3304, v. 1