# SUPPORTING DOCUMENTATION

## (March 2025)

# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| Last Statement: | February 28, 2025 |
| Statement Ending: | March 31, 2025 |
| Page: | 1 of 7 |

50184 TWS380WR040125042837 01 000000000 52 008

SMC PHARMACY LLC
1441 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

## Customer Service



**Customer Support:**
312-291-2900



**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm



**Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                          Account Number:    XXXXXX7428

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 03/01/25** | **$0.00** |
| + Deposits and Credits (89) | $1,974,699.54 |
| - Withdrawals and Debits (65) | $1,974,480.33 |
| **Ending Balance as of 03/31/25** | **$0.00** |
| Analysis or Maintenance Fees for Period | $219.21 |
| Number of Days in Statement Period | 31 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Mar 03 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 250303 | -$211.22 |
| Mar 03 | PREAUTHORIZED DEBIT<br>AUBURN PHARMACEU CORP COLL 250303 95100943 | -$555.62 |
| Mar 03 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 250301 650000012411180 | -$3,689.19 |
| Mar 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$75,882.86 |
| Mar 04 | PREAUTHORIZED DEBIT<br>Bill.com Payables PCCA B ill.com 015CYMXXWF CXPRX Multiple inv oices | -$494.70 |
| Mar 04 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015THZBDIHCYC5H | -$6,771.92 |
| Mar 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$155,816.86 |
| Mar 05 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015ZESZYXT D0SQI Acct SMCPH90 N - Inv 03752257 | -$290.25 |
| Mar 05 | PREAUTHORIZED DEBIT<br>AUBURN PHARMACEU CORP COLL 250305 95100943 | -$353.36 |
| Mar 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$164,268.26 |
| Mar 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015IVRX ZVUD2RB1 Acct FCA3 69429 - Inv 929980 | -$112.52 |
| Mar 06 | PREAUTHORIZED DEBIT<br>AUBURN PHARMACEU CORP COLL 250306 95100943 | -$492.90 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | |
|---|---|
| **Account Number:** | XXXXXX7428 |
| **Statement Date:** | 03/31/2025 |
| **Page :** | 2 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Mar 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$18,274.48 |
| Mar 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables DI Overnite, LLC B ill.com 015QKCZKEW D5089 Acct<br>102850 - Inv 187144 | -$1,455.65 |
| Mar 07 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$48,499.44 |
| Mar 10 | PREAUTHORIZED DEBIT<br>AUBURN PHARMACEU CORP COLL 250310 95100943 | -$1,673.62 |
| Mar 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015UUQO SDWD7KEU<br>Acct FCA3 69429 - Inv 929811 | -$1,979.52 |
| Mar 10 | PREAUTHORIZED DEBIT<br>MASTERS DRUG COM AUTO ACH 250310 ACH06424004 | -$4,029.00 |
| Mar 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015VHDJTOQD9CV6 | -$165,477.69 |
| Mar 11 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 250311 2057179748 2220 | -$947.73 |
| Mar 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$46,917.37 |
| Mar 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015YWKILIYDC75S | -$495.93 |
| Mar 12 | PREAUTHORIZED DEBIT<br>AUBURN PHARMACEU CORP COLL 250312 95100943 | -$1,818.54 |
| Mar 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$143,242.59 |
| Mar 13 | PREAUTHORIZED DEBIT<br>AUBURN PHARMACEU CORP COLL 250313 95100943 | -$1,325.59 |
| Mar 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$41,417.78 |
| Mar 14 | PREAUTHORIZED DEBIT<br>AUBURN PHARMACEU CORP COLL 250314 95100943 | -$628.81 |
| Mar 14 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015FWFQGEADH3G6 | -$2,532.74 |
| Mar 14 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015RRHLQXHDIG2A | -$55,943.74 |
| Mar 17 | PREAUTHORIZED DEBIT<br>AUBURN PHARMACEU CORP COLL 250317 95100943 | -$266.90 |
| Mar 17 | PREAUTHORIZED DEBIT<br>Bill.com Payables PioneerRx B ill.com 015LNOLDNF DJB4Q Acct N476-00<br>4 - Inv PNRX-20756 | -$2,494.10 |
| Mar 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$92,443.02 |
| Mar 18 | PREAUTHORIZED DEBIT<br>AUBURN PHARMACEU CORP COLL 250318 95100943 | -$576.03 |
| Mar 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015PQNOEERDLB3L | -$61,127.52 |
| Mar 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 02/25 | -$219.21 |
| Mar 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$133,146.40 |
| Mar 19 | PREAUTHORIZED DEBIT<br>AUBURN PHARMACEU CORP COLL 250319 95100943 | -$471.65 |

50184 0158251 0002-0007 00000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX7428 |
| **Statement Date:** | | 03/31/2025 |
| **Page :** | | 3 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Mar 19 | AUTOMATIC TRANSFER | -$110,536.83 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 20 | PREAUTHORIZED DEBIT | -$154.03 |
| | AUBURN PHARMACEU CORP COLL 250320 95100943 | |
| Mar 20 | AUTOMATIC TRANSFER | -$3,908.49 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 21 | CASH MGMT TRSFR DR | -$80,847.89 |
| | REF 0800840L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Mar 21 | PREAUTHORIZED DEBIT | -$344.90 |
| | AUBURN PHARMACEU CORP COLL 250321 95100943 | |
| Mar 21 | PREAUTHORIZED DEBIT | -$457.18 |
| | Bill.com Payables Sunglasses Unlimit ed Inc dba LA Read ers Bill.com | |
| | 015OE ABPCPDS3UV Inv 026 | |
| Mar 21 | PREAUTHORIZED DEBIT | -$1,324.68 |
| | Bill.com Payables FFF Enterprises In c Bill.com 015DKKU TCSDRPJU Acct | |
| | FCA3 69429 - Inv 929969 | |
| Mar 24 | PREAUTHORIZED DEBIT | -$191.47 |
| | AUBURN PHARMACEU CORP COLL 250324 95100943 | |
| Mar 24 | PREAUTHORIZED DEBIT | -$2,094.56 |
| | Bill.com Payables Multiple Payments Bill.com Payables | |
| | 015NXANJULDU2UG | |
| Mar 24 | PREAUTHORIZED DEBIT | -$172,117.60 |
| | Bill.com Payables Multiple Payments Bill.com Payables | |
| | 015XAOQKHSDVZV3 | |
| Mar 25 | PREAUTHORIZED DEBIT | -$311.47 |
| | AUBURN PHARMACEU CORP COLL 250325 95100943 | |
| Mar 25 | PREAUTHORIZED DEBIT | -$399.00 |
| | OUTCOMES Payment 250325 | |
| Mar 25 | AUTOMATIC TRANSFER | -$88,766.38 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 26 | PREAUTHORIZED DEBIT | -$393.49 |
| | AUBURN PHARMACEU CORP COLL 250326 95100943 | |
| Mar 26 | PREAUTHORIZED DEBIT | -$1,602.55 |
| | ParMed XXXXXXXXXX 250326 2057179748 2220 | |
| Mar 26 | PREAUTHORIZED DEBIT | -$15,014.60 |
| | Bill.com Payables Multiple Payments Bill.com Payables | |
| | 015ECOWMMIDZ6D0 | |
| Mar 26 | AUTOMATIC TRANSFER | -$122,928.14 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 27 | PREAUTHORIZED DEBIT | -$50.00 |
| | ALMIRALL LLC CASH CONC 250327 | |
| Mar 27 | PREAUTHORIZED DEBIT | -$301.04 |
| | AUBURN PHARMACEU CORP COLL 250327 95100943 | |
| Mar 27 | PREAUTHORIZED DEBIT | -$1,484.27 |
| | Bill.com Payables DI Overnite, LLC B ill.com 015SRBLWHB E0L4M Acct | |
| | 102850 - Inv 187519 | |
| Mar 27 | AUTOMATIC TRANSFER | -$29,070.16 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 28 | PREAUTHORIZED DEBIT | -$534.35 |
| | AUBURN PHARMACEU CORP COLL 250328 95100943 | |
| Mar 28 | PREAUTHORIZED DEBIT | -$662.00 |
| | Bill.com Payables Medisca Inc. B ill.com 015FPXMLEJ E3HZK Acct | |
| | SMCPH90 N - Inv 03776736 | |
| Mar 28 | PREAUTHORIZED DEBIT | -$2,938.59 |
| | Bill.com Payables Multiple Payments Bill.com Payables | |
| | 015UGCRSMIE2UZI | |
| Mar 28 | AUTOMATIC TRANSFER | -$34,497.11 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

50184 0158252 0003-0007 00000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX7428 |
| **Statement Date:** | | 03/31/2025 |
| **Page :** | | 4 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Mar 31 | PREAUTHORIZED DEBIT | -$153.63 |
| | AUBURN PHARMACEU CORP COLL 250331 95100943 | |
| Mar 31 | PREAUTHORIZED DEBIT | -$849.70 |
| | SO CAL EDISON CO DIRECTPAY 250331 700896293380 | |
| Mar 31 | PREAUTHORIZED DEBIT | -$66,246.77 |
| | Bill.com Payables Multiple Payments Bill.com Payables | |
| | 015LCBWBHAE6U7U | |
| Mar 31 | AUTOMATIC TRANSFER | -$173.95 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

## Credits

| Date | Description | Additions |
|---|---|---|
| Mar 03 | PREAUTHORIZED CREDIT | $5,422.70 |
| | HRTLAND PMT SYS TXNS/FEES 250302 650000012411180 | |
| Mar 03 | PREAUTHORIZED CREDIT | $7,215.37 |
| | HRTLAND PMT SYS TXNS/FEES 250301 650000012411180 | |
| Mar 03 | PREAUTHORIZED CREDIT | $28,954.52 |
| | Prescription TRANSFER 250303 ST-Z1K5S6Z1K4N8 | |
| Mar 03 | PREAUTHORIZED CREDIT | $38,746.30 |
| | ACCESS HEALTH ACCESS HEA 250303 5640506 | |
| Mar 04 | PREAUTHORIZED CREDIT | $931.86 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910515656*13635696 42~ | |
| Mar 04 | PREAUTHORIZED CREDIT | $10,501.40 |
| | ACCESS HEALTH ACCESS HEA 250304 5640506 | |
| Mar 04 | PREAUTHORIZED CREDIT | $13,291.15 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910437680*13635696 42~ | |
| Mar 04 | PREAUTHORIZED CREDIT | $29,788.89 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*008079776*14 31420563\ | |
| Mar 04 | PREAUTHORIZED CREDIT | $108,570.18 |
| | Monarch Specialt ePay brightscrip Period 74 Jan 01-15 2025 | |
| Mar 05 | PREAUTHORIZED CREDIT | $7,001.98 |
| | HRTLAND PMT SYS TXNS/FEES 250305 650000012411180 | |
| Mar 05 | PREAUTHORIZED CREDIT | $28,747.97 |
| | ACCESS HEALTH ACCESS HEA 250305 5640506 | |
| Mar 05 | PREAUTHORIZED CREDIT | $129,161.92 |
| | CAREMARK HCCLAIMPMT 2500110286*1752882 129*5640506\ | |
| Mar 06 | PREAUTHORIZED CREDIT | $250.00 |
| | MEDE AMERICA CDA HCCLAIMPMT 7226157*3205716594 *199999999\ | |
| Mar 06 | PREAUTHORIZED CREDIT | $5,800.83 |
| | HRTLAND PMT SYS TXNS/FEES 250306 650000012411180 | |
| Mar 06 | PREAUTHORIZED CREDIT | $12,829.07 |
| | ACCESS HEALTH ACCESS HEA 250306 5640506 | |
| Mar 07 | PREAUTHORIZED CREDIT | $10.60 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910529981*13635696 42~ | |
| Mar 07 | PREAUTHORIZED CREDIT | $664.52 |
| | TRICARE-ONLY DOD REMIT TRN*1*03229369*143 1420563\ | |
| Mar 07 | PREAUTHORIZED CREDIT | $1,710.69 |
| | MEDICARE-DUAL DOD REMIT TRN*1*04233075*143 1420563\ | |
| Mar 07 | PREAUTHORIZED CREDIT | $11,585.48 |
| | HRTLAND PMT SYS TXNS/FEES 250307 650000012411180 | |
| Mar 07 | PREAUTHORIZED CREDIT | $16,232.57 |
| | CA HCCLAIMPMT 7001482099*1540849 793*151826562802~ | |
| Mar 07 | PREAUTHORIZED CREDIT | $19,751.23 |
| | ACCESS HEALTH ACCESS HEA 250307 5640506 | |

50184 0158253 0004-0007 00000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX7428 |
| **Statement Date:** | 03/31/2025 |
| **Page :** | 5 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Mar 10 | AUTOMATIC TRANSFER | $59,860.33 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 10 | PREAUTHORIZED CREDIT | $28.15 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2071236 | |
| | *1341939227*000002 815*5640506\ | |
| Mar 10 | PREAUTHORIZED CREDIT | $5,156.01 |
| | HRTLAND PMT SYS TXNS/FEES 250308 650000012411180 | |
| Mar 10 | PREAUTHORIZED CREDIT | $7,023.73 |
| | HRTLAND PMT SYS TXNS/FEES 250309 650000012411180 | |
| Mar 10 | REMOTE DEPOSIT | $8,936.18 |
| Mar 10 | PREAUTHORIZED CREDIT | $26,495.98 |
| | Prescription TRANSFER 250310 ST-A0Y0X4H1E1Q8 | |
| Mar 10 | PREAUTHORIZED CREDIT | $74,595.45 |
| | ACCESS HEALTH ACCESS HEA 250310 5640506 | |
| Mar 11 | PREAUTHORIZED CREDIT | $9,871.06 |
| | ACCESS HEALTH ACCESS HEA 250311 5640506 | |
| Mar 11 | PREAUTHORIZED CREDIT | $29,058.04 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*008095011*14 31420563\ | |
| Mar 12 | PREAUTHORIZED CREDIT | $867.43 |
| | DREXI INC ACH 250312 12781 | |
| Mar 12 | PREAUTHORIZED CREDIT | $902.25 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910544578*13635696 42~ | |
| Mar 12 | PREAUTHORIZED CREDIT | $10,066.39 |
| | ACCESS HEALTH ACCESS HEA 250312 5640506 | |
| Mar 12 | PREAUTHORIZED CREDIT | $12,264.66 |
| | HRTLAND PMT SYS TXNS/FEES 250312 650000012411180 | |
| Mar 12 | PREAUTHORIZED CREDIT | $121,456.33 |
| | CAREMARK HCCLAIMPMT 2500121740*1752882 129*5640506\ | |
| Mar 13 | PREAUTHORIZED CREDIT | $4,098.61 |
| | HRTLAND PMT SYS TXNS/FEES 250313 650000012411180 | |
| Mar 13 | PREAUTHORIZED CREDIT | $38,644.76 |
| | ACCESS HEALTH ACCESS HEA 250313 5640506 | |
| Mar 14 | AUTOMATIC TRANSFER | $25,830.20 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 14 | PREAUTHORIZED CREDIT | $48.90 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2071676 | |
| | *1341939227*000000 489*5640506\ | |
| Mar 14 | PREAUTHORIZED CREDIT | $136.89 |
| | ACCESS HEALTH ACCESS HEA 250314 5640506 | |
| Mar 14 | PREAUTHORIZED CREDIT | $3,207.34 |
| | HRTLAND PMT SYS TXNS/FEES 250314 650000012411180 | |
| Mar 14 | PREAUTHORIZED CREDIT | $29,881.96 |
| | CA HCCLAIMPMT 7001486157*1540849 793*151826562802~ | |
| Mar 17 | PREAUTHORIZED CREDIT | $429.00 |
| | INFINITYRX LLC ACH PAYMTS 180699877692442374 8 | |
| Mar 17 | PREAUTHORIZED CREDIT | $3,217.13 |
| | MEDE AMERICA CDA HCCLAIMPMT 7227093*3205716594 *199999999\ | |
| Mar 17 | PREAUTHORIZED CREDIT | $6,200.72 |
| | HRTLAND PMT SYS TXNS/FEES 250315 650000012411180 | |
| Mar 17 | PREAUTHORIZED CREDIT | $8,026.55 |
| | HRTLAND PMT SYS TXNS/FEES 250316 650000012411180 | |
| Mar 17 | PREAUTHORIZED CREDIT | $28,453.45 |
| | Prescription TRANSFER 250317 ST-L3G0O8R0P0A5 | |
| Mar 17 | PREAUTHORIZED CREDIT | $48,877.17 |
| | ACCESS HEALTH ACCESS HEA 250317 5640506 | |
| Mar 18 | PREAUTHORIZED CREDIT | $1,463.64 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910566941*13635696 42~ | |

50184 0158254 0005-0007 00000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX7428 |
| **Statement Date:** | 03/31/2025 |
| **Page :** | 6 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Mar 18 | PREAUTHORIZED CREDIT | $17,255.68 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910474183*13635696 42~ | |
| Mar 18 | PREAUTHORIZED CREDIT | $18,797.69 |
| | ACCESS HEALTH ACCESS HEA 250318 5640506 | |
| Mar 18 | PREAUTHORIZED CREDIT | $36,140.01 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*008110280*14 31420563\ | |
| Mar 18 | PREAUTHORIZED CREDIT | $121,412.14 |
| | Monarch Specialt ePay brightscrip Period 75 Jan 16-31 2025 | |
| Mar 19 | PREAUTHORIZED CREDIT | $239.46 |
| | EHO360, LLC PHCY PMT 250319 5640506 | |
| Mar 19 | PREAUTHORIZED CREDIT | $3,889.86 |
| | ACCESS HEALTH ACCESS HEA 250319 5640506 | |
| Mar 19 | PREAUTHORIZED CREDIT | $4,544.71 |
| | HRTLAND PMT SYS TXNS/FEES 250319 650000012411180 | |
| Mar 19 | PREAUTHORIZED CREDIT | $102,334.45 |
| | CAREMARK HCCLAIMPMT 2500133555*1752882 129*5640506\ | |
| Mar 20 | PREAUTHORIZED CREDIT | $78.39 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910581237*13635696 42~ | |
| Mar 20 | PREAUTHORIZED CREDIT | $3,984.13 |
| | HRTLAND PMT SYS TXNS/FEES 250320 650000012411180 | |
| Mar 21 | AUTOMATIC TRANSFER | $1,781.86 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 21 | PREAUTHORIZED CREDIT | $174.01 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2073414 | |
| | *1341939227*000017 401*5640506\ | |
| Mar 21 | PREAUTHORIZED CREDIT | $356.78 |
| | MEDE AMERICA CDA HCCLAIMPMT 7228132*3205716594 *199999999\ | |
| Mar 21 | PREAUTHORIZED CREDIT | $1,300.00 |
| | DREXI INC ACH 250321 12781 | |
| Mar 21 | PREAUTHORIZED CREDIT | $4,678.23 |
| | HRTLAND PMT SYS TXNS/FEES 250321 650000012411180 | |
| Mar 21 | PREAUTHORIZED CREDIT | $25,139.38 |
| | CA HCCLAIMPMT 7001486969*1540849 793*151826562802~ | |
| Mar 21 | PREAUTHORIZED CREDIT | $49,544.39 |
| | ACCESS HEALTH ACCESS HEA 250321 5640506 | |
| Mar 24 | AUTOMATIC TRANSFER | $87,105.36 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 24 | PREAUTHORIZED CREDIT | $5,549.86 |
| | HRTLAND PMT SYS TXNS/FEES 250323 650000012411180 | |
| Mar 24 | PREAUTHORIZED CREDIT | $7,258.00 |
| | HRTLAND PMT SYS TXNS/FEES 250322 650000012411180 | |
| Mar 24 | REMOTE DEPOSIT | $9,326.88 |
| Mar 24 | PREAUTHORIZED CREDIT | $25,004.90 |
| | Prescription TRANSFER 250324 ST-U2I1Z0P8O0U7 | |
| Mar 24 | PREAUTHORIZED CREDIT | $49,484.63 |
| | ACCESS HEALTH ACCESS HEA 250324 5640506 | |
| Mar 25 | PREAUTHORIZED CREDIT | $8,197.91 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910603836*13635696 42~ | |
| Mar 25 | PREAUTHORIZED CREDIT | $24,911.25 |
| | ACCESS HEALTH ACCESS HEA 250325 5640506 | |
| Mar 25 | PREAUTHORIZED CREDIT | $47,041.69 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*008125619*14 31420563\ | |
| Mar 26 | PREAUTHORIZED CREDIT | $1,730.68 |
| | ACCESS HEALTH ACCESS HEA 250326 5640506 | |
| Mar 26 | PREAUTHORIZED CREDIT | $7,586.69 |
| | HRTLAND PMT SYS TXNS/FEES 250326 650000012411180 | |
| Mar 26 | PREAUTHORIZED CREDIT | $130,621.41 |
| | CAREMARK HCCLAIMPMT 2500146120*1752882 129*5640506\ | |



50184 0158255 0006-0007 0000000000000000



| | |
|---|---|
| **Account Number:** | XXXXXX7428 |
| **Statement Date:** | 03/31/2025 |
| **Page :** | 7 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|----------:|
| Mar 27 | PREAUTHORIZED CREDIT | $1,031.94 |
| | MEDE AMERICA CDA HCCLAIMPMT 7229065*3205716594 *199999999\ | |
| Mar 27 | PREAUTHORIZED CREDIT | $6,130.41 |
| | HRTLAND PMT SYS TXNS/FEES 250327 650000012411180 | |
| Mar 27 | PREAUTHORIZED CREDIT | $23,743.12 |
| | ACCESS HEALTH ACCESS HEA 250327 5640506 | |
| Mar 28 | PREAUTHORIZED CREDIT | $1.85 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2074985 | |
| | *1341939227*000000 185*5640506\ | |
| Mar 28 | PREAUTHORIZED CREDIT | $5,152.15 |
| | ACCESS HEALTH ACCESS HEA 250328 5640506 | |
| Mar 28 | PREAUTHORIZED CREDIT | $8,399.68 |
| | HRTLAND PMT SYS TXNS/FEES 250328 650000012411180 | |
| Mar 28 | PREAUTHORIZED CREDIT | $25,078.37 |
| | CA HCCLAIMPMT 7001489235*1540849 793*151826562802~ | |
| Mar 31 | PREAUTHORIZED CREDIT | $5,965.55 |
| | HRTLAND PMT SYS TXNS/FEES 250330 650000012411180 | |
| Mar 31 | PREAUTHORIZED CREDIT | $11,474.69 |
| | HRTLAND PMT SYS TXNS/FEES 250329 650000012411180 | |
| Mar 31 | PREAUTHORIZED CREDIT | $14,245.61 |
| | ACCESS HEALTH ACCESS HEA 250331 5640506 | |
| Mar 31 | PREAUTHORIZED CREDIT | $35,738.20 |
| | Prescription TRANSFER 250331 ST-U1A2B9Q0J8Z6 | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|--------:|------|--------:|------|--------:|------|--------:|
| Feb 28 | $0.00 | Mar 10 | $8,936.00 | Mar 18 | $0.00 | Mar 25 | $0.00 |
| Mar 03 | $0.00 | Mar 11 | $0.00 | Mar 19 | $0.00 | Mar 26 | $0.00 |
| Mar 04 | $0.00 | Mar 12 | $0.00 | Mar 20 | $0.00 | Mar 27 | $0.00 |
| Mar 05 | $0.00 | Mar 13 | $0.00 | Mar 21 | $0.00 | Mar 28 | $0.00 |
| Mar 06 | $0.00 | Mar 14 | $0.00 | Mar 24 | $9,326.00 | Mar 31 | $0.00 |
| Mar 07 | $0.00 | Mar 17 | $0.00 | | | | |

50184 0158256 0007-0007 00000000000000000





JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2025 through March 31, 2025
**Account Number:** ▓▓▓▓▓▓▓5093

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00005351 WBS 111 211 09125 NNNNNNNNNNN  1 000000000 C1 0000
SMC PHARMACY, LLC
DEBTOR IN POSSESSION
3701 COMMERCIAL AVE, SUITE 14
NORTHBROOK IL 60062

## Commercial Checking

## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $4,339.80 |  |
| Deposits and Credits | 3 | $7,007.00 |  |
| Withdrawals and Debits | 1 | $4,000.00 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$7,346.80** |  |

## Deposits and Credits

| Ledger Date | Description | | Amount |
|---|---|---|---|
| 03/26 | Deposit | 1197 | $2,528.00 |
| 03/26 | Deposit | 1195 | 2,474.00 |
| 03/26 | Deposit | 1196 | 2,005.00 |
| **Total** | | | **$7,007.00** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 03/21 | Online Transfer To Chk ...0359 Transaction#: 24128417193 | $4,000.00 |
| **Total** | | **$4,000.00** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 03/21 | $339.80 | 03/26 | $7,346.80 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.



Your service charges, fees and earnings credit have been calculated through account analysis.