# SUPPORTING DOCUMENTATION

## (March 2025)



WINTRUST
**BANK**®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Last Statement:** | February 28, 2025 |
| **Statement Ending:** | March 31, 2025 |
| **Page:** | 1 of 7 |

17729 TWS380WR040125042837 01 000000000 47 008

PRO PHARMACY LLC
1421 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

17729 0057588 0001-0007 0000000000000000

| COMMERCIAL CHECKING | Account Number: | XXXXXX7307 |
|---|---|---|

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 03/01/25** | **$0.00** |
| + Deposits and Credits (61) | $238,373.11 |
| - Withdrawals and Debits (73) | $238,171.63 |
| **Ending Balance as of 03/31/25** | **$0.00** |
| Analysis or Maintenance Fees for Period | $201.48 |
| Number of Days in Statement Period | 31 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Mar 03 | PREAUTHORIZED DEBIT<br>OPTIMUM 7801 CABLE PMNT 250303 | -$114.65 |
| Mar 03 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 250303 10985 | -$157.30 |
| Mar 03 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 250303 13-PROPHRMCY | -$610.68 |
| Mar 03 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 250303 | -$864.07 |
| Mar 03 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 250301 650000012526326 | -$1,760.15 |
| Mar 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$18,291.80 |
| Mar 04 | PREAUTHORIZED DEBIT<br>CITY MEDRX LLC MONEY OWED 250304 | -$6,247.23 |
| Mar 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$376.23 |
| Mar 05 | PREAUTHORIZED DEBIT<br>Bill.com Payables SOUTH POINTE WHOLE SALE INC Bill.com<br>015ROQUXPFD0H7N In v 705457 | -$330.00 |
| Mar 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,143.36 |
| Mar 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables Integral RX B ill.com 015TCIPFTI D2R64 Acct 15345 -<br>Inv 16097432 | -$264.33 |
| Mar 06 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 250306 13-PROPHRMCY | -$320.40 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | Account Number: | XXXXXX7307 |
|---|---|---|
| | Statement Date: | 03/31/2025 |
| | Page : | 2 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Mar 06 | AUTOMATIC TRANSFER | -$8,050.79 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 07 | PREAUTHORIZED DEBIT | -$171.70 |
| | Prescrip Sup0188 Daily AR 250307 10985 | |
| Mar 07 | PREAUTHORIZED DEBIT | -$316.60 |
| | REAL VALUE P4788 cash c&d 250307 13-PROPHRMCY | |
| Mar 07 | PREAUTHORIZED DEBIT | -$377.16 |
| | LIPA DIRECTPAY 250307 0163401029 | |
| Mar 07 | AUTOMATIC TRANSFER | -$13,523.30 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 10 | PREAUTHORIZED DEBIT | -$55.34 |
| | REAL VALUE P4788 cash c&d 250310 13-PROPHRMCY | |
| Mar 10 | PREAUTHORIZED DEBIT | -$1,005.37 |
| | REPUBLIC PHARMAC CORP COLL 250310 | |
| Mar 10 | PREAUTHORIZED DEBIT | -$2,336.27 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015KHYHGWHD9CRR | |
| Mar 10 | PREAUTHORIZED DEBIT | -$2,715.26 |
| | MASTERS DRUG COM AUTO ACH 250310 ACH06420703 | |
| Mar 10 | PREAUTHORIZED DEBIT | -$16,863.37 |
| | CARDINAL HEALTH, XXXXXXXXXX 250310 2052047211 2220 | |
| Mar 11 | PREAUTHORIZED DEBIT | -$65.33 |
| | JLCCopyInc PURCHASE 250311 | |
| Mar 11 | PREAUTHORIZED DEBIT | -$65.33 |
| | JLCCopyInc PURCHASE 250311 | |
| Mar 11 | PREAUTHORIZED DEBIT | -$65.33 |
| | JLCCopyInc PURCHASE 250311 | |
| Mar 11 | PREAUTHORIZED DEBIT | -$65.33 |
| | JLCCopyInc PURCHASE 250311 | |
| Mar 11 | PREAUTHORIZED DEBIT | -$65.33 |
| | JLCCopyInc PURCHASE 250311 | |
| Mar 11 | PREAUTHORIZED DEBIT | -$65.33 |
| | JLCCopyInc PURCHASE 250311 | |
| Mar 11 | PREAUTHORIZED DEBIT | -$65.33 |
| | JLCCopyInc PURCHASE 250311 | |
| Mar 11 | PREAUTHORIZED DEBIT | -$65.33 |
| | JLCCopyInc PURCHASE 250311 | |
| Mar 11 | PREAUTHORIZED DEBIT | -$78.39 |
| | JLCCopyInc PURCHASE 250311 | |
| Mar 11 | PREAUTHORIZED DEBIT | -$169.70 |
| | Prescrip Sup0188 Daily AR 250311 10985 | |
| Mar 11 | PREAUTHORIZED DEBIT | -$522.00 |
| | Bill.com Payables SOUTH POINTE WHOLE SALE INC Bill.com 015ZUKHRWRD9VZO In v 706560 | |
| Mar 12 | PREAUTHORIZED DEBIT | -$234.78 |
| | GOTO COMMUNICATI GOTO/JIVE 250312 | |
| Mar 12 | PREAUTHORIZED DEBIT | -$287.60 |
| | Bill.com Payables SOUTH POINTE WHOLE SALE INC Bill.com 015XDPKOJJDC71B In v 706907 | |
| Mar 12 | AUTOMATIC TRANSFER | -$1,880.81 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 13 | PREAUTHORIZED DEBIT | -$332.89 |
| | REAL VALUE P4788 cash c&d 250313 13-PROPHRMCY | |
| Mar 13 | AUTOMATIC TRANSFER | -$5,466.80 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 14 | PREAUTHORIZED DEBIT | -$154.88 |
| | Prescrip Sup0188 Daily AR 250314 10985 | |

<div style="writing-mode: vertical">17729 0057590 0002-0007 00000000000000000</div>





| | Account Number: | XXXXXX7307 |
|---|---|---|
| | Statement Date: | 03/31/2025 |
| | Page : | 3 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Mar 14 | PREAUTHORIZED DEBIT<br>Bill.com Payables SOUTH POINTE WHOLE SALE INC Bill.com<br>015GIYIYUQDGH60 In v 707127 | -$488.70 |
| Mar 14 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 250314 | -$1,028.60 |
| Mar 14 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015EYWUMPHDIFZ3 | -$10,855.48 |
| Mar 17 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 250314 13-PROPHRMCY | -$1,330.39 |
| Mar 17 | PREAUTHORIZED DEBIT<br>Bill.com Payables PioneerRx B ill.com 015OVKFWZC DJ9DJ Inv PNRX-206<br>862 | -$1,976.86 |
| Mar 17 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c - 9679 Bill.com 015TALLTJZDIZ0M<br>Ac ct FNY369679 - Mul | -$5,102.37 |
| Mar 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$33,710.61 |
| Mar 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables Alpine Health LLC Bill.com 015BWOUON GDLKDS Acct<br>530974 921 - Inv 21703156 | -$139.96 |
| Mar 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables SOUTH POINTE WHOLE SALE INC Bill.com<br>015VUQOGXUDLAZE In v 707851 | -$336.72 |
| Mar 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 02/25 | -$201.48 |
| Mar 18 | DEPOSIT RETURN ITEM<br>DDA CB Debit 9906639823  Stop Payment | -$1,628.00 |
| Mar 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,809.61 |
| Mar 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,915.60 |
| Mar 20 | PREAUTHORIZED DEBIT<br>Bill.com Payables Integral RX B ill.com 015WVJCQBV DQ1HZ Acct 15345<br>- Inv 16143560 | -$398.34 |
| Mar 20 | PREAUTHORIZED DEBIT<br>Bill.com Payables Journey Medical Co rporation Bill.com<br>015RAEQKKEDPIOO A cct 7738988 - Inv | -$3,525.96 |
| Mar 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,998.80 |
| Mar 21 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 250321 13-PROPHRMCY | -$302.60 |
| Mar 21 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 250321 10985 | -$344.06 |
| Mar 21 | PREAUTHORIZED DEBIT<br>Bill.com Payables Language Line Serv ices Bill.com 015Z DODENNDRP4Z<br>Inv 11 534133 | -$453.72 |
| Mar 21 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 250321 | -$856.58 |
| Mar 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$9,385.33 |
| Mar 24 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015DBGWKPNDVZSR | -$4,295.54 |
| Mar 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$15,522.67 |



17729 0057591 0003-0007 00000000000000000



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX7307 |
| **Statement Date:** | | 03/31/2025 |
| **Page :** | | 4 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Mar 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables TopRx, LLC B ill.com 015MTZUUHQ DW8XX Acct<br>PRO103 - Inv 9768728 | -$156.51 |
| Mar 25 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 250325 2052047211 2220 | -$10,393.34 |
| Mar 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,103.31 |
| Mar 27 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$8,310.82 |
| Mar 28 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 250328 10985 | -$157.87 |
| Mar 28 | PREAUTHORIZED DEBIT<br>Bill.com Payables Old Republic Suret y Group Bill.com 0<br>15APDMBMIE2UQD Acc t W150404160 - Inv | -$250.00 |
| Mar 28 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 250328 13-PROPHRMCY | -$449.19 |
| Mar 28 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 250328 | -$1,057.54 |
| Mar 28 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$5,105.05 |
| Mar 31 | PREAUTHORIZED DEBIT<br>OPTIMUM 7801 CABLE PMNT 250331 | -$174.60 |
| Mar 31 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015BLSEHMUE6U5A | -$11,610.84 |
| Mar 31 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$9,450.21 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Mar 03 | PREAUTHORIZED CREDIT<br>INFINITYRX LLC ACH PAYMTS 706175160544495533 7 | $189.25 |
| Mar 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250302 650000012526326 | $1,420.02 |
| Mar 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250301 650000012526326 | $1,989.90 |
| Mar 03 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250303 5832705 | $5,216.18 |
| Mar 03 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250303 ST-A4I0I4J5M8M3 | $12,983.30 |
| Mar 04 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250304 5832705 | $405.11 |
| Mar 04 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 74 Jan 01-15 2025 | $6,218.35 |
| Mar 05 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250305 5832705 | $513.99 |
| Mar 05 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250305 650000012526326 | $2,959.37 |
| Mar 06 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250306 5832705 | $1,249.26 |
| Mar 06 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250306 650000012526326 | $1,700.18 |
| Mar 06 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074906556*11 41797357~ | $5,686.08 |

17729 0057592 0004-0007 0000000000000000





| | Account Number: | XXXXXX7307 |
|---|---|---|
| | Statement Date: | 03/31/2025 |
| | Page : | 5 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Mar 07 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250307 650000012526326 | $1,341.34 |
| Mar 07 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250307 5832705 | $13,047.42 |
| Mar 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $5,544.40 |
| Mar 10 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250310 5832705 | $915.09 |
| Mar 10 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250309 650000012526326 | $1,196.48 |
| Mar 10 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250308 650000012526326 | $1,544.48 |
| Mar 10 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250310 ST-J7H3Z1X5F1V9 | $13,775.16 |
| Mar 11 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $689.17 |
| Mar 11 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250311 5832705 | $603.56 |
| Mar 12 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250312 5832705 | $56.93 |
| Mar 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250312 650000012526326 | $2,346.26 |
| Mar 13 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250313 5832705 | $561.89 |
| Mar 13 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250313 650000012526326 | $1,285.10 |
| Mar 13 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074927661*11 41797357~ | $3,952.70 |
| Mar 14 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $3,365.82 |
| Mar 14 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250314 650000012526326 | $1,716.24 |
| Mar 14 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250314 5832705 | $7,444.65 |
| Mar 14 | DEPOSIT | $18,911.95 |
| Mar 17 | PREAUTHORIZED CREDIT<br>INFINITYRX LLC ACH PAYMTS 245294143247996092 6 | $17.88 |
| Mar 17 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250315 650000012526326 | $1,416.76 |
| Mar 17 | PREAUTHORIZED CREDIT<br>INFINITYRX LLC ACH PAYMTS 333011274858491377 5 | $1,587.27 |
| Mar 17 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250316 650000012526326 | $2,235.93 |
| Mar 17 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250317 5832705 | $2,577.42 |
| Mar 17 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250317 ST-Z1J2C5C9D2L3 | $15,373.97 |
| Mar 18 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250318 5832705 | $1,817.67 |
| Mar 18 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 75 Jan 16-31 2025 | $2,298.10 |
| Mar 19 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250319 5832705 | $1,613.23 |
| Mar 19 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250319 650000012526326 | $2,302.37 |
| Mar 20 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250320 5832705 | $205.24 |

17729 0057593 0005-0007 00000000000000000





**Account Number:** XXXXXX7307
**Statement Date:** 03/31/2025
**Page :** 6 of 7

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Mar 20 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250320 650000012526326 | $2,966.55 |
| Mar 20 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074947386*11 41797357~ | $4,751.31 |
| Mar 21 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250321 650000012526326 | $1,953.92 |
| Mar 21 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250321 5832705 | $9,388.37 |
| Mar 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250322 650000012526326 | $1,662.72 |
| Mar 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250323 650000012526326 | $2,738.02 |
| Mar 24 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250324 5832705 | $3,708.73 |
| Mar 24 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250324 ST-U3D4A3Y1Y3W1 | $11,708.74 |
| Mar 25 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $7,406.81 |
| Mar 25 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250325 5832705 | $3,143.04 |
| Mar 26 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250326 650000012526326 | $2,103.31 |
| Mar 27 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250327 5832705 | $215.59 |
| Mar 27 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250327 650000012526326 | $2,492.99 |
| Mar 27 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074968474*11 41797357~ | $5,602.24 |
| Mar 28 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250328 650000012526326 | $2,118.29 |
| Mar 28 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250328 5832705 | $4,901.36 |
| Mar 31 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250329 650000012526326 | $1,496.73 |
| Mar 31 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250330 650000012526326 | $2,060.87 |
| Mar 31 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250331 5832705 | $5,014.45 |
| Mar 31 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250331 ST-K5Q5Q0Q6N6Y6 | $12,663.60 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Feb 28 | $0.00 | Mar 10 | $0.00 | Mar 18 | $0.00 | Mar 25 | $0.00 |
| Mar 03 | $0.00 | Mar 11 | $0.00 | Mar 19 | $0.00 | Mar 26 | $0.00 |
| Mar 04 | $0.00 | Mar 12 | $0.00 | Mar 20 | $0.00 | Mar 27 | $0.00 |
| Mar 05 | $0.00 | Mar 13 | $0.00 | Mar 21 | $0.00 | Mar 28 | $0.00 |
| Mar 06 | $0.00 | Mar 14 | $18,911.00 | Mar 24 | $0.00 | Mar 31 | $0.00 |
| Mar 07 | $0.00 | Mar 17 | $0.00 | | | | |

