# SUPPORTING DOCUMENTATION

## (March 2025)



9801 W. Higgins, Box 32, Rosemont, IL 60018



46409 TWS380WR040125042837 01 000000000 52 006

FIRSTCARE PHARMACY LLC
1440 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                    Account Number:   XXXXXX3476

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 03/01/25** | **$0.00** |
| + Deposits and Credits (76) | $1,653,440.65 |
| - Withdrawals and Debits (34) | $1,653,318.97 |
| **Ending Balance as of 03/31/25** | **$0.00** |
| Analysis or Maintenance Fees for Period | $121.68 |
| Number of Days in Statement Period | 31 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Mar 03 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 250301 650000012411545 | -$1,267.24 |
| Mar 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$70,386.50 |
| Mar 04 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015SUWV HBJCXORC Acct FCA3 69452 - Multiple i | -$19,880.72 |
| Mar 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$71,241.76 |
| Mar 05 | PREAUTHORIZED DEBIT<br>ATT Payment 250305 | -$85.60 |
| Mar 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$65,193.59 |
| Mar 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$5,927.43 |
| Mar 07 | PREAUTHORIZED DEBIT<br>LADWP WEB PAY 250307 9301632956 | -$551.21 |
| Mar 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015MCLVDEQD4YP1 | -$6,537.06 |
| Mar 07 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$96,254.59 |
| Mar 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015WPJAYPUD917M | -$164,453.15 |
| Mar 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$35,080.93 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|------|-------------|-------------:|
| Mar 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$99,785.96 |
| Mar 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$22,228.63 |
| Mar 14 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015KJSHMAKDIFEY | -$252,043.18 |
| Mar 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$46,425.43 |
| Mar 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015OHKFXHYDLWZT | -$14,168.93 |
| Mar 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015XXAV AAODLA7B Acct<br>FCA3 69452 - Multiple i | -$16,912.76 |
| Mar 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY FOR 02/25 | -$121.68 |
| Mar 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$79,177.07 |
| Mar 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$80,887.42 |
| Mar 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,603.58 |
| Mar 21 | CASH MGMT TRSFR DR<br>REF 0800840L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$73,742.45 |
| Mar 21 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015OIWZUFEDRMIB | -$35,847.75 |
| Mar 24 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015ITCO XYPDU1QW Acct<br>FCA3 69452 - Inv 930006 | -$558.60 |
| Mar 24 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015RWWGWIPDVPZR | -$179,631.39 |
| Mar 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015WHFFZVGDW7SV | -$162.23 |
| Mar 25 | PREAUTHORIZED DEBIT<br>OUTCOMES Payment 250325 | -$399.00 |
| Mar 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$33,803.79 |
| Mar 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables Castleborn Investm ents Bill.com 015F MWRUVTDZ4WB<br>Inv RE -10001002 | -$6,718.75 |
| Mar 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$71,489.72 |
| Mar 27 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$10,269.53 |
| Mar 28 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$73,208.63 |
| Mar 31 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015KSZXBUZE6HDZ | -$1,597.53 |
| Mar 31 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$13,796.86 |

46409 0146986 0002-0005 00000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX3476 |
| **Statement Date:** | | 03/31/2025 |
| **Page :** | | 3 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

46409 0146987 0003-0005 00000000000000000

## Credits

| Date | Description | Additions |
|---|---|---|
| Mar 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250301 650000012411545 | $1,534.28 |
| Mar 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250302 650000012411545 | $1,995.70 |
| Mar 03 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7225576*3205716594 *199999999\ | $3,690.46 |
| Mar 03 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250303 ST-S7G6N8P9B6R0 | $8,786.92 |
| Mar 03 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250303 5659771 | $55,646.38 |
| Mar 04 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500112299*2752882 129*5659771\ | $851.27 |
| Mar 04 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250304 5659771 | $10,639.64 |
| Mar 04 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*008079784*14 31420563\ | $18,462.80 |
| Mar 04 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 74 Jan 01-15 2025 | $61,168.77 |
| Mar 05 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250305 5659771 | $527.55 |
| Mar 05 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250305 650000012411545 | $1,576.77 |
| Mar 05 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500110432*1752882 129*5659771\ | $63,174.87 |
| Mar 06 | PREAUTHORIZED CREDIT<br>TMESYS LLC CLAIM PMT 250306 5659771 | $12.49 |
| Mar 06 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250306 650000012411545 | $1,684.47 |
| Mar 06 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250306 5659771 | $4,230.47 |
| Mar 07 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250307 650000012411545 | $792.49 |
| Mar 07 | PREAUTHORIZED CREDIT<br>RXCROSSROADS BY HCCLAIMPMT 5821411*1203113620 \ | $838.04 |
| Mar 07 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250307 5659771 | $8,476.75 |
| Mar 07 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7003102884*1540849 793*198206820101~ | $93,235.58 |
| Mar 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $126,769.48 |
| Mar 10 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250308 650000012411545 | $1,020.32 |
| Mar 10 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250309 650000012411545 | $1,283.89 |
| Mar 10 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250310 ST-K7O3E6V6H2A2 | $9,128.18 |
| Mar 10 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250310 5659771 | $26,251.28 |
| Mar 11 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250311 5659771 | $85.97 |
| Mar 11 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*008095018*14 31420563\ | $34,994.96 |
| Mar 12 | PREAUTHORIZED CREDIT<br>DREXI INC ACH 250312 16449 | $325.30 |
| Mar 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250312 650000012411545 | $1,600.36 |
| Mar 12 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250312 5659771 | $15,962.37 |





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
| --- | --- | --- |
| Mar 12 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500121881*1752882 129*5659771\ | $81,897.93 |
| Mar 13 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250313 650000012411545 | $1,125.66 |
| Mar 13 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250313 5659771 | $21,102.97 |
| Mar 14 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $196,955.48 |
| Mar 14 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250314 650000012411545 | $1,182.28 |
| Mar 14 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250314 5659771 | $2,757.03 |
| Mar 14 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7002152608*1540849 793*198206820101~ | $51,148.39 |
| Mar 17 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250315 650000012411545 | $1,026.64 |
| Mar 17 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250316 650000012411545 | $1,331.80 |
| Mar 17 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7227509*3205716594 *199999999\ | $3,396.04 |
| Mar 17 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250317 ST-P1R1L5C3D7H1 | $10,544.99 |
| Mar 17 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250317 5659771 | $30,125.96 |
| Mar 18 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250318 5659771 | $4,521.28 |
| Mar 18 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*008110288*14 31420563\ | $28,012.66 |
| Mar 18 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 75 Jan 16-31 2025 | $77,846.50 |
| Mar 19 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250319 650000012411545 | $1,222.46 |
| Mar 19 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250319 5659771 | $2,866.03 |
| Mar 19 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500133700*1752882 129*5659771\ | $76,798.93 |
| Mar 20 | PREAUTHORIZED CREDIT<br>TMESYS LLC CLAIM PMT 250320 5659771 | $6.95 |
| Mar 20 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250320 650000012411545 | $1,687.77 |
| Mar 20 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250320 5659771 | $1,908.86 |
| Mar 21 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $35,847.75 |
| Mar 21 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7228573*3205716594 *199999999\ | $498.07 |
| Mar 21 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250321 650000012411545 | $662.90 |
| Mar 21 | PREAUTHORIZED CREDIT<br>RXCROSSROADS BY HCCLAIMPMT 5833298*1203113620 \ | $1,781.23 |
| Mar 21 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250321 5659771 | $14,382.48 |
| Mar 21 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7002153397*1540849 793*198206820101~ | $56,417.77 |
| Mar 24 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $128,591.34 |
| Mar 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250322 650000012411545 | $925.28 |

46409 0146988 0004-0005 00000000000000000





| | |
|---|---|
| Account Number: | XXXXXX3476 |
| Statement Date: | 03/31/2025 |
| Page : | 5 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Mar 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250323 650000012411545 | $1,451.89 |
| Mar 24 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250324 ST-Q0G8L5X5X9N5 | $10,965.36 |
| Mar 24 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250324 5659771 | $38,256.12 |
| Mar 25 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250325 5659771 | $9,172.95 |
| Mar 25 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*008125627*14 31420563\ | $25,192.07 |
| Mar 26 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250326 650000012411545 | $1,078.86 |
| Mar 26 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500146263*1752882 129*5659771\ | $77,129.61 |
| Mar 27 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7229502*3205716594 *199999999\ | $584.27 |
| Mar 27 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250327 650000012411545 | $650.54 |
| Mar 27 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250327 5659771 | $9,034.72 |
| Mar 28 | PREAUTHORIZED CREDIT<br>ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2074989<br>*1341939227*000005 257*5659771\ | $525.70 |
| Mar 28 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250328 650000012411545 | $1,770.45 |
| Mar 28 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250328 5659771 | $3,808.19 |
| Mar 28 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7002154314*1540849 793*198206820101~ | $67,104.29 |
| Mar 31 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250330 650000012411545 | $944.22 |
| Mar 31 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250329 650000012411545 | $1,351.29 |
| Mar 31 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250331 5659771 | $1,798.96 |
| Mar 31 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250331 ST-B5K2Q7R3M5A3 | $11,299.92 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Feb 28 | $0.00 | Mar 10 | $0.00 | Mar 18 | $0.00 | Mar 25 | $0.00 |
| Mar 03 | $0.00 | Mar 11 | $0.00 | Mar 19 | $0.00 | Mar 26 | $0.00 |
| Mar 04 | $0.00 | Mar 12 | $0.00 | Mar 20 | $0.00 | Mar 27 | $0.00 |
| Mar 05 | $0.00 | Mar 13 | $0.00 | Mar 21 | $0.00 | Mar 28 | $0.00 |
| Mar 06 | $0.00 | Mar 14 | $0.00 | Mar 24 | $0.00 | Mar 31 | $0.00 |
| Mar 07 | $0.00 | Mar 17 | $0.00 | | | | |



46409 0146989 0005-0005 00000000000000000



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2025 through March 31, 2025
Account Number: ███████████9817



### CUSTOMER SERVICE INFORMATION

**If you have any questions about your statement, please contact your Customer Service Professional.**

00005115 DDA 703 212 09125 NNNNNNNNNNN 1 000000000 61 0000

FIRSTCARE PHARMACY LLC
DEBTOR IN POSSESSION
3701 COMMERCIAL AVE, SUITE 14
NORTHBROOK IL 60062

# CHECKING SUMMARY    Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$6,348.85** |
| Deposits and Additions | 3 | 11,032.44 |
| Electronic Withdrawals | 1 | - 12,000.00 |
| **Ending Balance** | **4** | **$5,381.29** |

# DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/07 | Deposit    1264088746 | $6,008.37 |
| 03/26 | Deposit    1268864133 | 3,118.07 |
| 03/26 | Deposit    1268864134 | 1,906.00 |
| **Total Deposits and Additions** | | **$11,032.44** |

# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/14 | Online Transfer To Chk ...0359 Transaction#: 24058083841 | $12,000.00 |
| **Total Electronic Withdrawals** | | **$12,000.00** |

Your service charges, fees and earnings credit have been calculated through account analysis.



March 01, 2025 through March 31, 2025
Account Number: ████████ 9817

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 03/07 | $12,357.22 |
| 03/14 | 357.22 |
| 03/26 | 5,381.29 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS** : Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**