# SUPPORTING DOCUMENTATION

## (March 2025)



# WINTRUST
### BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Last Statement:** | February 28, 2025 |
| **Statement Ending:** | March 31, 2025 |
| **Page:** | 1 of 2 |

36476 TWS380WR040125042837 01 000000000 50 003

DR IKE'S PHARMACARE LLC
1433 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

## Customer Service


**Customer Support:**
312-291-2900


**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm


**Access Your Account Online:**
www.wintrustbank.com

## COMMERCIAL CHECKING                     Account Number:    XXXXXX3134

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 03/01/25** | **$0.00** |
| + Deposits and Credits (10) | $321,510.02 |
| - Withdrawals and Debits (9) | $321,022.02 |
| **Ending Balance as of 03/31/25** | **$0.00** |
| Analysis or Maintenance Fees for Period | $488.00 |
| Number of Days in Statement Period | 31 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Mar 03 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 250301 650000012526565 | -$25.00 |
| Mar 05 | PREAUTHORIZED DEBIT<br>VANTIV_INTG_PYMT BILLNG Merch Bankcard 316 5269 Dr Ikes Pharm<br>acare | -$139.90 |
| Mar 07 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$311,750.55 |
| Mar 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$863.00 |
| Mar 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.77 |
| Mar 14 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$439.98 |
| Mar 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 02/25 | -$488.00 |
| Mar 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.68 |
| Mar 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.34 |
| Mar 31 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015ZXKMAFME6TCR | -$7,801.80 |



36476 0115265 0001-0002 0000000000000000

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | |
|---|---|
| **Account Number:** | XXXXXX3134 |
| **Statement Date:** | 03/31/2025 |
| **Page :** | 2 of 2 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits

| Date | Description | Additions |
|---|---|---|
| Mar 03 | AUTOMATIC TRANSFER | $25.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 05 | AUTOMATIC TRANSFER | $139.90 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 07 | PREAUTHORIZED CREDIT | $311,750.55 |
| | AMERISOURCE BERG PAYMENTS 250307 0100010545 | |
| Mar 10 | REMOTE DEPOSIT | $863.00 |
| Mar 13 | REMOTE DEPOSIT | $400.77 |
| Mar 14 | PREAUTHORIZED CREDIT | $39.98 |
| | MANAGED HEALTH C Payment 250314 31307 | |
| Mar 18 | AUTOMATIC TRANSFER | $488.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 19 | PREAUTHORIZED CREDIT | $0.68 |
| | CAREMARK HCCLAIMPMT 2500133610*1752882 129*5649592\ | |
| Mar 26 | PREAUTHORIZED CREDIT | $0.34 |
| | CAREMARK HCCLAIMPMT 2500146175*1752882 129*5649592\ | |
| Mar 31 | AUTOMATIC TRANSFER | $7,801.80 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Feb 28 | $0.00 | Mar 07 | $0.00 | Mar 13 | $400.00 | Mar 19 | $0.00 |
| Mar 03 | $0.00 | Mar 10 | $863.00 | Mar 14 | $0.00 | Mar 26 | $0.00 |
| Mar 05 | $0.00 | Mar 11 | $0.00 | Mar 18 | $0.00 | Mar 31 | $0.00 |

36476 0115267 0002-0002 00000000000000000



 **CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2025 through March 31, 2025
Account Number: ████████████ 2027

**CUSTOMER SERVICE INFORMATION**

If you have any questions about your
statement, please contact your
Customer Service Professional.

00000411 DDA 111 212 09125 NNNNNNNNNNN  1 000000000 67 0000

DR. IKE'S PHARMACARE LLC
DEBTOR IN POSSESSION
311 S WACKER DR STE 400
CHICAGO IL 60606-6619



## CHECKING SUMMARY  Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $0.00 |
| **Ending Balance** | 0 | $0.00 |

Your service charges, fees and earnings credit have been calculated through account analysis.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



This Page Intentionally Left Blank