# SUPPORTING DOCUMENTATION

## (March 2025)



# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

34695 TWS380WR040125042837 01 000000000 49 005

ENOVEX PHARMACY LLC
1431 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

| | |
|---|---|
| Last Statement: | February 28, 2025 |
| Statement Ending: | March 31, 2025 |
| Page: | 1 of 4 |





## Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                    Account Number:    XXXXXX3962

### Balance Summary

| | |
|---|---:|
| **Beginning Balance as of 03/01/25** | **$0.00** |
| + Deposits and Credits (30) | $144,559.70 |
| - Withdrawals and Debits (41) | $144,451.86 |
| **Ending Balance as of 03/31/25** | **$0.00** |
| Analysis or Maintenance Fees for Period | $107.84 |
| Number of Days in Statement Period | 31 |

### Debits

| Date | Description | Subtractions |
|---|---|---:|
| Mar 03 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 250301 650000012526300 | -$2,276.24 |
| Mar 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,383.61 |
| Mar 05 | PREAUTHORIZED DEBIT<br>VANTIV_INTG_PYMT BILLNG Merch Bankcard 316 5263 Enovex Pharma cy | -$139.90 |
| Mar 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,783.85 |
| Mar 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,044.50 |
| Mar 07 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,767.00 |
| Mar 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015XMERMAHD914O | -$21,427.38 |
| Mar 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables DI Overnite, LLC B ill.com 015PGNXMKW D9V8F Inv 187325 | -$484.87 |
| Mar 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medline Industries Bill.com 015NBGFL LZDAQZ9 Acct 17044 62 - Multiple invo | -$4,711.13 |
| Mar 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015WAIPELQ DCTIM Acct UNIV91N - Inv 03759284 | -$25.00 |
| Mar 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,411.10 |



34695 0107498 0001-0004 00000000000000000

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement |  |
| **Add** deposits made by you, but not shown on this statement. |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Subtotal** |  |
|  |  |
| 3. **List** total of checks outstanding |  |
| **Subtract** check total from above Subtotal |  |
|  | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



**WINTRUST**
**BANK**®

| | |
|---|---|
| **Account Number:** | XXXXXX3962 |
| **Statement Date:** | 03/31/2025 |
| **Page :** | 2 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Mar 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015QTGIAHZ DET2U Acct<br>UNIV91N - Inv 03760685 | -$1,440.00 |
| Mar 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Nabeel Haddad B ill.com 015BUVISHB DF54Y Inv<br>02192025 -001 | -$3,400.00 |
| Mar 14 | PREAUTHORIZED DEBIT<br>Bill.com Payables CSC B ill.com 015OQWXXLD DIFE7 Acct 8298031 - Inv<br>20018001626 | -$461.95 |
| Mar 14 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015JSGKHVI DH0P5 Acct<br>UNIV91N - Multiple invoic | -$1,756.00 |
| Mar 14 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,083.85 |
| Mar 17 | PREAUTHORIZED DEBIT<br>Bill.com Payables CSC B ill.com 015IIVOTGV DIYGD Acct 8298031 - Inv<br>86117727792 | -$181.95 |
| Mar 17 | PREAUTHORIZED DEBIT<br>Bill.com Payables PioneerRx B ill.com 015NBZJFAY DJ451 Inv PNRX-204<br>867 | -$1,017.33 |
| Mar 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$6,512.57 |
| Mar 18 | PREAUTHORIZED DEBIT<br>ATT Payment 250318 | -$214.00 |
| Mar 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medline Industries Bill.com 015TEYXR KJDLFIZ Acct<br>17044 62 - Multiple invo | -$432.81 |
| Mar 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 02/25 | -$107.84 |
| Mar 19 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015AWCXLMG DNXJS Acct<br>UNIV91N - Inv 03765913 | -$422.00 |
| Mar 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,919.87 |
| Mar 20 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015USPFANT DPZXN Acct<br>UNIV91N - Multiple invoic | -$189.00 |
| Mar 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,515.00 |
| Mar 21 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015TEKFKAZDRMBR | -$891.48 |
| Mar 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$178.39 |
| Mar 24 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 250324 | -$161.25 |
| Mar 24 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medline Industries Bill.com 015NSVAT XDDU1OT Acct<br>17044 62 - Multiple invo | -$630.03 |
| Mar 24 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015BCUQBHKDVPWJ | -$12,847.78 |
| Mar 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,781.55 |
| Mar 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015LEETQDIDW7PY | -$9,810.07 |

34695 0107500 0002-0004 0000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX3962 |
| **Statement Date:** | 03/31/2025 |
| **Page :** | 3 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Mar 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015SNDEBTI DZ4SW Acct<br>UNIV91N - Inv 03772843 | -$42.00 |
| Mar 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015ZTDUUWCDYGW7 | -$34,350.00 |
| Mar 27 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medline Industries Bill.com 015NQWSX UEE0JDU Acct<br>17044 62 - Inv 235990456 | -$2,287.37 |
| Mar 27 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,794.98 |
| Mar 28 | PREAUTHORIZED DEBIT<br>Bill.com Payables International Filt er Products Bill.c om<br>015QZGFLHOE3FL4 Inv 12283 | -$1,697.28 |
| Mar 28 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$406.22 |
| Mar 31 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medline Industries Bill.com 015XUAEQ RXE5BSZ Acct<br>17044 62 - Inv 236009551 | -$1,178.44 |
| Mar 31 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015ENLXZANE6TE9 | -$1,386.77 |
| Mar 31 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$9,007.34 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Mar 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250302 650000012526300 | $1,737.00 |
| Mar 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250301 650000012526300 | $2,922.85 |
| Mar 05 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250305 650000012526300 | $2,923.75 |
| Mar 06 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250306 650000012526300 | $2,044.50 |
| Mar 07 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250307 650000012526300 | $2,767.00 |
| Mar 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $15,166.18 |
| Mar 10 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250309 650000012526300 | $2,027.95 |
| Mar 10 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250308 650000012526300 | $4,233.25 |
| Mar 11 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $1,796.00 |
| Mar 11 | PREAUTHORIZED CREDIT<br>Bill.com VoidPaymnt Nabeel Haddad B ill.com 015HBCUPBG DAXVL Inv<br>02192025 -001 | $3,400.00 |
| Mar 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250312 650000012526300 | $2,436.10 |
| Mar 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $2,311.00 |
| Mar 13 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250313 650000012526300 | $2,529.00 |

34695 0107501 0003-0004 0000000000000000





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Mar 14 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250314 650000012526300 | $3,301.80 |
| Mar 17 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250316 650000012526300 | $3,834.18 |
| Mar 17 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250315 650000012526300 | $3,877.67 |
| Mar 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $754.65 |
| Mar 19 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250319 650000012526300 | $2,341.87 |
| Mar 20 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250320 650000012526300 | $2,704.00 |
| Mar 21 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250321 650000012526300 | $1,069.87 |
| Mar 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250323 650000012526300 | $1,426.87 |
| Mar 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250322 650000012526300 | $2,473.50 |
| Mar 24 | PREAUTHORIZED CREDIT<br>Mindbloom Inc. Receivable 026FTXIXQ1BPPHH Mi ndbloom Inc. Bill. com Inv MB062 | $12,520.24 |
| Mar 25 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $9,810.07 |
| Mar 26 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $31,894.01 |
| Mar 26 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250326 650000012526300 | $2,497.99 |
| Mar 27 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250327 650000012526300 | $6,082.35 |
| Mar 28 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250328 650000012526300 | $2,103.50 |
| Mar 31 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250329 650000012526300 | $2,341.25 |
| Mar 31 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250330 650000012526300 | $9,231.30 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Feb 28 | $0.00 | Mar 11 | $0.00 | Mar 18 | $0.00 | Mar 25 | $0.00 |
| Mar 03 | $0.00 | Mar 12 | $0.00 | Mar 19 | $0.00 | Mar 26 | $0.00 |
| Mar 05 | $0.00 | Mar 13 | $0.00 | Mar 20 | $0.00 | Mar 27 | $0.00 |
| Mar 06 | $0.00 | Mar 14 | $0.00 | Mar 21 | $0.00 | Mar 28 | $0.00 |
| Mar 07 | $0.00 | Mar 17 | $0.00 | Mar 24 | $0.00 | Mar 31 | $0.00 |
| Mar 10 | $0.00 | | | | | | |





**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2025 through March 31, 2025
Account Number: ████████7589



### CUSTOMER SERVICE INFORMATION

**If you have any questions about your statement, please contact your Customer Service Professional.**

00001361 DDA 111 211 09125 NNNNNNNNNNN 1 000000000 63 0000

ENOVEX PHARMACY LLC
DEBTOR IN POSSESSION
311 S WACKER DR STE 400
CHICAGO IL 60606-6619

## CHECKING SUMMARY   Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$3,321.98** |
| Deposits and Additions | 1 | 1,001.00 |
| Electronic Withdrawals | 1 | - 2,500.00 |
| **Ending Balance** | **2** | **$1,822.98** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/24 | Deposit    2135631217 | $1,001.00 |
| **Total Deposits and Additions** |  | **$1,001.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/21 | Online Transfer To Chk ...0359 Transaction#: 24128445047 | $2,500.00 |
| **Total Electronic Withdrawals** |  | **$2,500.00** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 03/21 | $821.98 |
| 03/24 | 1,822.98 |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS** : Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**