# SUPPORTING DOCUMENTATION

## (March 2025)



| | |
|---|---|
| **Last Statement:** | February 28, 2025 |
| **Statement Ending:** | March 31, 2025 |
| **Page:** | 1 of 2 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



32862 TWS380WR040125042837 01 000000000 49 003
H&H PHARMACY LLC
1427 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

## Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

## COMMERCIAL CHECKING                    Account Number:    XXXXXX4793

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 03/01/25** | **$0.00** |
| + Deposits and Credits (8) | $6,001.66 |
| - Withdrawals and Debits (8) | $5,510.67 |
| **Ending Balance as of 03/31/25** | **$0.00** |
| Analysis or Maintenance Fees for Period | $490.99 |
| Number of Days in Statement Period | 31 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Mar 03 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$853.13 |
| Mar 06 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$1,034.00 |
| Mar 11 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$849.99 |
| Mar 12 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$228.90 |
| Mar 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 02/25 | -$490.99 |
| Mar 24 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$183.56 |
| Mar 24 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$669.21 |
| Mar 25 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$714.27 |
| Mar 28 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$977.61 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Mar 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $853.13 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | Account Number: | XXXXXX4793 |
|---|---|---|
| | Statement Date: | 03/31/2025 |
| | Page : | 2 of 2 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Mar 10 | AUTOMATIC TRANSFER | $1,034.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 11 | AUTOMATIC TRANSFER | $849.99 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 12 | AUTOMATIC TRANSFER | $228.90 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 18 | AUTOMATIC TRANSFER | $490.99 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 24 | AUTOMATIC TRANSFER | $852.77 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 25 | AUTOMATIC TRANSFER | $714.27 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 28 | AUTOMATIC TRANSFER | $977.61 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Feb 28 | $0.00 | Mar 10 | $0.00 | Mar 18 | $0.00 | Mar 25 | $0.00 |
| Mar 03 | $0.00 | Mar 11 | $0.00 | Mar 24 | $0.00 | Mar 28 | $0.00 |
| Mar 06 | -$1,034.00 | Mar 12 | $0.00 | | | | |

32862 0099910 0002-0002 0000000000000000





**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2025 through March 31, 2025
Account Number: ■■■■■■■■0359



### CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00001070 DDA 111 212 09125 NNNNNNNNNNN 1 000000000 67 0000

H&H PHARMACY LLC
DEBTOR IN POSSESSION
311 S WACKER DR STE 400
CHICAGO IL 60606-6619

# CHECKING SUMMARY | Commercial Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$1,729,840.91** |
| Deposits and Additions | 21 | 6,266,368.71 |
| Electronic Withdrawals | 48 | - 7,152,750.18 |
| **Ending Balance** | **69** | **$843,459.44** |

# DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/03 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 0303Mmqfmp14000935 Trn: 0786801062Ff | $150,000.00 |
| 03/06 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 0306Mmqfmp14000984 Trn: 0835751065Ff | 1,400,000.00 |
| 03/07 | Online Transfer From Chk ...8660 Transaction#: 23973854002 | 220,000.00 |
| 03/07 | Online Transfer From Chk ...7201 Transaction#: 23973844737 | 14,000.00 |
| 03/10 | Deposit    2142869178 | 5,990.00 |
| 03/13 | Deposit    2129377390 | 1,125,000.00 |
| 03/14 | Online Transfer From Chk ...9817 Transaction#: 24058083841 | 12,000.00 |
| 03/14 | Online Transfer From Chk ...8660 Transaction#: 24058112928 | 8,000.00 |
| 03/14 | Online Transfer From Chk ...2236 Transaction#: 24058128799 | 6,000.00 |
| 03/21 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 0321Mmqfmp14000586 Trn: 0345251080Ff | 1,875,000.00 |



March 01, 2025 through March 31, 2025
Account Number: ████████0359

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/21 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 0321Mmqfmp14001019 Trn: 0536801080Ff | 50,000.00 |
| 03/21 | Online Transfer From Chk ...8660 Transaction#: 24128414643 | 77,400.00 |
| 03/21 | Online Transfer From Chk ...3681 Transaction#: 24128441937 | 5,000.00 |
| 03/21 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:        CO Entry Descr:Voidpaymntsec:CCD      Trace#:021000022601027 Eed:250321      Ind ID:016Xwpcfb3Odgqq          Ind Name:Oakdell Compounding Ph      Aldinger Company Bill.Com 016Xwpcfb 3Odgqq Acct 02718 - Inv 110449-- Bi Ll.Com Che Trn: 0792601027Tc | 4,378.71 |
| 03/21 | Online Transfer From Chk ...5093 Transaction#: 24128417193 | 4,000.00 |
| 03/21 | Online Transfer From Chk ...7589 Transaction#: 24128445047 | 2,500.00 |
| 03/21 | Online Transfer From Chk ...7201 Transaction#: 24128519049 | 2,000.00 |
| 03/25 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 0325Mmqfmp14000398 Trn: 0430141084Ff | 650,000.00 |
| 03/27 | Deposit    2137664689 | 650,000.00 |
| 03/31 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:        CO Entry Descr:Voidpaymntsec:CCD      Trace#:021000025144423 Eed:250331      Ind ID:015Mmdpcjxe6Eq1          Ind Name:Firstcare Pharmacy LLC      Donald Iron Works Bill.Com 015Mmdpc Jxe6Eq1 Inv 86 Trn: 0875144423Tc | 2,550.00 |
| 03/31 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:        CO Entry Descr:Voidpaymntsec:CCD      Trace#:021000025144425 Eed:250331      Ind ID:015Ghbcifwe6Eq2          Ind Name:Firstcare Pharmacy LLC      Donald Iron Works Bill.Com 015Ghbci Fwe6Eq2 Inv 86 Trn: 0875144425Tc | 2,550.00 |
| **Total Deposits and Additions** | | **$6,266,368.71** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/04 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:        CO Entry Descr:Payables  Sec:CCD      Trace#:021000025777141 Eed:250304      Ind ID:015Massawtcxv5S          Ind Name:Firstcare Pharmacy LLC      American Flyer Distribution Bill.CO M 015Massawtcxv5S Acct 98 - Inv F23 66 Trn: 0635777141Tc | $2,182.50 |
| 03/04 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:        CO Entry Descr:Payables  Sec:CCD      Trace#:021000025777138 Eed:250304      Ind ID:015Uypwpsccxupb          Ind Name:Easycare Pharmacy LLC      American Flyer Distribution Bill.CO M 015Uypwpsccxupb Inv Fe12566 Trn: 0635777138Tc | 840.00 |
| 03/05 | Orig CO Name:Mckesson Drug          Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD      Trace#:091000015785518 Eed:250305      Ind ID:ACH06417412          Ind Name:Smc Pharmacy Trn: 0645785518Tc | 124,855.03 |
| 03/05 | Orig CO Name:Mckesson Drug          Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD      Trace#:091000015785520 Eed:250305      Ind ID:ACH06417520          Ind Name:Easycare Pharmacy Trn: 0645785520Tc | 115,172.62 |
| 03/05 | Orig CO Name:Mckesson Drug          Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD      Trace#:091000015785521 Eed:250305      Ind ID:ACH06417521          Ind Name:Firstcare Pharmacy Trn: 0645785521Tc | 88,587.57 |
| 03/05 | Orig CO Name:Mckesson Drug          Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD      Trace#:091000015785517 Eed:250305      Ind ID:ACH06417326          Ind Name:Rose Pharmacy Sf Trn: 0645785517Tc | 78,304.73 |



March 01, 2025 through March 31, 2025
Account Number: ████████0359

# ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/05 | Orig CO Name:Mckesson Drug       Orig ID:9991000900 Desc Date:       CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000015785519 Eed:250305   Ind ID:ACH06417502           Ind Name:Concierge Pharmacy Trn: 0645785519Tc | 77,971.43 |
| 03/05 | Orig CO Name:Mckesson Drug       Orig ID:9991000900 Desc Date:       CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000015785522 Eed:250305   Ind ID:ACH06417522           Ind Name:Primecare Pharmacy Trn: 0645785522Tc | 40,451.25 |
| 03/06 | Orig CO Name:Optio Rx LLC       Orig ID:9121145349 Desc Date:       CO Entry Descr:Transfer Sec:CCD    Trace#:121145348679508 Eed:250306  Ind ID: Ind Name:Unknown Bank - Plaid - Trn: 0658679508Tc | 100,000.00 |
| 03/07 | Online Domestic Wire Transfer Via: Wintrust Bk NA/071925444 A/C: Optio Rx LLC Oak Brook IL 60523 US Imad: 0307Mmqfmp2N032238 Trn: 3712695066Es | 300,000.00 |
| 03/07 | Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Bpi Labs LLC Largo FL 33777 US Ref:/Time/16:04 Imad: 0307Mmqfmp2K031510 Trn: 3714585066Es | 115,225.00 |
| 03/07 | Online Domestic Wire Transfer Via: Svb A Div of Fcb/121140399 A/C: Arcutis Biotherapeutics Inc Santa Clara CA 95054 US Ref:/Time/17:28 Imad: 0307Mmqfmp2M034765 Trn: 3790915066Es | 224,939.00 |
| 03/10 | Online Domestic Wire Transfer Via: Wintrust Bk NA/071925444 A/C: Optio Rx LLC Oak Brook IL 60523 US Imad: 0310Mmqfmp2N027422 Trn: 3535515069Es | 600,000.00 |
| 03/11 | Orig CO Name:Bill.Com       Orig ID:1204895317 Desc Date:       CO Entry Descr:Payables  Sec:CCD    Trace#:021000020645700 Eed:250311   Ind ID:015Uygmuznda1T8       Ind Name:Firstcare Pharmacy LLC    American Flyer Distribution Bill.CO M 015Uygmuznda1T8 Acct 98 - Inv F23 67 Trn: 0690645700Tc | 1,860.00 |
| 03/11 | Orig CO Name:Bill.Com       Orig ID:1204895317 Desc Date:       CO Entry Descr:Payables  Sec:CCD    Trace#:021000020645697 Eed:250311   Ind ID:015Bimawudda1A2       Ind Name:Easycare Pharmacy LLC    American Flyer Distribution Bill.CO M 015Bimawudda1A2 Inv Fe12567 Trn: 0690645697Tc | 907.50 |
| 03/12 | Orig CO Name:Mckesson Drug       Orig ID:9991000900 Desc Date:       CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000015214999 Eed:250312   Ind ID:ACH06432061           Ind Name:Smc Pharmacy Trn: 0715214999Tc | 105,985.13 |
| 03/12 | Orig CO Name:Mckesson Drug       Orig ID:9991000900 Desc Date:       CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000015214998 Eed:250312   Ind ID:ACH06431934           Ind Name:Rose Pharmacy Sf Trn: 0715214998Tc | 87,211.69 |
| 03/12 | Orig CO Name:Mckesson Drug       Orig ID:9991000900 Desc Date:       CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000015215001 Eed:250312   Ind ID:ACH06432189           Ind Name:Easycare Pharmacy Trn: 0715215001Tc | 81,901.05 |
| 03/12 | Orig CO Name:Mckesson Drug       Orig ID:9991000900 Desc Date:       CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000015215002 Eed:250312   Ind ID:ACH06432190           Ind Name:Firstcare Pharmacy Trn: 0715215002Tc | 71,129.51 |
| 03/12 | Orig CO Name:Mckesson Drug       Orig ID:9991000900 Desc Date:       CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000015215003 Eed:250312   Ind ID:ACH06432191           Ind Name:Primecare Pharmacy Trn: 0715215003Tc | 53,814.43 |
| 03/12 | Orig CO Name:Mckesson Drug       Orig ID:9991000900 Desc Date:       CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000015215000 Eed:250312   Ind ID:ACH06432173           Ind Name:Concierge Pharmacy Trn: 0715215000Tc | 29,881.12 |
| 03/12 | Orig CO Name:Mckesson Plasma       Orig ID:4263763914 Desc Date:       CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000015214996 Eed:250312   Ind ID:ACH06431370           Ind Name:Rose Pharmacy Sf Trn: 0715214996Tc | 14,708.62 |
| 03/12 | Orig CO Name:Mck Plasma Bio       Orig ID:4263763914 Desc Date:       CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000015215005 Eed:250312   Ind ID:1400072551           Ind Name:Smc Pharmacy Trn: 0715215005Tc | 4,699.24 |
| 03/13 | Orig CO Name:Optio Rx LLC       Orig ID:9121145349 Desc Date:       CO Entry Descr:Transfer  Sec:CCD    Trace#:121145344851729 Eed:250313  Ind ID: Ind Name:Unknown Bank - Plaid - Trn: 0724851729Tc | 150,000.00 |



 CHASE

March 01, 2025 through March 31, 2025
Account Number: ████████0359

# ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/14 | Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Anda Inc Atlanta GA 30374 US Imad: 0314Mmqfmp2N036009 Trn: 3810025073Es | 55,539.06 |
| 03/14 | Online Domestic Wire Transfer Via: Wintrust Bk NA/071925444 A/C: Optio Rx LLC Oak Brook IL 60523 US Imad: 0314Mmqfmp2K035055 Trn: 3811665073Es | 1,000,000.00 |
| 03/18 | Orig CO Name:Bill.Com      Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD    Trace#:021000022830880 Eed:250318   Ind ID:015Fqcfdoidll9S      Ind Name:Smc Pharmacy LLC      Gateway Hotel Santa Monica Bill.Com  015Fqcfdoidll9S Inv Re-10001011 Trn: 0772830880Tc | 2,076.80 |
| 03/18 | Orig CO Name:Bill.Com      Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD    Trace#:021000022830877 Eed:250318   Ind ID:015Rdpjthsdlfu9      Ind Name:Firstcare Pharmacy LLC      American Flyer Distribution Bill.CO M 015Rdpjthsdlfu9 Acct 98 - Inv F23 68 Trn: 0772830877Tc | 1,882.50 |
| 03/18 | Orig CO Name:Bill.Com      Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD    Trace#:021000022830874 Eed:250318   Ind ID:015Qjwxdkedlfe4      Ind Name:Easycare Pharmacy LLC      American Flyer Distribution Bill.CO M 015Qjwxdkedlfe4 Inv Fe12568 Trn: 0772830874Tc | 757.50 |
| 03/19 | Orig CO Name:Mckesson Drug      Orig ID:9991000900 Desc Date:      CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000018585015 Eed:250319   Ind ID:ACH06438522      Ind Name:Smc Pharmacy Trn: 0788585015Tc | 134,931.13 |
| 03/19 | Orig CO Name:Mckesson Drug      Orig ID:9991000900 Desc Date:      CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000018585018 Eed:250319   Ind ID:ACH06438628      Ind Name:Firstcare Pharmacy Trn: 0788585018Tc | 86,787.54 |
| 03/19 | Orig CO Name:Mckesson Drug      Orig ID:9991000900 Desc Date:      CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000018585014 Eed:250319   Ind ID:ACH06438432      Ind Name:Rose Pharmacy Sf Trn: 0788585014Tc | 76,943.64 |
| 03/19 | Orig CO Name:Mckesson Drug      Orig ID:9991000900 Desc Date:      CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000018585016 Eed:250319   Ind ID:ACH06438611      Ind Name:Concierge Pharmacy Trn: 0788585016Tc | 71,379.25 |
| 03/19 | Orig CO Name:Mckesson Drug      Orig ID:9991000900 Desc Date:      CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000018585017 Eed:250319   Ind ID:ACH06438627      Ind Name:Easycare Pharmacy Trn: 0788585017Tc | 68,798.23 |
| 03/19 | Orig CO Name:Mckesson Drug      Orig ID:9991000900 Desc Date:      CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000018585019 Eed:250319   Ind ID:ACH06438629      Ind Name:Primecare Pharmacy Trn: 0788585019Tc | 63,281.03 |
| 03/21 | Online Domestic Wire Transfer Via: Wsfs Wilm DE/031100102 A/C: Chipman Brown Cicero And Cole Llp Wilmington DE 19801 US Imad: 0321Mmqfmp2K028377 Trn: 3555085080Es | 275,000.00 |
| 03/21 | Online Domestic Wire Transfer Via: Wsfs Wilm DE/031100102 A/C: Chipman Brown Cicero And Cole Llp Wilmington DE 19801 US Imad: 0321Mmqfmp2M028466 Trn: 3556585080Es | 2,293,195.68 |
| 03/21 | Orig CO Name:Optio Rx LLC      Orig ID:9121145349 Desc Date:      CO Entry Descr:Transfer  Sec:CCD    Trace#:121145348646199 Eed:250321   Ind ID: Ind Name:Unknown Bank - Plaid - Trn: 0808646199Tc | 30,000.00 |
| 03/21 | Orig CO Name:Bill.Com      Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD    Trace#:021000028646201 Eed:250321   Ind ID:015Fkrxtomdsqmr      Ind Name:Optio Rx LLC      Rr Donnelley & Sons Company Bill.CO M 015Fkrxtomdsqmr Inv 565878639 Trn: 0808646201Tc | 2,295.38 |
| 03/25 | Orig CO Name:Bill.Com      Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD    Trace#:021000029805344 Eed:250325   Ind ID:015Zczynpodwf7E      Ind Name:Firstcare Pharmacy LLC      American Flyer Distribution Bill.CO M 015Zczynpodwf7E Acct 98 - Inv F23 69 Trn: 0849805344Tc | 1,890.00 |
| 03/25 | Orig CO Name:Bill.Com      Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD    Trace#:021000029805341 Eed:250325   Ind ID:015Bmrlqkfdwep3      Ind Name:Easycare Pharmacy LLC      American Flyer Distribution Bill.CO M 015Bmrlqkfdwep3 Inv Fe12569 Trn: 0849805341Tc | 795.00 |



March 01, 2025 through March 31, 2025
Account Number: ████████0359

## ELECTRONIC WITHDRAWALS *(continued)*



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/26 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000011558679 Eed:250326    Ind ID:ACH06452154          Ind Name:Smc Pharmacy Trn: 0851558679Tc | 126,385.03 |
| 03/26 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000011558681 Eed:250326    Ind ID:ACH06452264          Ind Name:Easycare Pharmacy Trn: 0851558681Tc | 101,897.52 |
| 03/26 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000011558678 Eed:250326    Ind ID:ACH06452063          Ind Name:Rose Pharmacy Sf Trn: 0851558678Tc | 75,003.28 |
| 03/26 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000011558682 Eed:250326    Ind ID:ACH06452265          Ind Name:Firstcare Pharmacy Trn: 0851558682Tc | 71,185.16 |
| 03/26 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000011558683 Eed:250326    Ind ID:ACH06452266          Ind Name:Primecare Pharmacy Trn: 0851558683Tc | 51,395.30 |
| 03/26 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000011558680 Eed:250326    Ind ID:ACH06452246          Ind Name:Concierge Pharmacy Trn: 0851558680Tc | 30,703.73 |
| 03/28 | Orig CO Name:Optio Rx LLC        Orig ID:9121145349 Desc Date:        CO Entry Descr:Transfer  Sec:CCD    Trace#:121145346328339 Eed:250328    Ind ID: Ind Name:Unknown Bank - Plaid - Trn: 0876328339Tc | 60,000.00 |
| **Total Electronic Withdrawals** | | **$7,152,750.18** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 03/03 | $1,879,840.91 | 03/14 | 1,144,664.43 |
| 03/04 | 1,876,818.41 | 03/18 | 1,139,947.63 |
| 03/05 | 1,351,475.78 | 03/19 | 637,826.81 |
| 03/06 | 2,651,475.78 | 03/21 | 57,614.46 |
| 03/07 | 2,245,311.78 | 03/25 | 704,929.46 |
| 03/10 | 1,651,301.78 | 03/26 | 248,359.44 |
| 03/11 | 1,648,534.28 | 03/27 | 898,359.44 |
| 03/12 | 1,199,203.49 | 03/28 | 838,359.44 |
| 03/13 | 2,174,203.49 | 03/31 | 843,459.44 |



March 01, 2025 through March 31, 2025

Account Number: ███████████ **0359**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS** : Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**