# SUPPORTING DOCUMENTATION

## (March 2025)



| | |
|---|---|
| Last Statement: | February 28, 2025 |
| Statement Ending: | March 31, 2025 |
| Page: | 1 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

22010 TWS380WR040125042837 01 000000000 47 008

ROSE PHARMACY SF LLC
1422 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                     Account Number:     XXXXXX8445

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 03/01/25** | **$0.00** |
| + Deposits and Credits (102) | $1,574,968.54 |
| - Withdrawals and Debits (42) | $1,461,409.97 |
| **Ending Balance as of 03/31/25** | **$113,227.00** |
| Analysis or Maintenance Fees for Period | $331.57 |
| Number of Days in Statement Period | 31 |

---

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Mar 03 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 250301 650000012921873 | -$5,084.37 |
| Mar 04 | PREAUTHORIZED DEBIT<br>Bill.com Payables Hughes Network Sys tem, LLC Bill.com<br>015EPWMQPACYC3K In v B1-429142032 | -$235.07 |
| Mar 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$235,509.55 |
| Mar 05 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 2289  NSF | -$68.25 |
| Mar 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$148,902.90 |
| Mar 06 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 1190  NSF | -$2,385.37 |
| Mar 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$9,075.21 |
| Mar 07 | DEPOSIT RETURN ITEM<br>DDA CB Debit 2289  NSF 2nd | -$68.25 |
| Mar 07 | DEPOSIT RETURN ITEM<br>DDA CB Debit 4571  Closed Account | -$2,034.92 |
| Mar 07 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$73,629.90 |
| Mar 10 | PREAUTHORIZED DEBIT<br>MANAGED HEALTH C Payment 250310 | -$200.00 |
| Mar 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015FWVETFZD9CUN | -$77,935.37 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
|  | |
|  | |
|  | |
|  | |
| **Subtotal** | |
|  | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
|  | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | |
|---|---|
| **Account Number:** | XXXXXX8445 |
| **Statement Date:** | 03/31/2025 |
| **Page :** | 2 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Mar 10 | DEPOSIT RETURN ITEM<br>DDA CB Debit 1190  NSF 2nd | -$2,385.37 |
| Mar 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>015IOOBISXDAV1 3 Multiple invoice | -$5,060.57 |
| Mar 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>015YJLYMBXD9W2 Z Multiple invoice | -$11,345.96 |
| Mar 11 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 2005  NSF | -$1,579.95 |
| Mar 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$120,403.84 |
| Mar 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$30,564.35 |
| Mar 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$17,947.54 |
| Mar 14 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015SINCCYNDIG1P | -$3,220.45 |
| Mar 14 | DEPOSIT RETURN ITEM<br>DDA CB Debit 2005  NSF 2nd | -$1,579.95 |
| Mar 14 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$39,631.74 |
| Mar 17 | PREAUTHORIZED DEBIT<br>FRONTIER COMMUNI BILL PAY 250317 20824453541 | -$255.98 |
| Mar 17 | PREAUTHORIZED DEBIT<br>Bill.com Payables PioneerRx B ill.com 015LBTPNKJ DIZ3G Inv PNRX-205<br>556 | -$4,222.69 |
| Mar 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 02/25 | -$331.57 |
| Mar 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$55,207.82 |
| Mar 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$92,204.06 |
| Mar 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,180.69 |
| Mar 21 | CASH MGMT TRSFR DR<br>REF 0800841L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$84,407.56 |
| Mar 21 | PREAUTHORIZED DEBIT<br>MHA LONG TERM CA Payment 250321 | -$446.67 |
| Mar 21 | PREAUTHORIZED DEBIT<br>REPUBLICSERVICES RSIBILLPAY 250321 | -$676.00 |
| Mar 24 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015LODHRTGDVZUQ | -$1,252.09 |
| Mar 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$15,699.85 |
| Mar 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$179,199.69 |
| Mar 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables EnlivenHealth form erly FDS Amplicare Bill.com<br>015JIWSY DTDYI53 Inv IN1060 | -$250.53 |
| Mar 26 | PREAUTHORIZED DEBIT<br>SO CAL EDISON CO DIRECTPAY 250326 700896544671 | -$2,247.74 |
| Mar 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015LZXPXLIDZ6B5 | -$20,891.00 |
| Mar 26 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 2466  NSF | -$4,809.61 |





| | Account Number: | XXXXXX8445 |
|---|---|---|
| | Statement Date: | 03/31/2025 |
| | Page : | 3 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Mar 26 | AUTOMATIC TRANSFER | -$66,317.86 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 27 | AUTOMATIC TRANSFER | -$1,990.27 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 28 | DEPOSIT RETURN ITEM | -$4,809.61 |
| | DDA CB Debit 2466  NSF 2nd | |
| Mar 28 | AUTOMATIC TRANSFER | -$68,032.06 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 31 | PREAUTHORIZED DEBIT | -$68,459.31 |
| | Bill.com Payables Multiple Payments Bill.com Payables | |
| | 015WJMSWTPE6U78 | |

## Credits

| Date | Description | Additions |
|---|---|---|
| Mar 03 | AUTOMATIC TRANSFER | $4,980.92 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 03 | PREAUTHORIZED CREDIT | $102.92 |
| | HRTLAND PMT SYS TXNS/FEES 250302 650000012921873 | |
| Mar 03 | REMOTE DEPOSIT | $63,100.53 |
| Mar 04 | PREAUTHORIZED CREDIT | $153.63 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910515668*13635696 42~ | |
| Mar 04 | PREAUTHORIZED CREDIT | $2,995.36 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550635881*12 | |
| | 60076803*99999~ | |
| Mar 04 | PREAUTHORIZED CREDIT | $32,767.04 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*008079791*14 31420563\ | |
| Mar 04 | PREAUTHORIZED CREDIT | $136,728.29 |
| | HRTLAND PMT SYS TXNS/FEES 250304 650000012921873 | |
| Mar 04 | REMOTE DEPOSIT | $136,956.30 |
| Mar 05 | REDEPOSIT RETURN CHK | $68.25 |
| | DDA Redp Credit 2289  NSF | |
| Mar 05 | PREAUTHORIZED CREDIT | $708.27 |
| | NAVITUS HCCLAIMPMT 1535757*1043608530 ~ | |
| Mar 05 | PREAUTHORIZED CREDIT | $4,308.44 |
| | HRTLAND PMT SYS TXNS/FEES 250305 650000012921873 | |
| Mar 05 | PREAUTHORIZED CREDIT | $6,998.44 |
| | CAREMARK HCCLAIMPMT 2500110295*1752882 129*5641798\ | |
| Mar 06 | REDEPOSIT RETURN CHK | $2,385.37 |
| | DDA Redp Credit 1190  NSF | |
| Mar 06 | PREAUTHORIZED CREDIT | $11,459.85 |
| | HRTLAND PMT SYS TXNS/FEES 250306 650000012921873 | |
| Mar 06 | REMOTE DEPOSIT | $18,358.49 |
| Mar 06 | REMOTE DEPOSIT | $28,112.24 |
| Mar 07 | PREAUTHORIZED CREDIT | $68.36 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550637176*12 | |
| | 60076803*99999~ | |
| Mar 07 | PREAUTHORIZED CREDIT | $939.97 |
| | MEDICARE-DUAL DOD REMIT TRN*1*04233078*143 1420563\ | |
| Mar 07 | PREAUTHORIZED CREDIT | $980.36 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910529989*13635696 42~ | |
| Mar 07 | PREAUTHORIZED CREDIT | $1,502.11 |
| | NAVITUS HEALTH S ACHPAYMENT 203165\ | |
| Mar 07 | PREAUTHORIZED CREDIT | $12,699.60 |
| | HRTLAND PMT SYS TXNS/FEES 250307 650000012921873 | |





| | Account Number: | XXXXXX8445 |
|---|---|---|
| | Statement Date: | 03/31/2025 |
| | Page : | 4 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Mar 07 | PREAUTHORIZED CREDIT | $13,004.42 |
| | CA HCCLAIMPMT 7001482189*1540849 793*142733835902~ | |
| Mar 10 | AUTOMATIC TRANSFER | $78,032.83 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 10 | PREAUTHORIZED CREDIT | $101.49 |
| | HRTLAND PMT SYS TXNS/FEES 250309 650000012921873 | |
| Mar 10 | REMOTE DEPOSIT | $5,295.27 |
| Mar 10 | REMOTE DEPOSIT | $79,731.78 |
| Mar 11 | PREAUTHORIZED CREDIT | $631.82 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550638430*12 | |
| | 60076803*99999~ | |
| Mar 11 | REDEPOSIT RETURN CHK | $1,579.95 |
| | DDA Redp Credit 2005  NSF | |
| Mar 11 | PREAUTHORIZED CREDIT | $26,024.69 |
| | HRTLAND PMT SYS TXNS/FEES 250311 650000012921873 | |
| Mar 11 | PREAUTHORIZED CREDIT | $26,707.81 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*008095025*14 31420563\ | |
| Mar 12 | PREAUTHORIZED CREDIT | $182.97 |
| | NAVITUS HEALTH S ACHPAYMENT 203391\ | |
| Mar 12 | PREAUTHORIZED CREDIT | $476.95 |
| | NAVITUS HCCLAIMPMT 1539469*1043608530 ~ | |
| Mar 12 | PREAUTHORIZED CREDIT | $1,067.36 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910544590*13635696 42~ | |
| Mar 12 | REMOTE DEPOSIT | $6,528.92 |
| Mar 12 | PREAUTHORIZED CREDIT | $9,560.67 |
| | HRTLAND PMT SYS TXNS/FEES 250312 650000012921873 | |
| Mar 12 | PREAUTHORIZED CREDIT | $19,261.48 |
| | CAREMARK HCCLAIMPMT 2500121749*1752882 129*5641798\ | |
| Mar 13 | REMOTE DEPOSIT | $3,586.26 |
| Mar 13 | PREAUTHORIZED CREDIT | $11,432.38 |
| | HRTLAND PMT SYS TXNS/FEES 250313 650000012921873 | |
| Mar 13 | REMOTE DEPOSIT | $20,978.90 |
| Mar 14 | PREAUTHORIZED CREDIT | $10.93 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550639738*12 | |
| | 60076803*99999~ | |
| Mar 14 | PREAUTHORIZED CREDIT | $52.49 |
| | PRIME THERAPEUTI HCCLAIMPMT 444444441015604*22 | |
| | 60076803*99999~ | |
| Mar 14 | PREAUTHORIZED CREDIT | $5,648.60 |
| | HRTLAND PMT SYS TXNS/FEES 250314 650000012921873 | |
| Mar 14 | PREAUTHORIZED CREDIT | $12,576.17 |
| | CA HCCLAIMPMT 7001483744*1540849 793*142733835902~ | |
| Mar 17 | AUTOMATIC TRANSFER | $3,766.79 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 17 | PREAUTHORIZED CREDIT | $28.00 |
| | HRTLAND PMT SYS TXNS/FEES 250317 650000012921873 | |
| Mar 17 | PREAUTHORIZED CREDIT | $683.88 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2072511 | |
| | *1341939227*000068 388*5641798\ | |
| Mar 18 | PREAUTHORIZED CREDIT | $672.42 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550641010*12 | |
| | 60076803*99999~ | |
| Mar 18 | PREAUTHORIZED CREDIT | $1,109.60 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910566951*13635696 42~ | |
| Mar 18 | PREAUTHORIZED CREDIT | $1,291.23 |
| | MEDIMPACT HEALTH DEBITS TRN*1*9200426924*1 330567651*433268 | |
| | \ | |
| Mar 18 | REMOTE DEPOSIT | $5,531.42 |



22010 0068745 0004-0007 00000000000000000



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX8445 |
| **Statement Date:** | | 03/31/2025 |
| **Page :** | | 5 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

22010 0068746 0005-0007 0000000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Mar 18 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250318 650000012921873 | $22,938.27 |
| Mar 18 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*008110295*14 31420563\ | $29,527.36 |
| Mar 18 | REMOTE DEPOSIT | $63,093.09 |
| Mar 19 | PREAUTHORIZED CREDIT<br>SCRIPT CARE, LTD ACH Paymen TRN*1*0000610934*1 760295598~ | $174.51 |
| Mar 19 | PREAUTHORIZED CREDIT<br>NAVITUS HCCLAIMPMT 1541554*1043608530 ~ | $839.23 |
| Mar 19 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500133564*1752882 129*5641798\ | $9,020.33 |
| Mar 19 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250319 650000012921873 | $13,545.99 |
| Mar 20 | PREAUTHORIZED CREDIT<br>MEDIMPACT HEALTH DEBITS TRN*1*9200427544*1 330567651*433268<br>\ | $14.11 |
| Mar 20 | PREAUTHORIZED CREDIT<br>MEDIMPACT HEALTH DEBITS TRN*1*9200427672*1 330567651*433268<br>\ | $66.84 |
| Mar 20 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250320 650000012921873 | $116.53 |
| Mar 20 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910581246*13635696 42~ | $982.40 |
| Mar 20 | REMOTE DEPOSIT | $25,641.81 |
| Mar 21 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 444444441019266*22<br>60076803*99999~ | $147.22 |
| Mar 21 | PREAUTHORIZED CREDIT<br>MEDICARE-DUAL DOD REMIT TRN*1*04236199*143 1420563\ | $198.95 |
| Mar 21 | PREAUTHORIZED CREDIT<br>NAVITUS HEALTH S ACHPAYMENT 203862\ | $765.51 |
| Mar 21 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550642330*12<br>60076803*99999~ | $1,004.81 |
| Mar 21 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001487159*1540849 793*142733835902~ | $14,652.26 |
| Mar 21 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250321 650000012921873 | $43,120.48 |
| Mar 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250324 650000012921873 | $53.78 |
| Mar 24 | PREAUTHORIZED CREDIT<br>MEDIMPACT HEALTH DEBITS TRN*1*9200428907*1 330567651*433268<br>\ | $1,138.77 |
| Mar 24 | PREAUTHORIZED CREDIT<br>ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2074270<br>*1341939227*000158 895*5641798\ | $1,588.95 |
| Mar 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250322 650000012921873 | $14,170.22 |
| Mar 24 | REMOTE DEPOSIT | $86,007.22 |
| Mar 25 | PREAUTHORIZED CREDIT<br>MEDIMPACT HEALTH DEBITS TRN*1*9200429079*1 330567651*433268<br>\ | $5.89 |
| Mar 25 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550643582*12<br>60076803*99999~ | $44.18 |
| Mar 25 | PREAUTHORIZED CREDIT<br>SCRIPT CARE, LTD ACH Paymen TRN*1*0000611721*1 760295598~ | $83.60 |





| | Account Number: | XXXXXX8445 |
|---|---|---|
| | Statement Date: | 03/31/2025 |
| | Page : | 6 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Mar 25 | PREAUTHORIZED CREDIT | $165.81 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910603847*13635696 42~ | |
| Mar 25 | REMOTE DEPOSIT | $9,418.75 |
| Mar 25 | PREAUTHORIZED CREDIT | $21,951.65 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*008125634*14 31420563\ | |
| Mar 25 | REMOTE DEPOSIT | $64,487.34 |
| Mar 25 | PREAUTHORIZED CREDIT | $70,940.47 |
| | HRTLAND PMT SYS TXNS/FEES 250325 650000012921873 | |
| Mar 26 | PREAUTHORIZED CREDIT | $11.36 |
| | NAVITUS HEALTH S ACHPAYMENT 204095\ | |
| Mar 26 | PREAUTHORIZED CREDIT | $536.06 |
| | NAVITUS HCCLAIMPMT 1544951*1043608530 ~ | |
| Mar 26 | REDEPOSIT RETURN CHK | $4,809.61 |
| | DDA Redp Credit 2466  NSF | |
| Mar 26 | PREAUTHORIZED CREDIT | $9,100.05 |
| | HRTLAND PMT SYS TXNS/FEES 250326 650000012921873 | |
| Mar 26 | PREAUTHORIZED CREDIT | $10,964.27 |
| | CAREMARK HCCLAIMPMT 2500146129*1752882 129*5641798\ | |
| Mar 27 | REMOTE DEPOSIT | $415.78 |
| Mar 27 | PREAUTHORIZED CREDIT | $1,989.15 |
| | HRTLAND PMT SYS TXNS/FEES 250327 650000012921873 | |
| Mar 27 | REMOTE DEPOSIT | $16,663.34 |
| Mar 28 | PREAUTHORIZED CREDIT | $220.24 |
| | MEDIMPACT HEALTH DEBITS TRN*1*9200429974*1 330567651*433268 \ | |
| Mar 28 | PREAUTHORIZED CREDIT | $403.30 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910617859*13635696 42~ | |
| Mar 28 | PREAUTHORIZED CREDIT | $754.52 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550644900*12 60076803*99999~ | |
| Mar 28 | REMOTE DEPOSIT | $5,298.78 |
| Mar 28 | PREAUTHORIZED CREDIT | $6,186.57 |
| | CA HCCLAIMPMT 7001489319*1540849 793*142733835902~ | |
| Mar 28 | PREAUTHORIZED CREDIT | $43,363.65 |
| | HRTLAND PMT SYS TXNS/FEES 250328 650000012921873 | |
| Mar 31 | AUTOMATIC TRANSFER | $62,498.97 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 31 | PREAUTHORIZED CREDIT | $6.98 |
| | NAVITUS HCCLAIMPMT 1543299*1043608530 ~ | |
| Mar 31 | PREAUTHORIZED CREDIT | $15.00 |
| | HRTLAND PMT SYS TXNS/FEES 250329 650000012921873 | |
| Mar 31 | PREAUTHORIZED CREDIT | $21.74 |
| | HRTLAND PMT SYS TXNS/FEES 250330 650000012921873 | |
| Mar 31 | PREAUTHORIZED CREDIT | $642.74 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2075838 *1341939227*000064 274*5641798\ | |
| Mar 31 | REMOTE DEPOSIT | $5,533.66 |
| Mar 31 | REMOTE DEPOSIT | $107,694.22 |



## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Feb 28 | $0.00 | Mar 06 | $48,923.62 | Mar 12 | $8,093.95 | Mar 18 | $68,624.00 |
| Mar 03 | $63,100.00 | Mar 07 | $2,385.37 | Mar 13 | $26,143.95 | Mar 19 | $0.00 |
| Mar 04 | $136,956.00 | Mar 10 | $85,026.00 | Mar 14 | $0.00 | Mar 20 | $25,641.00 |
| Mar 05 | $68.25 | Mar 11 | $1,579.95 | Mar 17 | $0.00 | Mar 21 | $0.00 |



Account Number:                XXXXXX8445
Statement Date:                03/31/2025
Page :                                   7 of 7

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Daily Balances (Continued)

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Mar 24 | $86,007.00 | Mar 26 | $4,809.61 | Mar 28 | $5,273.00 | Mar 31 | $113,227.00 |
| Mar 25 | $73,905.00 | Mar 27 | $21,887.61 | | | | |

22010 0068748 0007-0007 00000000000000000





JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2025 through March 31, 2025
**Account Number:** ▮▮▮▮▮▮▮8660

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00000779 WBS 111 141 09125 NNNNNNNNNNN 1 000000000 C1 0000
ROSE PHARMACY SF LLC
DEBTOR IN POSSESSION
3701 COMMERCIAL AVE, SUITE 14
NORTHBROOK IL 60062

## Commercial Checking

## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $58,884.87 |  |
| Deposits and Credits | 20 | $272,779.97 |  |
| Withdrawals and Debits | 3 | $305,400.00 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$26,264.84** |  |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 03/03 | Orig CO Name:Vienna Hospice A      Orig ID:A114339399 Desc Date:SD1700 CO Entry Descr:Payments  Sec:CCD Trace#:081009425475736 Eed:250303  Ind ID:Pharmacy Servic        Ind Name:Rose Pharmacy 1143393990 Trn: 0625475736Tc | $115,813.79 |
| 03/03 | Orig CO Name:Bellerose Hospic      Orig ID:S941687665 Desc Date:250303 CO Entry Descr:Sender    Sec:CTX    Trace#:113000022269286 Eed:250303 Ind ID:775702728        Ind Name:0000Rose Pharmacy Onlne Trnsfr88871070 Trn: 0622269286Tc | 40,118.72 |
| 03/03 | Orig CO Name:Sigma Healthcare      Orig ID:1289133000 Desc Date:250303 CO Entry Descr:Shaid Hospsec:CCD    Trace#:021000029197421 Eed:250303   Ind ID:E60538297        Ind Name:Rose Pharmacy Shaid Hospice Inc Inv#102024Shaid H Ospice Inc Inv#102024 Trn: 0629197421Tc | 3,207.25 |
| 03/04 | Orig CO Name:A1Kare Hospice &      Orig ID:1462800242 Desc Date:250304 CO Entry Descr:Payroll    Sec:PPD    Trace#:111000029614624 Eed:250304 Ind ID:0020808D8Ccce58        Ind Name:Cbc Pharma Holdco LLC Trn: 0629614624Tc | 62.27 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error or in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.



March 01, 2025 through March 31, 2025

**Account Number:** ████████8660

## Deposits and Credits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 03/07 | Orig CO Name:A New Day Hospic    Orig ID:464277425 Desc Date:250307 CO Entry Descr:ACH    Sec:CCD    Trace#:026013575993655 Eed:250307 Ind ID:355-18642    Ind Name:Rose Pharmacy 1504721279 Trn: 0655993655Tc | 3,745.78 |
| 03/07 | Orig CO Name:Progress Palliat    Orig ID:1462800242 Desc Date:250307 CO Entry Descr:Payroll  Sec:PPD    Trace#:111000025993653 Eed:250307 Ind ID:0020644881Da67E    Ind Name:Rose Pharmacy Sf LLC Trn: 0655993653Tc | 2,530.55 |
| 03/07 | Orig CO Name:Amazon Hospice I    Orig ID:9111111101 Desc Date:250307 CO Entry Descr:Direct Depsec:PPD    Trace#:051000015993651 Eed:250307 Ind ID:925235782799543    Ind Name:,Rose Pharmacy 1233236186    Kf Trn: 0655993651Tc | 1,218.21 |
| 03/12 | Orig CO Name:Starline Hospice    Orig ID:462693989  Desc Date:250312 CO Entry Descr:Rose Pharmsec:CCD    Trace#:122043608385167 Eed:250312  Ind ID:    Ind Name:Rose Pharmacy Inv355-18560 $3241.25 - Cm355-01518  $324.09 6417414 Trn: 0708385167Tc | 2,917.16 |
| 03/12 | Orig CO Name:Lira Hospice, IN    Orig ID:9200502235 Desc Date:250312 CO Entry Descr:ACH Pmt  Sec:PPD    Trace#:021000028385170 Eed:250312  Ind ID:11164989567    Ind Name:Rose Pharamcy Inv355-18340 Trn: 0708385170Tc | 556.74 |
| 03/13 | Orig CO Name:Care ME Hospice    Orig ID:9200502235 Desc Date:250313 CO Entry Descr:ACH Pmt  Sec:CCD    Trace#:021000024164091 Eed:250313  Ind ID:11165130773    Ind Name:Rose Pharmacy New Vision Hospice - Jan 2025 Trn: 0714164091Tc | 122.06 |
| 03/17 | Orig CO Name:Bellerose Hospic    Orig ID:S941687665 Desc Date:250317 CO Entry Descr:Sender  Sec:CTX    Trace#:113000029289366 Eed:250317 Ind ID:778766526    Ind Name:0000Rose Pharmacy Onlne Trnsfr88871070 Trn: 0769289366Tc | 62,801.48 |
| 03/17 | Orig CO Name:Honest Health CA    Orig ID:9200502235 Desc Date:250317 CO Entry Descr:ACH Pmt  Sec:PPD    Trace#:021000020802460 Eed:250317  Ind ID:11165517766    Ind Name:Rose Pharmacy Inv355-18064 Replacement Check 1190 Trn: 0730802460Tc | 2,385.37 |
| 03/18 | Orig CO Name:All Family Hospi    Orig ID:9200502235 Desc Date:250318 CO Entry Descr:ACH Pmt  Sec:CCD    Trace#:021000023272868 Eed:250318  Ind ID:11165641109    Ind Name:Rose Pharmacy Sf LLC    Inv 355-18667 Trn: 0763272868Tc | 30.24 |
| 03/20 | Book Transfer Credit B/O: Homeline Hospice Inc. Glendale CA 91203-3271 US Trn: 3329715079Es YOUR REF:  BMG OF 25/03/20 | 5,259.90 |
| 03/20 | Book Transfer Credit B/O: Homeline Hospice Inc. Glendale CA 91203-3271 US Ref: Feb 2025 Invoice Trn: 3329635079Es YOUR REF:  BMG OF 25/03/20 | 5,043.18 |
| 03/21 | Orig CO Name:Aa Family Hospic    Orig ID:1462800242 Desc Date:250321 CO Entry Descr:Payroll  Sec:PPD    Trace#:111000022945587 Eed:250321 Ind ID:002072789Cfc556    Ind Name:Rose Pharmacy Trn: 0792945587Tc | 2,340.21 |
| 03/21 | Orig CO Name:Amazon Hospice I    Orig ID:9111111101 Desc Date:250321 CO Entry Descr:Direct Depsec:PPD    Trace#:051000012945585 Eed:250321 Ind ID:944834334970543    Ind Name:,Rose Pharmacy 1233236186    Kf Trn: 0792945585Tc | 376.88 |
| 03/24 | Orig CO Name:Starline Hospice    Orig ID:462693989  Desc Date:250324 CO Entry Descr:Rose Pharmsec:CCD    Trace#:122043604510694 Eed:250324  Ind ID:    Ind Name:Rose Pharmacy Inv355-18890 $2939.81-Cm355-01534 $ 161.88=$2777.93 6417414 Trn: 0804510694Tc | 2,777.93 |



March 01, 2025 through March 31, 2025

**Account Number:** ███████████8660

## Deposits and Credits   *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 03/25 | Orig CO Name:Bank of America      Orig ID:9416876142 Desc Date:      CO Entry Descr:Sb Billpaysec:CCD    Trace#:111000022511827 Eed:250325   Ind ID:B15Xndsbuf281S6      Ind Name:Rose Pharmacy Trn: 0842511827Tc | 599.55 |
| 03/28 | Orig CO Name:Burnet Hospice C      Orig ID:451783432  Desc Date:250328 CO Entry Descr:ACH      Sec:CCD    Trace#:026013574126868 Eed:250328 Ind ID:355-18996      Ind Name:Rose Pharmacy 1504721287 Trn: 0864126868Tc | 20,872.70 |
| **Total** | | **$272,779.97** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 03/07 | Online Transfer To Chk ...0359 Transaction#: 23973854002 | $220,000.00 |
| 03/14 | Online Transfer To Chk ...0359 Transaction#: 24058112928 | 8,000.00 |
| 03/21 | Online Transfer To Chk ...0359 Transaction#: 24128414643 | 77,400.00 |
| **Total** | | **$305,400.00** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 03/03 | $218,024.63 | 03/18 | $66,394.49 |
| 03/04 | $218,086.90 | 03/20 | $76,697.57 |
| 03/07 | $5,581.44 | 03/21 | $2,014.66 |
| 03/12 | $9,055.34 | 03/24 | $4,792.59 |
| 03/13 | $9,177.40 | 03/25 | $5,392.14 |
| 03/14 | $1,177.40 | 03/28 | $26,264.84 |
| 03/17 | $66,364.25 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.

This Page Intentionally Left Blank