# SUPPORTING DOCUMENTATION

## (March 2025)



| | |
|---|---|
| **Last Statement:** | February 28, 2025 |
| **Statement Ending:** | March 31, 2025 |
| **Page:** | 1 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



38234 TWS380WR040125042837 01 000000000 51 006
PRIMECARE PHARMACY LLC
1437 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

## Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

---

| COMMERCIAL CHECKING | Account Number:    XXXXXX1761 |
|---|---|

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 03/01/25** | **$0.00** |
| + Deposits and Credits (57) | $1,209,968.34 |
| - Withdrawals and Debits (35) | $1,209,855.64 |
| **Ending Balance as of 03/31/25** | **$0.00** |
| Analysis or Maintenance Fees for Period | $112.70 |
| Number of Days in Statement Period | 31 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Mar 03 | DEPOSIT RETURN ITEM<br>DDA CB Debit 9906244133  Stop Payment | -$1,456.00 |
| Mar 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$41,944.57 |
| Mar 04 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015NHWR UMSCXPN0 Acct<br>FCA3 69428 - Inv 929760 | -$5,313.48 |
| Mar 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$90,281.51 |
| Mar 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$44,486.13 |
| Mar 06 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 250306 | -$151.22 |
| Mar 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$9,523.57 |
| Mar 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015CALL FKHD500J Acct<br>FCA3 69428 - Inv 929986 | -$112.52 |
| Mar 07 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$58,484.60 |
| Mar 10 | PREAUTHORIZED DEBIT<br>MASTERS DRUG COM AUTO ACH 250310 ACH06423031 | -$1.74 |
| Mar 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015OKLKLSKD9CRO | -$149,488.66 |
| Mar 11 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 250311 2057179792 2220 | -$1,846.41 |



## BALANCE YOUR ACCOUNT

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |

The number above should match your checkbook balance

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

### Important Information

**In Case of Errors or Questions About Your Electronic Transfers.**  Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or  receipt is wrong or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.**  If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s).  We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | Account Number: | XXXXXX1761 |
|---|---|---|
| | Statement Date: | 03/31/2025 |
| | Page : | 2 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Mar 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$23,544.67 |
| Mar 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$50,173.40 |
| Mar 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$25,026.79 |
| Mar 14 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015UIYRWSWDIFYZ | -$55,495.52 |
| Mar 17 | PREAUTHORIZED DEBIT<br>Bill.com Payables PioneerRx B ill.com 015DKHEDJJ DJ9CU Acct N506.27 4<br>- Inv PNRX-20656 | -$1,454.30 |
| Mar 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$42,125.79 |
| Mar 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015CEPABMKDLXZI | -$11,612.24 |
| Mar 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 02/25 | -$112.70 |
| Mar 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$103,056.26 |
| Mar 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$52,136.56 |
| Mar 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$203.44 |
| Mar 21 | CASH MGMT TRSFR DR<br>REF 0801151L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$36,763.51 |
| Mar 21 | PREAUTHORIZED DEBIT<br>Bill.com Payables DI Overnite, LLC B ill.com 015POCIRVE DRP4H Inv<br>187688 | -$1,969.92 |
| Mar 24 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015OZMG URPDU2P8 Acct<br>FCA3 69428 - Multiple i | -$24,264.17 |
| Mar 24 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015GOYAAKIDVZSP | -$156,974.08 |
| Mar 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables The Shredders B ill.com 015AYTYSMW DW8XS Inv<br>CINV-064 830 | -$43.00 |
| Mar 25 | PREAUTHORIZED DEBIT<br>OUTCOMES Payment 250325 | -$349.00 |
| Mar 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$34,737.52 |
| Mar 26 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 250326 2057179792 2220 | -$979.68 |
| Mar 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$42,319.36 |
| Mar 27 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015EQTC IXBE0KWB Acct<br>FCA3 69428 - Inv 930206 | -$22.74 |
| Mar 27 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$4,890.82 |
| Mar 28 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$45,263.31 |
| Mar 31 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015YZVZNYGE6U58 | -$93,358.54 |



38234 0122172 0002-0005 00000000000000000



9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits

| Date | Description | Additions |
|------|-------------|-----------|
| Mar 03 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7225585*3205716594 *199999999\ | $3,514.51 |
| Mar 03 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250303 ST-K2S4P6L9J4P3 | $5,249.24 |
| Mar 03 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250303 5660801 | $34,636.82 |
| Mar 04 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910437782*13635696 42~ | $1,168.94 |
| Mar 04 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*008079779*14 31420563\ | $3,326.12 |
| Mar 04 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250304 5660801 | $6,418.98 |
| Mar 04 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 74 Jan 01-15 2025 | $84,680.95 |
| Mar 05 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250305 5660801 | $8,451.40 |
| Mar 05 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500110441*1752882 129*5660801\ | $36,034.73 |
| Mar 06 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7226597*3205716594 *199999999\ | $595.65 |
| Mar 06 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250306 5660801 | $9,079.14 |
| Mar 07 | PREAUTHORIZED CREDIT<br>RXCROSSROADS BY HCCLAIMPMT 5821398*1203113620 \ | $2,332.54 |
| Mar 07 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250307 5660801 | $8,599.10 |
| Mar 07 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001482370*1540849 793*140730146801~ | $47,665.48 |
| Mar 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $112,741.58 |
| Mar 10 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250310 ST-G6W6X1V3R8J6 | $5,919.00 |
| Mar 10 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250310 5660801 | $30,829.82 |
| Mar 11 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250311 5660801 | $3,412.31 |
| Mar 11 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*008095013*14 31420563\ | $21,978.77 |
| Mar 12 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910544804*13635696 42~ | $995.40 |
| Mar 12 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250312 5660801 | $2,633.86 |
| Mar 12 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500121890*1752882 129*5660801\ | $46,544.14 |
| Mar 13 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250313 5660801 | $25,026.79 |
| Mar 14 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $38,640.97 |
| Mar 14 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001483762*1540849 793*140730146801~ | $16,854.55 |
| Mar 17 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7227521*3205716594 *199999999\ | $2,464.16 |
| Mar 17 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250317 ST-W6R3C0Z5P9G0 | $8,033.78 |
| Mar 17 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250317 5660801 | $33,082.15 |
| Mar 18 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910474273*13635696 42~ | $3,255.56 |

38234 0122173 0003-0005 00000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX1761 |
| **Statement Date:** | | 03/31/2025 |
| **Page :** | | 4 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Mar 18 | PREAUTHORIZED CREDIT | $6,835.36 |
| | ACCESS HEALTH ACCESS HEA 250318 5660801 | |
| Mar 18 | PREAUTHORIZED CREDIT | $30,059.55 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*008110283*14 31420563\ | |
| Mar 18 | PREAUTHORIZED CREDIT | $74,630.73 |
| | Monarch Specialt ePay brightscrip Period 75 Jan 16-31 2025 | |
| Mar 19 | PREAUTHORIZED CREDIT | $7,391.15 |
| | ACCESS HEALTH ACCESS HEA 250319 5660801 | |
| Mar 19 | PREAUTHORIZED CREDIT | $44,745.41 |
| | CAREMARK HCCLAIMPMT 2500133709*1752882 129*5660801\ | |
| Mar 20 | PREAUTHORIZED CREDIT | $203.44 |
| | ACCESS HEALTH ACCESS HEA 250320 5660801 | |
| Mar 21 | AUTOMATIC TRANSFER | $1,969.92 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 21 | PREAUTHORIZED CREDIT | $142.72 |
| | MEDE AMERICA CDA HCCLAIMPMT 7228586*3205716594 *199999999\ | |
| Mar 21 | PREAUTHORIZED CREDIT | $2,146.89 |
| | RXCROSSROADS BY HCCLAIMPMT 5833286*1203113620 \ | |
| Mar 21 | PREAUTHORIZED CREDIT | $5,109.50 |
| | ACCESS HEALTH ACCESS HEA 250321 5660801 | |
| Mar 21 | PREAUTHORIZED CREDIT | $29,364.40 |
| | CA HCCLAIMPMT 7001487105*1540849 793*140730146801~ | |
| Mar 24 | AUTOMATIC TRANSFER | $149,936.55 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 24 | PREAUTHORIZED CREDIT | $7,521.19 |
| | Prescription TRANSFER 250324 ST-V4X8P9D8H2K8 | |
| Mar 24 | PREAUTHORIZED CREDIT | $23,781.12 |
| | ACCESS HEALTH ACCESS HEA 250324 5660801 | |
| Mar 25 | PREAUTHORIZED CREDIT | $5.98 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910604046*13635696 42~ | |
| Mar 25 | PREAUTHORIZED CREDIT | $15,226.52 |
| | ACCESS HEALTH ACCESS HEA 250325 5660801 | |
| Mar 25 | PREAUTHORIZED CREDIT | $19,897.02 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*008125622*14 31420563\ | |
| Mar 26 | PREAUTHORIZED CREDIT | $2,062.18 |
| | ACCESS HEALTH ACCESS HEA 250326 5660801 | |
| Mar 26 | PREAUTHORIZED CREDIT | $41,236.86 |
| | CAREMARK HCCLAIMPMT 2500146272*1752882 129*5660801\ | |
| Mar 27 | PREAUTHORIZED CREDIT | $488.16 |
| | MEDE AMERICA CDA HCCLAIMPMT 7229515*3205716594 *199999999\ | |
| Mar 27 | PREAUTHORIZED CREDIT | $4,425.40 |
| | ACCESS HEALTH ACCESS HEA 250327 5660801 | |
| Mar 28 | PREAUTHORIZED CREDIT | $4.22 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910618043*13635696 42~ | |
| Mar 28 | PREAUTHORIZED CREDIT | $1,942.30 |
| | ACCESS HEALTH ACCESS HEA 250328 5660801 | |
| Mar 28 | REMOTE DEPOSIT | $2,593.14 |
| Mar 28 | PREAUTHORIZED CREDIT | $43,316.65 |
| | CA HCCLAIMPMT 7001489481*1540849 793*140730146801~ | |
| Mar 31 | AUTOMATIC TRANSFER | $70,782.03 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Mar 31 | PREAUTHORIZED CREDIT | $7,395.52 |
| | Prescription TRANSFER 250331 ST-T3Y2N8A0N7H9 | |
| Mar 31 | PREAUTHORIZED CREDIT | $12,587.99 |
| | ACCESS HEALTH ACCESS HEA 250331 5660801 | |

38234 0122174 0004-0005 0000000000000000





Account Number: XXXXXX1761
Statement Date: 03/31/2025
Page : 5 of 5

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Feb 28 | $0.00 | Mar 10 | $0.00 | Mar 18 | $0.00 | Mar 25 | $0.00 |
| Mar 03 | $0.00 | Mar 11 | $0.00 | Mar 19 | $0.00 | Mar 26 | $0.00 |
| Mar 04 | $0.00 | Mar 12 | $0.00 | Mar 20 | $0.00 | Mar 27 | $0.00 |
| Mar 05 | $0.00 | Mar 13 | $0.00 | Mar 21 | $0.00 | Mar 28 | $2,593.00 |
| Mar 06 | $0.00 | Mar 14 | $0.00 | Mar 24 | $0.00 | Mar 31 | $0.00 |
| Mar 07 | $0.00 | Mar 17 | $0.00 | | | | |

38234 0122175 0005-0005 00000000000000000000




**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2025 through March 31, 2025
Account Number: ▮▮▮▮▮▮▮▮2236



## CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00003467 DDA 703 212 09125 NNNNNNNNNNN 1 000000000 60 0000

PRIMECARE PHARMACY, LLC
DEBTOR IN POSSESSION
3701 COMMERCIAL AVE, SUITE 14
NORTHBROOK IL 60062

## CHECKING SUMMARY    Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$7,057.11** |
| Deposits and Additions | 1 | 2,150.00 |
| Electronic Withdrawals | 2 | - 6,009.47 |
| **Ending Balance** | **3** | **$3,197.64** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/27 | Deposit | $2,150.00 |
| **Total Deposits and Additions** | | **$2,150.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/03 | Orig CO Name:Hrtland Pmt Sys    Orig ID:Wfbehps001 Desc Date:    CO Entry Descr:Txns/Fees Sec:CCD    Trace#:043305139206096 Eed:250303    Ind ID:650000012411073    Ind Name:Primecare Pharmacy Trn: 0629206096Tc | $9.47 |
| 03/14 | Online Transfer To Chk ...0359 Transaction#: 24058128799 | 6,000.00 |
| **Total Electronic Withdrawals** | | **$6,009.47** |

Your service charges, fees and earnings credit have been calculated through account analysis.



March 01, 2025 through March 31, 2025
Account Number: ████████ 2236

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 03/03 | $7,047.64 |
| 03/14 | 1,047.64 |
| 03/27 | 3,197.64 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**