**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>Optio Rx, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11188 (TMH)<br><br>(Joint Administered) |

**<u>AFFIDAVIT OF SERVICE</u>**

I, Jerod McMillen, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On June 19, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on Office of The U.S. Trustee for The District of Delaware, Attn: Andrew R. Vara & Jonathan W. Lipshie at jon.lipshie@usdoj.gov:

- **Post-Confirmation Report for Case Number 24-11188 for the Month Ending: March 31, 2025** (Docket No. 77)

- **Post-Confirmation Report for Case Number 24-11189 for the Month Ending: March 31, 2025** (Docket No. 78)

- **Post-Confirmation Report for Case Number 24-11190 for the Month Ending: March 31, 2025** (Docket No. 79)

- **Post-Confirmation Report for Case Number 24-11191 for the Month Ending: March 31, 2025** (Docket No. 80)

- **Post-Confirmation Report for Case Number 24-11193 for the Month Ending: March 31, 2025** (Docket No. 81)

- **Post-Confirmation Report for Case Number 24-11194 for the Month Ending: March 31, 2025** (Docket No. 82)

- **Post-Confirmation Report for Case Number 24-11195 for the Month Ending: March 31, 2025** (Docket No. 83)

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compouding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

- **Post-Confirmation Report for Case Number 24-11196 for the Month Ending: March 31, 2025** (Docket No. 84)

- **Post-Confirmation Report for Case Number 24-11197 for the Month Ending: March 31, 2025** (Docket No. 85)

- **Post-Confirmation Report for Case Number 24-11198 for the Month Ending: March 31, 2025** (Docket No. 86)

- **Post-Confirmation Report for Case Number 24-11199 for the Month Ending: March 31, 2025** (Docket No. 87)

- **Post-Confirmation Report for Case Number 24-11200 for the Month Ending: March 31, 2025** (Docket No. 88)

- **Post-Confirmation Report for Case Number 24-11201 for the Month Ending: March 31, 2025** (Docket No. 89)

- **Post-Confirmation Report for Case Number 24-11202 for the Month Ending: March 31, 2025** (Docket No. 90)

- **Post-Confirmation Report for Case Number 24-11203 for the Month Ending: March 31, 2025** (Docket No. 91)

- **Post-Confirmation Report for Case Number 24-11204 for the Month Ending: March 31, 2025** (Docket No. 92)

- **Post-Confirmation Report for Case Number 24-11205 for the Month Ending: March 31, 2025** (Docket No. 93)

- **Post-Confirmation Report for Case Number 24-11206 for the Month Ending: March 31, 2025** (Docket No. 94)

- **Post-Confirmation Report for Case Number 24-11207 for the Month Ending: March 31, 2025** (Docket No. 95)

- **Post-Confirmation Report for Case Number 24-11208 for the Month Ending: March 31, 2025** (Docket No. 96)

- **Post-Confirmation Report for Case Number 24-11209 for the Month Ending: March 31, 2025** (Docket No. 97)

- **Post-Confirmation Report for Case Number 24-11210 for the Month Ending: March 31, 2025** (Docket No. 98)

- **Post-Confirmation Report for Case Number 24-11211 for the Month Ending: March 31, 2025** (Docket No. 99)

- **Post-Confirmation Report for Case Number 24-11212 for the Month Ending: March 31, 2025** (Docket No. 100)

- **Post-Confirmation Report for Case Number 24-11213 for the Month Ending: March 31, 2025** (Docket No. 101)

- **Post-Confirmation Report for Case Number 24-11214 for the Month Ending: March 31, 2025** (Docket No. 102)

- **Post-Confirmation Report for Case Number 24-11188 for the Month Ending: May 2, 2025** (Docket No. 103)

- **Post-Confirmation Report for Case Number 24-11189 for the Month Ending: May 2, 2025** (Docket No. 104)

- **Post-Confirmation Report for Case Number 24-11190 for the Month Ending: May 2, 2025** (Docket No. 105)

- **Post-Confirmation Report for Case Number 24-11191 for the Month Ending: May 2, 2025** (Docket No. 106)

- **Post-Confirmation Report for Case Number 24-11193 for the Month Ending: May 2, 2025** (Docket No. 107)

- **Post-Confirmation Report for Case Number 24-11194 for the Month Ending: May 2, 2025** (Docket No. 108)

- **Post-Confirmation Report for Case Number 24-11195 for the Month Ending: May 2, 2025** (Docket No. 109)

- **Post-Confirmation Report for Case Number 24-11196 for the Month Ending: May 2, 2025** (Docket No. 110)

- **Post-Confirmation Report for Case Number 24-11197 for the Month Ending: May 2, 2025** (Docket No. 111)

- **Post-Confirmation Report for Case Number 24-11198 for the Month Ending: May 2, 2025** (Docket No. 112)

- **Post-Confirmation Report for Case Number 24-11199 for the Month Ending: May 2, 2025** (Docket No. 113)

- **Post-Confirmation Report for Case Number 24-11200 for the Month Ending: May 2, 2025** (Docket No. 114)

- **Post-Confirmation Report for Case Number 24-11201 for the Month Ending: May 2, 2025** (Docket No. 115)

- **Post-Confirmation Report for Case Number 24-11202 for the Month Ending: May 2, 2025** (Docket No. 116)

- **Post-Confirmation Report for Case Number 24-11203 for the Month Ending: May 2, 2025** (Docket No. 117)

- **Post-Confirmation Report for Case Number 24-11204 for the Month Ending: May 2, 2025** (Docket No. 118)

- **Post-Confirmation Report for Case Number 24-11205 for the Month Ending: May 2, 2025** (Docket No. 119)

- **Post-Confirmation Report for Case Number 24-11206 for the Month Ending: May 2, 2025** (Docket No. 120)

- **Post-Confirmation Report for Case Number 24-11207 for the Month Ending: May 2, 2025** (Docket No. 121)

- **Post-Confirmation Report for Case Number 24-11209 for the Month Ending: May 2, 2025** (Docket No. 122)

- **Post-Confirmation Report for Case Number 24-11210 for the Month Ending: May 2, 2025** (Docket No. 123)

- **Post-Confirmation Report for Case Number 24-11211 for the Month Ending: May 2, 2025** (Docket No. 124)

- **Post-Confirmation Report for Case Number 24-11212 for the Month Ending: May 2, 2025** (Docket No. 125)

- **Post-Confirmation Report for Case Number 24-11213 for the Month Ending: May 2, 2025** (Docket No. 126)

[THIS SPACE LEFT INTENTIONALLY BLANK]

- **Post-Confirmation Report for Case Number 24-11214 for the Month Ending: May 2, 2025** (Docket No. 127)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: June 20, 2025

*Jerod McMillen*
Jerod McMillen

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 20th day of June 2025 by Jerod McMillen.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04