# SUPPORTING DOCUMENTATION

## (April 2025)



| | |
|---|---|
| **Last Statement:** | March 31, 2025 |
| **Statement Ending:** | April 30, 2025 |
| **Page:** | 1 of 1 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



33281 TWS380WR050125025839 01 000000000 50 002
THE PET APOTHECARY LLC
1428 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service



**Customer Support:**
312-291-2900



**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm



**Access Your Account Online:**
www.wintrustbank.com

## COMMERCIAL CHECKING                                Account Number:    XXXXXX1538

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 04/01/25** | **$0.00** |
| + Deposits and Credits (3) | $925.82 |
| - Withdrawals and Debits (2) | $430.86 |
| **Ending Balance as of 04/30/25** | **$0.00** |
| Analysis or Maintenance Fees for Period | $494.96 |
| Number of Days in Statement Period | 30 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Apr 01 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 250401 650000011722645 | -$178.50 |
| Apr 10 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 250410 | -$252.36 |
| Apr 16 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 03/25 | -$494.96 |

### Credits

| Date | Description | Additions |
|---|---|---|
| Apr 01 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $178.50 |
| Apr 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $252.36 |
| Apr 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $494.96 |



### Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Mar 31 | $0.00 | Apr 01 | $0.00 | Apr 10 | $0.00 | Apr 16 | $0.00 |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or  receipt is wrong or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.**  If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s).  We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

# SUPPORTING DOCUMENTATION

## (May 2025)



| | |
|---|---|
| **Last Statement:** | April 30, 2025 |
| **Statement Ending:** | May 30, 2025 |
| **Page:** | 1 of 2 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



33345 TWS380WR053125031411 01 000000000 50 003
THE PET APOTHECARY LLC
1428 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

## Customer Service

📱 **Customer Support:**
312-291-2900

🕐 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

🖥 **Access Your Account Online:**
www.wintrustbank.com

| COMMERCIAL CHECKING | Account Number:     XXXXXX1538 |
|---|---|

**Effective July 1, 2025,** the following monetary adjustments will be made to your Funds Availability Policy Disclosure:

- The first $275 (a change from $225) of any non-cash deposits made at any automatic teller machines (ATMs) or cash deposit made at a non-image enabled ATM will be available on the same business day of the deposit.

- For new customers special rules apply during the first 30 days your account is open. The first $6,725 (a change from $5,525) of funds from a day's total deposits of cashier's; certified; teller's; traveler's; and federal, state, and local government checks will be available on the first business day after the day of deposit if the deposit meets certain conditions.

- Funds you deposit by check may be delayed for a longer period in certain circumstances.  The dollar amounts have adjusted as follows:
  - Where you deposit checks totaling more than $6,725 (a change from $5,525) on any one day; or
  - On an account repeatedly overdrawn within the last six months may be delayed for a longer period of time.



## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 05/01/25** | **$0.00** |
| + Deposits and Credits (4) | $1,562.44 |
| - Withdrawals and Debits (3) | $1,067.80 |
| **Ending Balance as of 05/30/25** | **$0.00** |
| Analysis or Maintenance Fees for Period | $494.64 |
| Number of Days in Statement Period | 30 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| May 01 | PREAUTHORIZED DEBIT | -$253.50 |
| | HRTLAND PMT SYS TXNS/FEES 250501 650000011722645 | |
| May 12 | PREAUTHORIZED DEBIT | -$252.36 |
| | SPECTRUM SPECTRUM 250512 | |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement |  |
| **Add** deposits made by you, but not shown on this statement. |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Subtotal** |  |
|  |  |
| 3. **List** total of checks outstanding |  |
| **Subtract** check total from above Subtotal |  |
|  | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



**Account Number:** XXXXXX1538
**Statement Date:** 05/30/2025
**Page :** 2 of 2

9801 W. Higgins, Box 32, Rosemont, IL 60018

33345 0115186 0002-0002 00000000000000000

## Debits (Continued)

| Date | Description | Subtractions |
|------|-------------|--------------|
| May 16 | MAINTENANCE FEE | -$494.64 |
| | ANALYSIS ACTIVITY  FOR 04/25 | |
| May 29 | PREAUTHORIZED DEBIT | -$561.94 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015FZSHPVZI9PX8 | |

## Credits

| Date | Description | Additions |
|------|-------------|-----------|
| May 01 | AUTOMATIC TRANSFER | $253.50 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| May 12 | AUTOMATIC TRANSFER | $252.36 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| May 16 | AUTOMATIC TRANSFER | $494.64 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| May 29 | AUTOMATIC TRANSFER | $561.94 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Apr 30 | $0.00 | May 12 | $0.00 | May 16 | $0.00 | May 29 | $0.00 |
| May 01 | $0.00 | | | | | | |



# SUPPORTING DOCUMENTATION

### (June 2025)



| | |
|---|---|
| **Last Statement:** | May 30, 2025 |
| **Statement Ending:** | June 30, 2025 |
| **Page:** | 1 of 2 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



33384 TWS380WR070125031203 01 000000000 50 003
THE PET APOTHECARY LLC
1428 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

| COMMERCIAL CHECKING | Account Number:    XXXXXX1538 |
|---|---|

**Effective July 1, 2025,** the following monetary adjustments will be made to your Funds Availability Policy Disclosure:

- The first $275 (a change from $225) of any non-cash deposits made at any automatic teller machines (ATMs) or cash deposit made at a non-image enabled ATM will be available on the same business day of the deposit.

- For new customers special rules apply during the first 30 days your account is open. The first $6,725 (a change from $5,525) of funds from a day's total deposits of cashier's; certified; teller's; traveler's; and federal, state, and local government checks will be available on the first business day after the day of deposit if the deposit meets certain conditions.

- Funds you deposit by check may be delayed for a longer period in certain circumstances.  The dollar amounts have adjusted as follows:
  - Where you deposit checks totaling more than $6,725 (a change from $5,525) on any one day; or
  - On an account repeatedly overdrawn within the last six months may be delayed for a longer period of time.

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 05/31/25** | **$0.00** |
| + Deposits and Credits (3) | $1,000.82 |
| - Withdrawals and Debits (2) | $505.86 |
| **Ending Balance as of 06/30/25** | **$0.00** |
| Analysis or Maintenance Fees for Period | $494.96 |
| Number of Days in Statement Period | 31 |



### Debits

| Date | Description | Subtractions |
|---|---|---|
| Jun 02 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 250601 650000011722645 | -$253.50 |
| Jun 10 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 250610 | -$252.36 |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| **2. Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| **3. List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | Account Number: | XXXXXX1538 |
|---|---|---|
| | Statement Date: | 06/30/2025 |
| | Page : | 2 of 2 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jun 17 | MAINTENANCE FEE | -$494.96 |
| | ANALYSIS ACTIVITY  FOR 05/25 | |

## Credits

| Date | Description | Additions |
|---|---|---|
| Jun 02 | AUTOMATIC TRANSFER | $253.50 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 10 | AUTOMATIC TRANSFER | $252.36 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 17 | AUTOMATIC TRANSFER | $494.96 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| May 30 | $0.00 | Jun 02 | $0.00 | Jun 10 | $0.00 | Jun 17 | $0.00 |

