**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| The Pet Apothecary LLC, | Case No. 24-11192 (TMH) |
| Debtors.[1] | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**STATUS CONFERENCE ON AUGUST 5, 2025, AT 2:00 P.M. (EASTERN TIME)**

> **THIS PROCEEDING WILL BE CONDUCTED REMOTELY *VIA* ZOOM. PLEASE REFER TO JUDGE HORAN'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE HORAN'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**I.    STATUS CONFERENCE:**

1. Second Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al., filed on September 10, 2024 [Docket No. 382 (24-11188)].

    Related Pleading(s):

    A.    Findings of Fact, Conclusions of Law and Order Confirming the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al*., entered on October 17, 2024 [Docket No. 484 (24-11188)].

    B.    Ad Hoc Group of Mezz Lenders' Notice of Statement of Claim, filed on March 25, 2025 [Docket No. 807 (24-11188)].

    C.    Certain Seller Noteholders Response to Ad Hoc Group of Mezz Lenders' Notice of Statement of Claim, filed on April 8, 2025 [Docket No. 847 (24-11188)].

    Status: This matter will go forward as a status conference with respect to items B and C above.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The Pet Apothecary, LLC (6074). The address of the Reorganized Debtor's corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062. On May 2, 2025, the Court entered an order closing the chapter 11 cases of The Pet Apothecary, LLC's debtor affiliates (collectively, the "**Affiliated Debtors**"). A complete list of the Affiliated Debtors, along with their federal tax identification numbers, is available through the Court's CM/ECF electronic case filing system (https://ecf.deb.uscourts.gov/) under Case No. 24-11192, at Docket No. 4.

Dated: August 1, 2025
   Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

 */s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email:   chipman@chipmanbrown.com
      olivere@chipmanbrown.com

*Counsel for Reorganized Debtors*

4936-1904-8793, v. 1