The Pet Apothecary 24-11192

August 5, 2025

| First Name | Last Name | Firm | Rep | Via | |
|---|---|---|---|---|---|
| Uday | Gorrepati | | NA (ABI Project) | Audio Only | |
| William | Chipman | Chipman Brown Cicero & Cole, LLP | Reorganized Debtors | Video and Audio | |
| Michelle | Dero | Chipman Brown Cicero & Cole, LLP | Reorganized Debtors | Audio Only | |
| Leo | LaFranco | Optio Rx, LLC | Reorganized Debtors | Video and Audio | |
| Mark | Olivere | Chipman Brown Cicero & Cole, LLP | Reorganized Debtors | Video and Audio | |
| Damien | Tancredi | Flaster/Greenberg P.C. | Seller Noteholders | Video and Audio | |
| Peter | Candel | Potter | | Video and Audio | |
| Maria | Kotsiras | Potter Anderson & Corroon LLP | | Video and Audio | |
| Theresa | Mistretta | Potter | | Video and Audio | |
| Christopher | Samis | Potter Anderson & Corroon LLP | | Video and Audio | |