IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>The Pet Apothecary LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11192 (TMH)<br><br>**Related Docket Nos. 776 and 844 (from Case No. 24-11188)** |

CERTIFICATION OF COUNSEL

I, Mark D. Olivere, counsel to the reorganized debtors (the "**Reorganized Debtors**"), hereby certify as follows to the best of my knowledge, information and belief:

1. On June 7, 2024 (the "**Petition Date**"), Optio Rx, LLC and its affiliates commenced with the Court voluntary cases (the "**Chapter 11 Cases**") under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The Chapter 11 Cases are jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

2. On June 26, 2024, the Court entered the *Order Pursuant to Bankruptcy Rule 3003(c)(3) and Local Rule 2002-1(e) Establishing Bar Dates and Related Procedures for Filing Proofs of Claim (Including for Administrative Expense Claims Arising Under Section 503(b)(9) of the Bankruptcy Code) and Approving the Form and Manner of Notice Thereof* [Docket No. 104] (the **Bar Date Order**"). Pursuant to the Bar Date Order, the deadline for creditors to file proofs of claim was August 7, 2024, at 5:00 p.m. (Eastern Time) (the "**General Bar Date**").

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The Pet Apothecary, LLC (6074). The address of the Reorganized Debtor's corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062. On May 2, 2025, the Court entered an order closing the chapter 11 cases of The Pet Apothecary, LLC's debtor affiliates (collectively, the "**Affiliated Debtors**"). A complete list of the Affiliated Debtors, along with their federal tax identification numbers, is available through the Court's CM/ECF electronic case filing system (https://ecf.deb.uscourts.gov/) under Case No. 24-11192, at Docket No. 4.

3. Prior to the General Bar Date, on August 2, 2024, Dr. Rinku Patel ("**Dr. Patel**") filed a general unsecured claim in the chapter 11 case of Optio Rx, LLC in the amount of $1,527,074.55 in connection with alleged unpaid severance, a 2023 annual bonus, and legal fees, of which Dr. Patel asserted $15,150.00 was entitled to priority under section 507(a)(4) of the Bankruptcy Code ("**Claim No. 72**").

4. On October 17, 2024, the Reorganized Debtors filed the *Second Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al.* [Docket No. 480] (the "**Plan**") and on the same date, the Court entered the *Findings of Fact, Conclusions of Law and Order Confirming the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al.* [Docket No. 484].

5. On March 14, 2025, the Reorganized Debtors filed the *Debtors' Third (Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1* [Docket No. 776] (the "**Omnibus Objection**").

6. On April 4, 2025, Dr. Patel filed *Dr. Rinku Patel's Opposition to Debtors' Third (Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1* [Docket No. 844] (the "**Opposition**").

7. On May 2, 2025, the Court entered the *Order and Final Decree Closing Certain of the Chapter 11 Cases* [Docket No. 870] (the "**Case Closing Order**"). Pursuant to the Case Closing Order, *inter alia*, the chapter 11 case of The Pet Apothecary LLC, Case No. 24-11192 (TMH) (the "**Remaining Case**") remained open, each of the Reorganized Debtors' other Chapter 11 Cases were closed, and all matters, including any claim objections with respect to claims against the Reorganized Debtors, shall be filed, administered, and adjudicated in the Remaining Case.

4913-8696-7126, v. 7

8. Subsequent to the filing of the Omnibus Objection, the Reorganized Debtors engaged in discussions with Dr. Patel to consensually resolve Claim No. 72, the Omnibus Objection, and the Opposition.  Based on those negotiations, the Parties have reached an agreement to reduce and allow Claim No. 72 as follows: (a) as a Class 6 general unsecured claim under the Plan in the amount of $1,514,074.55, and (b) as a Class 4 Other Priority Claim under the Plan in the amount of $13,000.00, pursuant to the terms of the stipulation (the "**Stipulation**") attached as Exhibit A to the proposed order, which is attached hereto as **Exhibit 1** (the "**Proposed Order**").

**WHEREFORE**, the Reorganized Debtors respectfully request that the Court enter the Proposed Order approving the Stipulation at its earliest convenience without further notice or hearing.

Dated: August 6, 2025  
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark D. Olivere*
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:     (302) 295-0191
Email:          chipman@chipmanbrown.com
                carickhoff@chipmanbrown.com
                olivere@chipmanbrown.com
                root@chipmanbrown.com

*Counsel for the Reorganized Debtors*