**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| The Pet Apothecary LLC, | Case No. 24-11192 (TMH) |
| Debtors.[1] | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 5, 2025, AT 2:00 P.M. (EASTERN TIME)**

> AS THERE ARE NO MATTERS SCHEDULED TO GO FORWARD, THE HEARING
> HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.

**I. CONTINUED MATTER(S):**

1. Debtors' Third (Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on March 14, 2025 [24-11188 — [Docket No. 776](Docket No. 776)].

   Objection Deadline:   April 4, 2025, at 4:00 p.m. (Eastern Time).

   Responses Received:

   i. Dr. Rinku Patel's ("**Dr. Patel**") Opposition to Debtors' Third (Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on April 4, 2025 [24-11188 — [Docket No. 844](Docket No. 844)].

   ii. Informal response from Cardinal Health 110, LLC ("**Cardinal Health**").

   iii. Informal response from California Franchise Tax Board ("**Franchise Tax Board**").

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The Pet Apothecary, LLC (6074). The address of the Reorganized Debtor's corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062. On May 2, 2025, the Court entered an order closing the chapter 11 cases of The Pet Apothecary, LLC's debtor affiliates (collectively, the "**Affiliated Debtors**"). A complete list of the Affiliated Debtors, along with their federal tax identification numbers, is available through the Court's CM/ECF electronic case filing system (https://ecf.deb.uscourts.gov/) under Case No. 24-11192, at Docket No. 4.

Related Pleadings:

A.  Notice of Rescheduled Hearing, filed on April 3, 2025 [24-11188 — Docket No. 843].

B.  Order Granting Debtors' Third (Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, entered on May 30, 2025 [24-11192 — Docket No. 20].

C.  Order Approving Stipulation by and Between Reorganized Debtors and Dr. Rinku Patel Regarding Proof of Claim No. 72, entered on August 6, 2025 [24-11192 — Docket No. 146].

Status: The informal response by Cardinal Health has been resolved. The claim of Dr. Patel has been resolved. The Reorganized Debtors are working with the Franchise Tax Board to resolve the informal response. The hearing is adjourned to October 21, 2025, at 2:00 p.m. (Eastern Time).

Dated: September 2, 2025
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark D. Olivere*

William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Email:       chipman@chipmanbrown.com
             olivere@chipmanbrown.com

*Counsel for Reorganized Debtors*

4904-5614-0131, v. 1