IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>The Pet Apothecary LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11192 (TMH)<br><br>**Related Docket No. 150** |

### ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned proceeding:

- October 21, 2025, at 2:00 p.m. (*prevailing* Eastern Time) (Third Floor, Court Room 7)

*(signature)*

**Dated: September 2nd, 2025**  **THOMAS M. HORAN**
**Wilmington, Delaware**  **UNITED STATES BANKRUPTCY JUDGE**