# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| The Pet Apothecary LLC, | Case No. 24-11192 (TMH) |
| Debtors.[1] | **Related Docket No. 146** |

**DECLARATION OF DR. RINKU PATEL IN SUPPORT OF MOTION TO RESCIND SETTLEMENT AGREEMENT AND / OR MODIFY OR SET ASIDE ORDER APPROVING STIPULATION BY AND BETWEEN REORGANIZED DEBTORS AND DR. RINKU PATEL REGARDING PROOF OF CLAIM NO. 72**

I, Dr. Rinku Patel, hereby declare that the following is true and correct to the best of my knowledge, information, and belief. I am prepared to testify to the following should the Court require.

1. I am an adult over the age of 18 years, and I am competent to testify to my own personal knowledge about the matters contained herein.

2. I have litigation currently pending Illinois federal court against certain non-debtor parties (including, specifically, prior officers and directors of OptioRx[2]) in which I am seeking over $1 million in damages for violations of the Illinois Wage Payment and Collection Act and other relief, including for earned, but unpaid, severance, bonuses, contractually guaranteed legal fees; and other damages.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The Pet Apothecary, LLC (6074). The address of the Reorganized Debtor's corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062. On May 2, 2025, the Court entered an order closing the chapter 11 cases of The Pet Apothecary, LLC's debtor affiliates (collectively, the "**Affiliated Debtors**"). A complete list of the Affiliated Debtors, along with their federal tax identification numbers, is available through the Court's CM/ECF electronic case filing system (https://ecf.deb.uscourts.gov/) under Case No. 24-11192, at Docket No. 4.

[2] Capitalized words are defined in the *Motion To Rescind Settlement Agreement And / Or Modify Or Set Aside Order Approving Stipulation By And Between Reorganized Debtors And Dr. Rinku Patel Regarding Proof Of Claim No. 72* (the "*Motion*").

3. My understanding was that the principal purpose of the Stipulation was to resolve the Claim Objection and Opposition, the effect of which was to reduce my Claim No. 72 to $13,000 as a Class 4 Other Priority Claim and $1,514,074.55 as a Class 6 general unsecured claim.

4. I did not understand that the language that was added by the Debtors' attorney would result in my waiving any claims in the Illinois action against non-debtor parties who were never involved in the claims objection process.

5. At no point did I agree to a general release of all claims in all forums against any non-debtor parties. Further, I never would have agreed to waive million-dollar claims against non-debtor parties who were uninvolved in the claims objection process for a mere $13,000 payment from the Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: September 23, 2025

                                              /s/ Dr. Rinku Patel
                                              Dr. Rinku Patel