# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| The Pet Apothecary LLC, | Case No. 24-11192 (TMH) |
| Debtors.[1] | **Related Docket No.** ___ |

### ORDER RESCINDING SETTELEMENT AGREEMENT BY AND BETWEEN REORGANIZED DEBTORS AND DR. RINKU PATEL REGARDING PROOF OF CLAIM NO. 72

Upon consideration of the *Motion To Rescind Settlement Agreement And / Or Modify Or Set Aside Order Approving Stipulation By And Between Reorganized Debtors And Dr. Rinku Patel Regarding Proof Of Claim No. 72* (the *"Motion"*), the Declaration of Dr. Rinku Patel supporting the Motion, any objection to the Motion, and upon the record of these Chapter 11 Cases and due deliberation thereon, and good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation by and Between Reorganized Debtors and Dr. Rinku Patel Regarding Proof of Claim No. 72 is hereby RESCINDED.

2. Dr. Patel shall return the $13,000 paid by the Debtors within 14 days of the date of this Order.

3. The parties shall meet and confer to determine if a new settlement can be reached. In the event no agreement can be reached, the Claim Objection shall be set for hearing.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The Pet Apothecary, LLC (6074). The address of the Reorganized Debtor's corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062. On May 2, 2025, the Court entered an order closing the chapter 11 cases of The Pet Apothecary, LLC's debtor affiliates (collectively, the "**Affiliated Debtors**"). A complete list of the Affiliated Debtors, along with their federal tax identification numbers, is available through the Court's CM/ECF electronic case filing system (https://ecf.deb.uscourts.gov/) under Case No. 24-11192, at Docket No. 4.

4.  This Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.