# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>The Pet Apothecary LLC,<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 24-11192 (TMH)<br><br>**Related Docket Nos. 154 and 155** |

### NOTICE OF VIRTUAL STATUS CONFERENCE SCHEDULED
### FOR OCTOBER 7, 2025, AT 1:00 P.M. (EASTERN TIME)[2]

**PLEASE TAKE NOTICE** that the court has scheduled a status conference for **October 7, 2025, at 1:00 p.m. (Eastern Time)** regarding the *Motion to Rescind Settlement Agreement and / or Modify or Set Aside Order Approving Stipulation by and Between Reorganized Debtors and Dr. Rinku Patel Regarding Proof of Claim No. 72* [Docket No. 154]. The status conference will be held *via* Zoom.

Dated: October 6, 2025
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

 */s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:     (302) 295-0191
Email:         chipman@chipmanbrown.com
               olivere@chipmanbrown.com

*Counsel for the Reorganized Debtor*

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The Pet Apothecary, LLC (6074). The address of the Reorganized Debtor's corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062. On May 2, 2025, the Court entered an order closing the chapter 11 cases of The Pet Apothecary, LLC's debtor affiliates (collectively, the "Affiliated Debtors"). A complete list of the Affiliated Debtors, along with their federal tax identification numbers, is available through the Court's CM/ECF electronic case filing system (https://ecf.deb.uscourts.gov/) under Case No. 24-11192, at Docket No. 4.

[2] This proceeding will be conducted remotely *via* Zoom. Please refer to Judge Horan's Chambers Procedures and the Court's website (https://www.deb.uscourts.gov/judge-thomas-m-horan) for information on the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 8:00 a.m. (Eastern time) on October 7, 2025 unless otherwise noticed using the eCourt Appearances tool available on the Court's website.