# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>The Pet Apothecary LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11192 (TMH)<br><br>**Related Docket No. 154**<br><br>Objections Due: October 8, 2025 at 4:00 p.m. (ET)<br>NEW Hearing Date: October 23, 2025 at 10:00 a.m. (ET) |

## RE-NOTICE OF HEARING

PLEASE TAKE NOTICE that on September 24, 2025, the Claimant Dr. Rinku Patel ("**Claimant**") filed the *Motion To Rescind Settlement Agreement And / Or Modify Or Set Aside Order Approving Stipulation By And Between Reorganized Debtors And Dr. Rinku Patel Regarding Proof Of Claim No. 72* [Docket No. 154] (the "**Motion**"), with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that, at the request of the parties, the Motion shall be considered at a hearing scheduled in the above-captioned case for **October 23, 2025, at 10:00 a.m. (Eastern Time)** at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Courtroom 7, 3rd Floor, Wilmington, Delaware 19801, before the Honorable Thomas M. Horan.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion be filed in writing with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The Pet Apothecary, LLC (6074). The address of the Reorganized Debtor's corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062. On May 2, 2025, the Court entered an order closing the chapter 11 cases of The Pet Apothecary, LLC's debtor affiliates (collectively, the "**Affiliated Debtors**"). A complete list of the Affiliated Debtors, along with their federal tax identification numbers, is available through the Court's CM/ECF electronic case filing system (https://ecf.deb.uscourts.gov/) under Case No. 24-11192, at Docket No. 4.

19801, and served and received by counsel for the Claimant on or before **October 8, at 4:00 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 7, 2025                         Respectfully submitted,

**GOLDSTEIN & MCCLINTOCK, LLLP**

By: */s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk, Esq. (Bar ID 3320)
Aaron R. Harburg (Bar ID 7207)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
marias@goldmclaw.com
aaronh@goldmclaw.com

*Counsel for Claimant Dr. Rinku Patel*