# **EXHIBIT 4**

**Claimant's Approval of Stipulation**

# Michelle Dero

**From:** Maria Sawczuk <marias@restructuringshop.com>
**Sent:** Tuesday, August 5, 2025 11:50 AM
**To:** Mark Olivere; William Chipman
**Subject:** RE: OptioRx - Response to Claim Objection

**CAUTION EXTERNAL EMAIL**

Sorry for my delay in reviewing.
Yes, this works then. NO need for a reservation so long as we address the unsecured nonpriority claim.
You may file this with my e-signature.

What is the timing for payment, assuming the court approves?

**From:** Mark Olivere <Olivere@chipmanbrown.com>
**Sent:** Friday, August 1, 2025 1:25 PM
**To:** Maria Sawczuk <marias@restructuringshop.com>; William Chipman <Chipman@chipmanbrown.com>
**Subject:** RE: OptioRx - Response to Claim Objection

Hi Maria,

We propose to just allow the balance of your client's claim as a class 6 GUC under the plan, so there won't be any need for the reservation of rights language in your Para. 3 and the references in the releases below. Clean and redlines are attached for your review. Let us know if you want to discuss or if you have anything further. Thanks.

Mark



Mark D. Olivere | *Partner*
**CHIPMAN BROWN CICERO & COLE, LLP**
302.295.0195 | www.chipmanbrown.com

**From:** Maria Sawczuk <marias@restructuringshop.com>
**Sent:** Tuesday, July 29, 2025 4:49 PM
**To:** Mark Olivere <Olivere@chipmanbrown.com>; William Chipman <Chipman@chipmanbrown.com>
**Subject:** RE: OptioRx - Response to Claim Objection

**CAUTION EXTERNAL EMAIL**

My comments are attached. Thanks!

**From:** Mark Olivere <Olivere@chipmanbrown.com>
**Sent:** Monday, July 28, 2025 5:45 PM
**To:** William Chipman <Chipman@chipmanbrown.com>; Maria Sawczuk <marias@restructuringshop.com>
**Subject:** RE: OptioRx - Response to Claim Objection

Maria,

Sorry for the delay. Attached is the draft stipulation, with the COC and Order for your review and comment. Thanks.

Mark



Mark D. Olivere | *Partner*
**CHIPMAN BROWN CICERO & COLE, LLP**
302.295.0195 | www.chipmanbrown.com

---

**From:** William Chipman <Chipman@chipmanbrown.com>
**Sent:** Thursday, July 24, 2025 4:25 PM
**To:** Maria Sawczuk <marias@restructuringshop.com>; Mark Olivere <Olivere@chipmanbrown.com>
**Subject:** RE: OptioRx - Response to Claim Objection

We have it drafted – just waiting on client approval to send to you. Should be today or tomorrow. Hope all is well. Bill.



William E. Chipman, Jr. | *Partner*
**CHIPMAN BROWN CICERO & COLE, LLP**
Hercules Plaza | 1313 N. Market Street, Suite 5400
Wilmington, DE 19801
P: 302.295.0193 | F: 302.295.0199 | chipman@chipmanbrown.com
www.chipmanbrown.com | LinkedIn | vCard

*The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to Info@ChipmanBrown.com.*

---

**From:** Maria Sawczuk <marias@restructuringshop.com>
**Sent:** Wednesday, July 23, 2025 8:45 AM
**To:** William Chipman <Chipman@chipmanbrown.com>; Mark Olivere <Olivere@chipmanbrown.com>
**Subject:** RE: OptioRx - Response to Claim Objection

**CAUTION EXTERNAL EMAIL**

Hi Bill and Mark – just circling up on this. Can we get the stipulation done this week? Also, what is the timing for payment?

---

**From:** William Chipman <Chipman@chipmanbrown.com>
**Sent:** Tuesday, July 8, 2025 2:13 PM
**To:** Maria Sawczuk <marias@restructuringshop.com>; Mark Olivere <Olivere@chipmanbrown.com>
**Subject:** RE: OptioRx - Response to Claim Objection

We can prepare a stipulation resolving the objection.



William E. Chipman, Jr. | *Partner*
**CHIPMAN BROWN CICERO & COLE, LLP**
Hercules Plaza | 1313 N. Market Street, Suite 5400
Wilmington, DE 19801
P: 302.295.0193 | F: 302.295.0199 | chipman@chipmanbrown.com
www.chipmanbrown.com | LinkedIn | vCard

*The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to Info@ChipmanBrown.com.*

**From:** Maria Sawczuk <marias@restructuringshop.com>
**Sent:** Tuesday, July 8, 2025 1:21 PM
**To:** William Chipman <Chipman@chipmanbrown.com>; Mark Olivere <Olivere@chipmanbrown.com>
**Subject:** RE: OptioRx - Response to Claim Objection

**CAUTION EXTERNAL EMAIL**

Good afternoon, Bill – hope you had a wonderful holiday weekend.

Will you be sending us a stipulation to resolve the claim?
My client wants the funds sent to my IOLTA account, or if you're sending a check, have it made out to my firm's IOLTA. Will that work for you?

Let me know the timing – thanks!

**From:** William Chipman <Chipman@chipmanbrown.com>
**Sent:** Thursday, July 3, 2025 3:53 PM
**To:** Maria Sawczuk <marias@restructuringshop.com>; Mark Olivere <Olivere@chipmanbrown.com>
**Subject:** RE: OptioRx - Response to Claim Objection

Offer accepted – we have a deal – Happy 4th.  Bill.



William E. Chipman, Jr. | *Partner*
**CHIPMAN BROWN CICERO & COLE, LLP**
Hercules Plaza | 1313 N. Market Street, Suite 5400
Wilmington, DE 19801
P: 302.295.0193 | F: 302.295.0199 | chipman@chipmanbrown.com
www.chipmanbrown.com | LinkedIn | vCard

*The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to Info@ChipmanBrown.com.*

**From:** Maria Sawczuk <marias@restructuringshop.com>
**Sent:** Thursday, June 26, 2025 3:49 PM
**To:** William Chipman <Chipman@chipmanbrown.com>; Mark Olivere <Olivere@chipmanbrown.com>
**Subject:** RE: OptioRx - Response to Claim Objection

**CAUTION EXTERNAL EMAIL**

Hey Bill – I'm so sorry but this fell off my radar.

My client would accept $13,000 in final satisfaction of her priority claim. Let me know if we have a deal and can get this past us.

---

**From:** William Chipman <Chipman@chipmanbrown.com>
**Sent:** Thursday, May 1, 2025 2:04 PM
**To:** Maria Sawczuk <marias@restructuringshop.com>; Mark Olivere <Olivere@chipmanbrown.com>
**Subject:** RE: OptioRx - Response to Claim Objection

Hi Maria,

We are going to further continue the objection as to Patel to the June 2nd Omnibus hearing date – hopefully, we can work something out, but if not, we are going to need to agree on a discovery schedule, etc... Trying to avoid that if we can. Would your client agree to a reduced priority claim (less than $15,500) to be paid in full immediately to avoid litigating the issues? Let me know if there is an amount she would accept. Thanks, and hope all is well. Bill.



William E. Chipman, Jr. | *Partner*
CHIPMAN BROWN CICERO & COLE, LLP
Hercules Plaza | 1313 N. Market Street, Suite 5400
Wilmington, DE 19801
P: 302.295.0193 | F: 302.295.0199 | chipman@chipmanbrown.com
www.chipmanbrown.com | LinkedIn | vCard

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to Info@ChipmanBrown.com.

---

**From:** Maria Sawczuk <marias@restructuringshop.com>
**Sent:** Friday, April 4, 2025 3:52 PM
**To:** William Chipman <Chipman@chipmanbrown.com>; Mark Olivere <Olivere@chipmanbrown.com>
**Subject:** OptioRx - Response to Claim Objection

**CAUTION EXTERNAL EMAIL**

All:

Attached for service please find *Dr. Rinku Patel's Opposition to Debtors' Third (Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1* [DI 844], which was filed this afternoon. Please let me know if you have any difficulties opening the attachment. Have a nice weekend!

Maria Aprile Sawczuk (she/her)
Goldstein & McClintock LLLP
501 Silverside Road, Suite 65
Wilmington, DE 19809
302-444-6710
302-444-6709 (fax)
302-893-5118 (cell)
marias@goldmclaw.com

Atlanta | Boston | Charlotte | Chicago | Detroit | Miami | Milwaukee | New York | Washington, DC | Wilmington, DE

CONFIDENTIALITY NOTICE:  This email message, including attachments, is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product, or exempt from disclosure under applicable law.  This email, including attachments, constitutes non-public information intended to be conveyed only to the designated recipient(s).  If you are not an intended recipient, please delete this email, including attachments, and notify Goldstein & McClintock LLLP, by return mail, email or telephone at 312-337-7700.  The unauthorized use, dissemination, distribution or reproduction of this email, including attachments, is prohibited and may be unlawful.