# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| The Pet Apothecary, LLC,[1] | : | |
| | : | Case No. 24-11192 (TMH) |
| Debtors. | : | |
| | : | (Jointly Administered) |
| | : | |
| | : | **Re: D.I. ___** |
| | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

      Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Joseph Piesco of DLA Piper LLP (US), to represent Ashok Nayyar, Jeffrey Kelly, Jonathan Tunis, and Barry Best (the "Individual Defendants"), and Pharmacy Management LLC ("Pharmacy Management" and together with the Individual Defendants, the "Defendants") in the above-captioned chapter 11 cases.

Dated: October 10, 2025  
       Wilmington, Delaware

**DLA PIPER LLP (US)**

*/s/ Matthew S. Sarna*  
Matthew S. Sarna (6578)  
1201 North Market Street, Suite 2100  
Wilmington, Delaware 19801  
Telephone: (302) 468-5700  
Facsimile: (302) 394-2341  
Email: matthew.sarna@us.dlapiper.com

*Counsel to Defendants*

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The Pet Apothecary, LLC (6074). The address of the Reorganized Debtor's corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062. On May 2, 2025, the Court entered an order closing the chapter 11 cases of The Pet Apothecary, LLC's debtor affiliates (collectively, the "Affiliated Debtors"). A complete list of the Affiliated Debtors, along with their federal tax identification numbers, is available through the Court's CM/ECF electronic case filing system (https://ecf.deb.uscourts.gov/) under Case No. 24-11192, at Docket No. 4.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated:  October 10, 2025                **DLA PIPER LLP (US)**

                                                     */s/ Joseph Piesco*
                                                     Joseph Piesco, Esq. (NY-2937209)
                                                     **DLA PIPER LLP (US)**
                                                     1251 Avenue of the Americas
                                                     New York, NY 10020
                                                     Phone: (212) 335-4500
                                                     Email: joseph.piesco@dlapiper.com

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.