# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| The Pet Apothecary, LLC,[1] | Case No. 24-11192 (TMH) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that the undersigned hereby certifies that on October 15, 2025, a copy of the *Requests for Production of Documents to Rinku Patel By Pharmacy Management LLC, Ashok Nayyar, Jeffrey Kelly, Jonathan Tunis, and Barry Best*, was served on the parties listed below via electronic mail:

Maria Aprile Sawczuk
Aaron R. Harburg
GOLDSTEIN & MCCLINTOCK, LLLP
501 Silverside Road, Suite 65
Wilmington, DE  19809
Email: marias@goldmclaw.com
       aaronh@goldmclaw.com

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The Pet Apothecary, LLC (6074). The address of the Reorganized Debtor's corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062. On May 2, 2025, the Court entered an order closing the chapter 11 cases of The Pet Apothecary, LLC's debtor affiliates (collectively, the "Affiliated Debtors"). A complete list of the Affiliated Debtors, along with their federal tax identification numbers, is available through the Court's CM/ECF electronic case filing system (https://ecf.deb.uscourts.gov/) under Case No. 24-11192, at Docket No. 4.

Dated: October 15, 2025

**DLA PIPER LLP (US)**

*/s/ Stuart M. Brown*
Stuart M. Brown (4050)
Matthew S. Sarna (6578)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: stuart.brown@us.dlapiper.com
          matthew.sarna@us.dlapiper.com

*Counsel to Pharmacy Management LLC, Ashok Nayyar, Jeffrey Kelly, Jonathan Tunis, and Barry Best*