IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>The Pet Apothecary LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11192 (TMH) |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that the undersigned hereby certifies that on October 15, 2025, a copy of the *Reorganized Debtors' Requests for Production of Documents Directed to Rinku Patel*, was served on the party listed below *via* electronic mail:

> Maria Aprile Sawczuk, Esquire
> *Goldstein & McClintock, LLLP*
> 501 Silverside Road, Suite 65
> Wilmington, Delaware 19801
> Email: marias@goldmclaw.com

Dated: October 15, 2025
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Email:           chipman@chipmanbrown.com
                    olivere@chipmanbrown.com

*Counsel for Reorganized Debtors*

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The Pet Apothecary, LLC (6074). The address of the Reorganized Debtor's corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062. On May 2, 2025, the Court entered an order closing the chapter 11 cases of The Pet Apothecary, LLC's debtor affiliates (collectively, the "**Affiliated Debtors**"). A complete list of the Affiliated Debtors, along with their federal tax identification numbers, is available through the Court's CM/ECF electronic case filing system (https://ecf.deb.uscourts.gov/) under Case No. 24-11192, at Docket No. 4.