**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re:<br><br>The Pet Apothecary LLC,<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 24-11192 (TMH) |
|---|---|

**DEBTOR'S SECOND NOTICE OF SATISFIED CLAIMS**

**PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND THEIR FULLY SATISFIED CLAIM IDENTIFIED ON EXHIBIT A ATTACHED HERETO**

**PLEASE TAKE NOTICE** that the above-captioned reorganized debtor (the "**Reorganized Debtor**"), by and through its undersigned counsel, hereby files this notice (the "**Notice**") identifying certain claims (the "**Fully Satisfied Claims**") that have been satisfied in full by, among other things, post-petition payments by agreement or post-petition payments with the holders of the applicable claims, or the assumption and cure of certain contracts and leases. A list of the Fully Satisfied Claims is attached hereto as **Exhibit A**. In support of this Notice, the Reorganized Debtor respectfully represents as follows:

## BACKGROUND

### A. GENERAL BACKGROUND.

1. On June 7, 2024 (the "**Petition Date**"), Optio Rx, LLC and its affiliates commenced with the Court voluntary cases (the "**Chapter 11 Cases**") under chapter 11 of title

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The Pet Apothecary, LLC (6074). The address of the Reorganized Debtor's corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062. On May 2, 2025, the Court entered an order closing the chapter 11 cases of The Pet Apothecary, LLC's debtor affiliates (collectively, the "**Affiliated Debtors**"). A complete list of the Affiliated Debtors, along with their federal tax identification numbers, is available through the Court's CM/ECF electronic case filing system (https://ecf.deb.uscourts.gov/) under Case No. 24-11192, at Docket No. 4.

11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended and applicable hereto, the "**Bankruptcy Code**").

2. On October 17, 2024, the Court entered the *Findings of Fact, Conclusions of Law and Order Confirming the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, et al.* [24-11188 - Docket No. 484] (the "**Confirmation Order**"). The Effective Date occurred on March 21, 2025 [24-11188 - Docket No. 797].

3. On May 2, 2025, the Court entered the *Order and Final Decree Closing Certain of the Chapter 11 Cases* [24-11188 - Docket No. 870] (the "**Partial Case Closing Order**"). Pursuant to the Partial Case Closing Order, *inter alia*, the chapter 11 case of The Pet Apothecary LLC, Case No. 24-11192 (TMH) (the "**Remaining Case**") remained open, each of the Debtors' other Chapter 11 Cases were closed, and all matters, including any claim objections with respect to claims against the Debtors, are to be filed, administered, and adjudicated in the Remaining Case.

4. The factual background relating to the Reorganized Debtor's commencement of these cases is set forth in detail in the *Declaration of Leo LaFranco in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings* [24-11188 - Docket No. 3] and the *Amended Disclosure Statement Relating to the Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al.* [24-11188 - Docket No. 258] and incorporated herein by reference.

**B. THE DEBTORS' SCHEDULES.**

5. On July 3, 2024, the Debtors filed their respective schedules of assets and liabilities and statements of financial affairs [Docket Nos. 141 through 194] (collectively, the "**Schedules**"). Certain of the Schedules were subsequently amended by the Debtors on March 14, 2025 [24-11188 - Docket Nos. 778-783].

### C. PROOFS OF CLAIM AND BAR DATES.

6. On June 26, 2024, the Court entered the *Order Pursuant to Bankruptcy Rule 3003(c)(3) and Local Rule 2002-1(e) Establishing Bar Dates and Related Procedures for Filing Proofs of Claim (Including for Administrative Expense Claims Arising Under Section 503(b)(9) of the Bankruptcy Code) and Approving the Form and Manner of Notice Thereof* [Docket No. 104], (i) requiring any person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts), other than a governmental unit, to file a proof of claim based on prepetition claims against the Debtors, including a claim entitled to priority under section 503(b)(9) of the Bankruptcy Code, on or prior to August 7, 2024, at 5:00 p.m. (*prevailing* Eastern Time), and (ii) establishing December 4, 2024, at 5:00 p.m. (*prevailing* Eastern Time) as the deadline by which any governmental unit (as such term is defined in section 101(27) of the Bankruptcy Code) was required to file a proof of claim based on prepetition claims against the Debtors.

## CLAIMS SATISFIED AFTER THE PETITION DATE

7. The Reorganized Debtor and its professionals have reviewed and continue to review the Debtors' books and records, the Debtors' Schedules, the filed proofs of claims, and the filings in these Chapter 11 Cases, and have determined that the Fully Satisfied Claims listed on **Exhibit A** have been satisfied in full by agreement or post-petition payments by the Reorganized Debtor to the holders of the applicable claims, or the assumption and cure of certain contracts and leases, as detailed on **Exhibit A**.

8. Accordingly, the Reorganized Debtor intends to have Stretto, the Court-appointed claims agent, to designate on the claims register in these Chapter 11 Cases that the Fully Satisfied Claims have been previously satisfied as provide for herein and on **Exhibit A** attached

hereto. The Reorganized Debtor is serving this Notice on all parties holding the Fully Satisfied Claims and providing such parties with an opportunity to object to the Reorganized Debtor's position that such amounts have been satisfied in full.

9. **ANY PARTY DISPUTING THE REORGANIZED DEBTOR'S POSITION THAT A PARTICULAR FULLY SATISFIED CLAIM HAS BEEN SATISFIED AS PROVIDED FOR HEREIN AND ON EXHIBIT A ATTACHED HERETO MUST FILE A WRITTEN RESPONSE WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, THIRD FLOOR, WILMINGTON, DELAWARE 19801, ON OR BEFORE OCTOBER 30, 2025, AT 4:00 P.M. (EASTERN TIME), AND SERVE SUCH RESPONSE ON THE UNDERSIGNED COUNSEL TO THE REORGANIZED DEBTOR.**

10. The Reorganized Debtor will then make a reasonable effort to review the Fully Satisfied Claim with the claimant to determine whether any asserted amounts were, in fact, not satisfied. In the event that the parties are unable to reach a resolution, the Reorganized Debtor anticipates that a hearing will be held on the matter at the next omnibus date of **November 13, 2025, at 11:00 a.m. (Eastern Time).**

11. Questions concerning this Notice should be directed to the undersigned counsel for the Reorganized Debtor. Claimants should not contact the Clerk of the Court to discuss the merits of their Fully Satisfied Claims or this Notice.

**RESERVATION OF RIGHTS**

12. The Reorganized Debtor reserves any and all rights to amend, supplement, or otherwise modify this Notice and the Schedules and to file additional notices of this nature and objections to claims with respect to any and all claims filed and amounts scheduled in these Chapter 11 Cases. The Reorganized Debtor also reserves any and all rights, claims, and defenses with respect to any and all of the Fully Satisfied Claims, and nothing included in or omitted from this Notice is intended or should be construed as (i) an admission as to the validity of any claim, (ii) a waiver of the Reorganized Debtor's rights to dispute any claim on any grounds, (iii) a promise or requirement to pay any claim, (iv) an implication or admission that any claim is of a type referenced or defined herein or therein, (v) a waiver or limitation of any of the Reorganized Debtor's rights under the Bankruptcy Code or applicable law, or (vi) a waiver of any party's rights to assert that any other party is in breach or default of any agreement.

Dated: October 15, 2025
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ William E. Chipman, Jr.

William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com

*Counsel for the Reorganized Debtor*