# EXHIBIT A

## SATISFIED CLAIMS

| Name of Claimant | Debtor | Claim No. | Claimed Amount | Reason for Objection |
|---|---|---|---|---|
| Franchise Tax Board | Optio Rx LLC | 38 | $5,004.36 | The Debtors' books and records indicate that this claim has been satisfied post-petition. |
| Franchise Tax Board | H&H Pharmacy, LLC | 39 | $4,002.94 | The Debtors' books and records indicate that this claim has been satisfied post-petition. |
| Franchise Tax Board | SMC Pharmacy, LLC | 40 | $1,607.78 | The Debtors' books and records indicate that this claim has been satisfied post-petition. |
| Franchise Tax Board | SMC Lyons Holdings, LLC | 41 | $5,003.71 | The Debtors' books and records indicate that this claim has been satisfied post-petition. |
| Franchise Tax Board | Concierge Pharmacy, LLC | 42 | $381.62 | The Debtors' books and records indicate that this claim has been satisfied post-petition. |
| Franchise Tax Board | Dr. Ike's Pharmacare LLC | 43 | $1,230.56 | The Debtors' books and records indicate that this claim has been satisfied post-petition. |
| Franchise Tax Board | Rose Pharmacy SA, LLC | 49 | $13,231.43 | The Debtors' books and records indicate that this claim has been satisfied post-petition. |
| Franchise Tax Board | Rose Pharmacy SF, LLC | 50 | $38.25 | The Debtors' books and records indicate that this claim has been satisfied post-petition. |
| Franchise Tax Board | FirstCare Pharmacy, LLC | 51 | $382.06 | The Debtors' books and records indicate that this claim has been satisfied post-petition. |
| Franchise Tax Board | Braun Pharma, LLC | 77 | $6,544.35 | The Debtors' books and records indicate that this claim has been satisfied post-petition. |