# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>The Pet Apothecary LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11192 (TMH)<br><br>**Related Docket No. 154**<br><br>NEW Hearing Date: November 24, 2025 at 2:00 p.m. (ET) |

## RE-NOTICE OF HEARING

PLEASE TAKE NOTICE that on September 24, 2025, the Claimant Dr. Rinku Patel ("**Claimant**") filed the *Motion To Rescind Settlement Agreement And / Or Modify Or Set Aside Order Approving Stipulation By And Between Reorganized Debtors And Dr. Rinku Patel Regarding Proof Of Claim No. 72* [Docket No. 154] (the "**Motion**"), with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that the Court has rescheduled the hearing on the Motion. The Motion shall be considered at a hearing scheduled in the above-captioned case for **November 24, 2025, at 2:00 p.m. (Eastern Time)** at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Courtroom 5, 5th Floor, Wilmington, Delaware 19801, before the Honorable Thomas M. Horan.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The Pet Apothecary, LLC (6074). The address of the Reorganized Debtor's corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062. On May 2, 2025, the Court entered an order closing the chapter 11 cases of The Pet Apothecary, LLC's debtor affiliates (collectively, the "**Affiliated Debtors**"). A complete list of the Affiliated Debtors, along with their federal tax identification numbers, is available through the Court's CM/ECF electronic case filing system (https://ecf.deb.uscourts.gov/) under Case No. 24-11192, at Docket No. 4.

Dated: October 17, 2025                     Respectfully submitted,

                                                                         **GOLDSTEIN & MCCLINTOCK, LLLP**

                                                                         By: */s/ Maria Aprile Sawczuk*
                                                                         Maria Aprile Sawczuk, Esq. (Bar ID 3320)
                                                                         Aaron R. Harburg (Bar ID 7207)
                                                                         501 Silverside Road, Suite 65
                                                                         Wilmington, DE 19809
                                                                         Telephone: (302) 444-6710
                                                                         marias@goldmclaw.com
                                                                         aaronh@goldmclaw.com

                                                                         *Counsel for Claimant Dr. Rinku Patel*