The Pet Apothecary 24-11192
October 17, 2025

| FirstName | LastName | Firm | Rep | Via |
|---|---|---|---|---|
| Stuart | Brown | DLA Piper LLP (US) | DLA Piper LLP (US) | Video and Audio |
| Carolyn | Fox | DLA Piper LLP (US) | DLA Piper LLP (US) | Video and Audio |
| Jamie | Knox | DLA Piper LLP (US) | DLA Piper LLP (US) | Video and Audio |
| Ryan | O&#039;Connor | DLA Piper LLP (US) | DLA Piper LLP (US) | Video and Audio |
| Joseph | Piesco | DLA Piper LLP (US) | DLA Piper LLP (US) | Video and Audio |
| Matthew | Sarna | DLA Piper LLP (US) | DLA Piper LLP (US) | Video and Audio |
| Maria | Sawczuk | Goldstein & McClintock LLLP | Dr. Rinku Patel | Video and Audio |
| William | Chipman | Chipman Brown Cicero & Cole, LLP | Reorganized Debtor | Video and Audio |
| Michelle | Dero | Chipman Brown Cicero & Cole, LLP | Reorganized Debtor | Video and Audio |
| Mark | Olivere | Chipman Brown Cicero & Cole, LLP | Reorganized Debtor | Video and Audio |