# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| The Pet Apothecary LLC, | Case No. 24-11192 (TMH) |
| Reorganized Debtor.[1] | Hearing Date: November 13, 2025, at 11:00 a.m. (ET)<br>Objection Deadline: November 6, 2025, at 4:00 p.m. (ET) |

## NOTICE OF REORGANIZED DEBTOR'S MOTION FOR ORDER (I) GRANTING FINAL DECREE AND CLOSING REMAINING OPEN CASE AND (II) TERMINATING CERTAIN CLAIMS AGENT AND NOTICING SERVICES

**PLEASE TAKE NOTICE** that on October 23, 2025, The Pet Apothecary LLC (the "**Reorganized Debtor**") filed with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") the *Reorganized Debtor's Motion for Order (I) Granting Final Decree and Closing Remaining Open Case and (II) Terminating Certain Claims Agent and Noticing Services* (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, Third Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Reorganized Debtor on or before **November 6, 2025, at 4:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable Thomas Horan at the Bankruptcy Court, 824 North Market Street, Third Floor, Courtroom No. 7, Wilmington, Delaware 19801 on **November 13, 2025, at 11:00 a.m. (Eastern Time).**

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The Pet Apothecary, LLC (6074). The address of the Reorganized Debtor's corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062. On May 2, 2025, the Court entered an order closing the chapter 11 cases of The Pet Apothecary, LLC's debtor affiliates (collectively, the "**Affiliated Debtors**"). A complete list of the Affiliated Debtors, along with their federal tax identification numbers, is available through the Court's CM/ECF electronic case filing system (https://ecf.deb.uscourts.gov/) under Case No. 24-11192, at Docket No. 4.

| | |
|---|---|
| Dated: October 23, 2025<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Mark D. Olivere*<br>William E. Chipman, Jr. (No. 3818)<br>Mark D. Olivere (No. 4291)<br>Alison R. Maser (No. 7430)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:    (302) 295-0191<br>Email: chipman@chipmanbrown.com<br>        olivere@chipmanbrown.com<br>        maser@chipmanbrown.com<br><br>*Counsel for the Reorganized Debtor* |

- 2 -

4938-4029-5793, v. 2