# WINTRUST BANK STATEMENT

## (July 2025)



**WINTRUST**
**BANK**®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Last Statement:** | June 30, 2025 |
| **Statement Ending:** | July 31, 2025 |
| **Page:** | 1 of 2 |

33645 TWS380WR080125024903 01 000000000 49 003



THE PET APOTHECARY LLC
1428 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

| COMMERCIAL CHECKING | Account Number: | XXXXXX1538 |
|---|---|---|

**Effective July 1, 2025**, the following monetary adjustments will be made to your Funds Availability Policy Disclosure:

- The first $275 (a change from $225) of any non-cash deposits made at any automatic teller machines (ATMs) or cash deposit made at a non-image enabled ATM will be available on the same business day of the deposit.

- For new customers special rules apply during the first 30 days your account is open. The first $6,725 (a change from $5,525) of funds from a day's total deposits of cashier's; certified; teller's; traveler's; and federal, state, and local government checks will be available on the first business day after the day of deposit if the deposit meets certain conditions.

- Funds you deposit by check may be delayed for a longer period in certain circumstances.  The dollar amounts have adjusted as follows:
  - Where you deposit checks totaling more than $6,725 (a change from $5,525) on any one day; or
  - On an account repeatedly overdrawn within the last six months may be delayed for a longer period of time.

## Balance Summary



| | |
|---|---|
| **Beginning Balance as of 07/01/25** | **$0.00** |
| + Deposits and Credits (2) | $994.64 |
| - Withdrawals and Debits (1) | $500.00 |
| **Ending Balance as of 07/31/25** | **$0.00** |
| Analysis or Maintenance Fees for Period | $494.64 |
| Number of Days in Statement Period | 31 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Jul 17 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 06/25 | -$494.64 |
| Jul 23 | PREAUTHORIZED DEBIT<br>Bill.com Payables U.S. Trustees B ill.com 015VYCTGGO KZ0M1 Acct 111-<br>24- 11192 - Multiple i | -$500.00 |

## BALANCE YOUR ACCOUNT

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

| 2. **Enter** the Bank Balance shown on this statement |  |
|---|---|
| **Add** deposits made by you, but not shown on this statement. |  |
|  |  |
|  |  |
|  |  |
| **Subtotal** |  |
|  |  |
| 3. **List** total of checks outstanding |  |
| **Subtract** check total from above Subtotal |  |
|  | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

## Important Information

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Account Number:** | XXXXXX1538 |
| **Statement Date:** | 07/31/2025 |
| **Page :** | 2 of 2 |



## Credits

| Date | Description | Additions |
|---|---|---|
| Jul 17 | AUTOMATIC TRANSFER | $494.64 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 23 | AUTOMATIC TRANSFER | $500.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Jun 30 | $0.00 | Jul 17 | $0.00 | Jul 23 | $0.00 |



# WINTRUST BANK STATEMENT

## (August 2025)



| | |
|---|---|
| **Last Statement:** | July 31, 2025 |
| **Statement Ending:** | August 29, 2025 |
| **Page:** | 1 of 2 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

33829 TWS380WR083025030355 01 000000000 49 003



THE PET APOTHECARY LLC
1428 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

| COMMERCIAL CHECKING | Account Number:    XXXXXX1538 |
|---|---|

**Effective July 1, 2025**, the following monetary adjustments were made to your Funds Availability Disclosure:

- The first $275.00 from any non-cash deposit made at an Automated Teller Machine (ATM) that we own or operate will be available the same day of the deposit, with the remainder of the deposit available no later than the second business day after the day of the deposit. Cash deposits made at any ATM we own or operate will be available on the same day of the deposit.
- Funds from any cash deposit or the first $275.00 from any non-cash deposits made at image-enabled ATMs we do not own or operate, will be available the next business day after the day of the deposit. The remainder of funds from non-cash deposits will be available no later than the fifth business day after the day of your deposit.
- The first $275.00 of any cash or non-cash deposit made at non-image enabled ATMs we do not own or operate will be available the next business day after the day of deposit, with the remainder of the deposit available no later than the fifth business day after the day of your deposit.

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 08/01/25** | **$0.00** |
| + Deposits and Credits (1) | $494.32 |
| - Withdrawals and Debits (0) | $0.00 |
| **Ending Balance as of 08/29/25** | **$0.00** |
| Analysis or Maintenance Fees for Period | $494.32 |
| Number of Days in Statement Period | 29 |



### Debits

| Date | Description | Subtractions |
|---|---|---|
| Aug 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 07/25 | -$494.32 |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Account Number:** | XXXXXX1538 |
| **Statement Date:** | 08/29/2025 |
| **Page :** | 2 of 2 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Aug 18 | AUTOMATIC TRANSFER | $494.32 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

## Daily Balances

| Date | Balance | Date | Balance | | |
|---|---|---|---|---|---|
| Jul 31 | $0.00 | Aug 18 | $0.00 | | |



# WINTRUST BANK STATEMENT

## (September 2025)



| | |
|---|---|
| **Last Statement:** | August 29, 2025 |
| **Statement Ending:** | September 30, 2025 |
| **Page:** | 1 of 1 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



33937 TWS380WR100125025346 01 000000000 49 002
THE PET APOTHECARY LLC
1428 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

## COMMERCIAL CHECKING                                    Account Number:    XXXXXX1538

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 08/30/25** | **$0.00** |
| + Deposits and Credits (1) | $494.00 |
| - Withdrawals and Debits (0) | $0.00 |
| **Ending Balance as of 09/30/25** | **$0.00** |
| Analysis or Maintenance Fees for Period | $494.00 |
| Number of Days in Statement Period | 32 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Sep 17 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 08/25 | -$494.00 |

### Credits

| Date | Description | Additions |
|---|---|---|
| Sep 17 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $494.00 |

### Daily Balances

| Date | Balance | Date | Balance | | |
|---|---|---|---|---|---|
| Aug 29 | $0.00 | Sep 17 | $0.00 | | |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement |  |
|---|---|
| **Add** deposits made by you, but not shown on this statement. |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Subtotal** |  |
|  |  |
| 3. **List** total of checks outstanding |  |
| **Subtract** check total from above Subtotal |  |
|  | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.