# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>The Pet Apothecary LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11192 (TMH)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE OF RESPONSES AND OBJECTIONS OF DR. RINKU PATEL TO REORGANIZED DEBTORS' REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO RINKU PATEL

PLEASE TAKE NOTICE that on October 27, 2025, a true and correct copy of *Responses and Objections of Dr. Rinku Patel to Reorganized Debtors' Request for Production of Documents Directed to Rinku Patel* was served via email upon the following parties:

William E. Chipman, Jr. (chipman@chipmanbrown.com)
Mark D. Olivere (olivere@chipmanbrown.com)
CHIPMAN BROWN CICERO & COLE, LLP
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801

Dated: October 31, 2025

Goldstein & McClintock, LLLP

*/s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk (No. 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
E-Mail: marias@goldmclaw.com

*Attorneys for Dr. Rinku Patel*

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The Pet Apothecary, LLC (6074). The address of the Reorganized Debtor's corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062. On May 2, 2025, the Court entered an order closing the chapter 11 cases of The Pet Apothecary, LLC's debtor affiliates (collectively, the "**Affiliated Debtors**"). A complete list of the Affiliated Debtors, along with their federal tax identification numbers, is available through the Court's CM/ECF electronic case filing system (https://ecf.deb.uscourts.gov/) under Case No. 24-11192, at Docket No. 4.