## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| The Pet Apothecary LLC, | Case No. 24-11192 (TMH) |
| Reorganized Debtor.[1] | |

**NON-DEBTORS PHARMACY MANAGEMENT LLC, ASHOK NAYYAR, JONATHAN TUNIS, JEFFREY KELLY, AND BARRY BEST'S WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR NOVEMBER 13, 2025, AT 11:00 A.M. (EASTERN TIME)**

Non-Debtors Pharmacy Management LLC, Ashok Nayyar, Jonathan Tunis, Jeffrey Kelly, and Barry Best ("**Non-Debtors**"), hereby file their Witness and Exhibit List for the Hearing scheduled for November 13, 2025, at 11:00 a.m. (Eastern Time) (the "**Hearing**") as follows:

### REORGANIZED DEBTOR'S WITNESSES

The Non-Debtors designate the following individuals who may be called as a witness:

(a) Dr. Rinku Patel as if on cross;
(b) The Non-Debtors reserves the right to cross-examine any witness called by any other party; and
(c) Rebuttal witnesses as necessary.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The Pet Apothecary, LLC (6074). The address of the Reorganized Debtor's corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062. On May 2, 2025, the Court entered an order closing the chapter 11 cases of The Pet Apothecary, LLC's debtor affiliates (collectively, the "**Affiliated Debtors**"). A complete list of the Affiliated Debtors, along with their federal tax identification numbers, is available through the Court's CM/ECF electronic case filing system (https://ecf.deb.uscourts.gov/) under Case No. 24-11192, at Docket No. 4.

## **EXHIBITS**

| Exhibit No. | Description | Docket No. (if available) |
|---|---|---|
| *In Re: The Pet Apothecary LLC, Case No. 24-11192 (TMH)* ||| 
| 1. | Debtors' Motion to Enforce the Automatic Stay and For Related Relief | 24-11188 — Docket No. 264 |
| 2. | Dr. Rinku Patel's Response to Debtors' Motion to Enforce the Automatic Stay and For Related Relief | 24-11188 — Docket No. 301 |
| 3. | Debtors' Reply in Further Support of Motion to Enforce the Automatic Stay and For Related Relief | 24-11188 — Docket No. 342 |
| 4. | Order Granting Debtors' Motion to Enforce the Automatic Stay and For Related Relief | 24-11188 — Docket No. 406 |
| 5. | September 13, 2024 Hearing Transcript | 24-11188 — Docket No. 408 |
| 6. | Dr. Rinku Patel's Motion to Preserve Right to Perform Setoff | 24-11188 — Docket No. 412 |
| 7. | Certification of Costs Regarding Debtors' Motion to Enforce the Automatic Stay and For Related Relief | 24-11188 — Docket No. 419 |
| 8. | Debtors' Limited Objection to Dr. Rinku Patel's Motion to Preserve Right to Perform Setoff | 24-11188 — Docket No. 456 |
| 9. | *Second Amended Joint Chapter 11 Plan of Reorganization of OptioRx, LLC, et al.* | 24-11188 — Docket No. 480 |
| 10. | *Findings of Fact, Conclusions of Law and Order Confirming the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization of OptioRx, LLC, et al.* | 24-11188 — Docket No. 484 |
| 11. | Certification of Counsel with Respect to Order Granting Dr. Rinku Patel's Motion for Right to Perform Setoff | 24-11188 — Docket No. 490 |
| 12. | Order Granting Dr. Rinku Patel's Motion for Right to Perform Setoff | 24-11188 — Docket No. 493 |
| 13. | Debtors' Third (Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1 | 24-11188 — Docket No. 776 |
| 14. | Dr. Rinku Patel's Opposition to Debtors' Third (Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1 | 24-11188 — Docket No. 844 |

| Exhibit No. | Description | Docket No. (if available) |
|---|---|---|
| 15. | Certification of Counsel | 24-11192 — Docket No. 145 |
| 16. | Order Approving Stipulation by and Between Reorganized Debtors and Dr. Rinku Patel Regarding Proof of Claim No. 72 | 24-11192 — Docket No. 146 |
| 17. | Objection to Dr. Rinku Patel's Motion to Rescind Settlement Agreement and / or Modify or Set Aside Order Approving Stipulation by and Between Reorganized Debtors and Dr. Rinku Patel Regarding Proof of Claim No. 72 | 24-11192 — Docket No. 162 |
| 18. | Objection of Pharmacy Management LLC, Ashok Nayyar, Jeffrey Kelly, Jonathan Tunis, and Barry Best to Dr. Rinku Patel's Motion to Rescind Settlement Agreement and / or Modify or Set Aside Order Approving Stipulation by and Between Reorganized Debtors and Dr. Rinku Patel Regarding Proof of Claim No. 72 | 24-11192 — Docket No. 163 |
| 19. | Letter Opinion Regarding Discovery Dispute | 24-11192 — Docket No. 184 |
| 20. | Email exchange between Maria Sawczuk and Rinku Patel, Bates stamped 00001 - 00049 | |
| 21. | Plaintiff's Motion to Clarify Bankruptcy Stipulation and to Extend the Deadline for Fact Discovery Close [Ill. Docket No. 64] | |
| 22. | Affidavit of Rinku Patel [Ill. Docket No. 64-1] | |
| 23. | Proof of Claim No. 72 filed by Rinku Patel | |
| 24. | Any document or pleading filed in the above-captioned Chapter 11 Case | |
| 25. | Any exhibit necessary for impeachment and/or rebuttal purposes | |
| 26. | Any exhibit identified or offered by any other party | |

## **RESERVATION OF RIGHTS**

The Non-Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list prior to the Hearing.

Dated: November 7, 2025                    **DLA PIPER LLP (US)**

*/s/ Stuart M. Brown*
Stuart M. Brown (4050)
Matthew S. Sarna (6578)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: stuart.brown@us.dlapiper.com
            matthew.sarna@us.dlapiper.com

*Counsel for the Non-Debtors Pharmacy Management LLC, Ashok Nayyar, Jonathan Tunis, Jeffrey Kelly, and Barry Best*