IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>The Pet Apothecary LLC,<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 24-11192 (TMH) |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that the undersigned hereby certifies that on November 12, 2025, a copy of the (i) *The Reorganized Debtor's Responses and Objections to Dr. Rinku Patel's First Set of Interrogatories Directed to the Reorganized Debtor* and (ii) *Reorganized Debtor's Objections and Responses to Dr. Rinku Patel's Second Set of Requests for Production of Documents Directed to the Reorganized Debtor*, were served on the party listed below *via* electronic mail:

> Maria Aprile Sawczuk, Esquire
> *Goldstein & McClintock, LLLP*
> 501 Silverside Road, Suite 65
> Wilmington, Delaware 19801
> Email: marias@goldmclaw.com

| | |
|---|---|
| Dated: November 12, 2025<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Mark D. Olivere*<br>William E. Chipman, Jr. (No. 3818)<br>Mark D. Olivere (No. 4291)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 295-0191<br>Email:  chipman@chipmanbrown.com<br>olivere@chipmanbrown.com<br><br>*Counsel for Reorganized Debtor* |

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The Pet Apothecary, LLC (6074). The address of the Reorganized Debtor's corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062. On May 2, 2025, the Court entered an order closing the chapter 11 cases of The Pet Apothecary, LLC's debtor affiliates (collectively, the "**Affiliated Debtors**"). A complete list of the Affiliated Debtors, along with their federal tax identification numbers, is available through the Court's CM/ECF electronic case filing system (https://ecf.deb.uscourts.gov/) under Case No. 24-11192, at Docket No. 4.