# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>The Pet Apothecary LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11192 (TMH) |

### NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 13, 2025, AT 11:00 A.M. (EASTERN TIME)

### PLEASE NOTE THAT THE HEARING HAS BEEN MOVED TO THE THIRD FLOOR, COURT ROOM 7

> **THIS PROCEEDING WILL BE CONDUCTED IN-PERSON. ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY *VIA* ZOOM. PLEASE REFER TO JUDGE HORAN'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE ([HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES](HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES)) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE HORAN'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**I.    UNCONTESTED MATTER(S) GOING FORWARD:**

1. Reorganized Debtor's Motion for Order (I) Granting Final Decree and Closing Remaining Open Case and (II) Terminating Certain Claims Agent and Noticing Services, filed on October 23, 2025 [24-11192 — [Docket No. 186](Docket No. 186)].

    Objection Deadline:    November 5, 2025, at 4:00 p.m. (Eastern Time).

---

[1]  The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The Pet Apothecary, LLC (6074). The address of the Reorganized Debtor's corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062. On May 2, 2025, the Court entered an order closing the chapter 11 cases of The Pet Apothecary, LLC's debtor affiliates (collectively, the "**Affiliated Debtors**"). A complete list of the Affiliated Debtors, along with their federal tax identification numbers, is available through the Court's CM/ECF electronic case filing system ([https://ecf.deb.uscourts.gov/](https://ecf.deb.uscourts.gov/)) under Case No. 24-11192, at Docket No. 4.

[2]  Amended items will appear in **bold.**

Responses Received:

i. Informal comments received from the Office of the United States Trustee (the "**U.S. Trustee**").

Related Pleadings: None.

Status: The Reorganized Debtor will present a revised order resolving the U.S. Trustee's comments. This matter will go forward.

## II. CONTESTED MATTER(S) GOING FORWARD:

2. Motion to Rescind Settlement Agreement and / or Modify or Set Aside Order Approving Stipulation by and Between Reorganized Debtors and Dr. Rinku Patel Regarding Proof of Claim No. 72, filed on September 24, 2025 [24-11192 — Docket No. 154].

   Objection Deadline: October 8, 2025, at 4:00 p.m. (Eastern Time).

   Responses Received:

   i. Objection to Dr. Rinku Patel's Motion to Rescind Settlement Agreement and / or Modify or Set Aside Order Approving Stipulation by and Between Reorganized Debtors and Dr. Rinku Patel Regarding Proof of Claim No. 72, filed on October 8, 2025 [24-11192 — Docket No. 162].

   ii. Objection of Pharmacy Management LLC, Ashok Nayyar, Jeffrey Kelly, Jonathan Tunis, and Barry Best to Dr. Rinku Patel's Motion to Rescind Settlement Agreement and / or Modify or Set Aside Order Approving Stipulation by and Between Reorganized Debtors and Dr. Rinku Patel Regarding Proof of Claim No. 72, filed on October 8, 2025 [24-11192 — Docket No. 163].

   Related Pleadings:

   A. Debtors' Third (Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on March 14, 2025 [24-11188 — Docket No. 776].

   B. Dr. Rinku Patel's Opposition to Debtors' Third (Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on April 4, 2025 [24-11188 — Docket No. 844].

   C. Certification of Counsel, filed on August 6, 2025 [24-11192 — Docket No. 145].

D. Order Approving Stipulation by and Between Reorganized Debtors and Dr. Rinku Patel Regarding Proof of Claim No. 72, entered on August 6, 2025 [24-11192 — Docket No. 146].

E. Notice of Hearing, filed on September 24, 2025 [24-11192 — Docket No. 155].

F. Notice of Virtual Status Conference Scheduled for October 7, 2025, at 1:00 p.m. (Eastern Time), filed on October 6, 2025 [24-11192 — Docket No. 159].

G. Re-Notice of Hearing, filed on October 7, 2025 [24-11192 — Docket No. 161].

H. Dr. Rinku Patel's Reply in Further Support of Motion to Rescind Settlement Agreement and / or Modify or Set Aside Order Approving Stipulation by and Between Reorganized Debtors and Dr. Rinku Patel Regarding Proof of Claim No. 72, filed on October 16, 2025 [24-11192 — Docket No. 172].

I. Notice of Virtual Status Conference Scheduled for October 17, 2025, at 1:30 p.m. (Eastern Time), filed on October 17, 2025 [24-11192 — Docket No. 174].

J. Re-Notice of Hearing, filed on October 17, 2025 [24-11192 — Docket No. 176].

K. Letter Opinion, entered on October 22, 2025 [24-11192 — Docket No. 184].

L. Notice of Virtual Status Conference Scheduled for October 30, 2025, at 3:00 p.m. (Eastern Time), filed on October 30, 2025 [24-11192 — Docket No. 190].

M. Dr. Rinku Patel's Exhibit and Witness List for Hearing Scheduled for November 13, 2025 at 11:00 a.m. (EST), filed on November 7, 2025 [24-11192 — Docket No. 198].

N. Reorganized Debtor's Witness and Exhibit List for Hearing Scheduled for November 13, 2025, at 11:00 a.m. (Eastern Time), filed on November 7, 2025 [24-11192 — Docket No. 199].

O. Non-Debtors Pharmacy Management LLC, Ashok Nayyar, Jonathan Tunis, Jeffrey Kelly, and Barry Best's Witness and Exhibit List for Hearing Scheduled for November 13, 2025, at 11:00 a.m. (Eastern Time), filed on November 7, 2025 [24-11192 — Docket No. 200].

P. **Reorganized Debtor's *Amended* Witness and Exhibit List for Hearing Scheduled for November 13, 2025, at 11:00 a.m. (Eastern Time), filed on November 11, 2025 [24-11192 — Docket No. 203].**

Status: This matter will go forward.

Dated: November 13, 2025
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ *Mark D. Olivere*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Alison R. Maser (No. 7430)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Email:   chipman@chipmanbrown.com
          olivere@chipmanbrown.com
          maser@chipmanbrown.com

*Counsel for Reorganized Debtor*