**CASE NAME:** The Pet Apothecary LLC
**CASE NO:** 24-11192

# SIGN-IN SHEET

**COURTROOM LOCATION:** 7
**DATE:** 11/13/2025 at 11:00am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| William Chapman | Chipman Brown Cicero & Cole | Reorganized Debtors |
| Alison Mash | " | " |
| Mark Oliver | " | " |
| Joseph Fosco | DLA Piper | Non-Debtor Defendants |
| Ryan O'Connor | " | Non-Debtor Defendants |
| Matthew Sarna | " | Non-Debtor Defendants |
| Maria Aprile Sawczuk | Goldstein & McClintock LLLP | Dr. Patel |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

The Pet Apothecary 24-11192
November 13, 2025

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Carolyn | Fox | DLA Piper LLP (US) | DLA Piper LLP (US) | Video and Audio |
| Jamie | Knox | DLA Piper LLP (US) | DLA Piper LLP (US) | Video and Audio |
| Jeff | Kelly | MCCP | MCCP | Video and Audio |
| Jonathan | Tunis | MCCP | MCCP | Video and Audio |
| Michelle | Dero | Chipman Brown Cicero & Cole, LLP | Reorganized Debtor | Video and Audio |
| Mark | Olivere | Chipman Brown Cicero & Cole, LLP | Reorganized Debtor | Video and Audio |
| Uday | Gorrepati | | | Audio Only |