IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| The Pet Apothecary LLC, | Case No. 24-11192 (TMH) |
| Reorganized Debtor.[1] | **Related Docket Nos. 154, 162, 163, and 172** |

**CERTIFICATION OF COUNSEL REGARDING DR. RINKU PATEL'S MOTION TO RESCIND SETTLEMENT AGREEMENT AND / OR MODIFY OR SET ASIDE ORDER APPROVING STIPULATION BY AND BETWEEN REORGANIZED DEBTORS AND DR. RINKU PATEL REGARDING PROOF OF CLAIM NO. 72**

The undersigned counsel for the above-captioned reorganized debtor (the "**Reorganized Debtor**") hereby certifies as follows:

1. On September 24, 2025, Dr. Rinku Patel ("**Dr. Patel**") filed *Dr. Rinku Patel's Motion to Rescind Settlement Agreement and / or Modify or Set Aside Order Approving Stipulation By and Between Reorganized Debtors and Dr. Rinku Patel Regarding Proof of Claim No. 72* [Docket No. 154] (the "**Motion**").

2. On October 8, 2025, the Reorganized Debtor filed the *Objection to Dr. Rinku Patel's Motion to Rescind Settlement Agreement and / or Modify or Set Aside Order Approving Stipulation By and Between Reorganized Debtors and Dr. Rinku Patel Regarding Proof of Claim No. 72* [Docket No. 162].

3. On October 8, 2025, Ashok Nayyar, Jeffrey Kelly, Jonathan Tunis, and Barry Best (the "**Individual Defendants**"), and Pharmacy Management LLC ("**Pharmacy Management**" and together with the Individual Defendants, the "**Non-Debtor Objectors**") filed

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The Pet Apothecary, LLC (6074). The address of the Reorganized Debtor's corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062. On May 2, 2025, the Court entered an order closing the chapter 11 cases of The Pet Apothecary, LLC's debtor affiliates (collectively, the "**Affiliated Debtors**"). A complete list of the Affiliated Debtors, along with their federal tax identification numbers, is available through the Court's CM/ECF electronic case filing system (https://ecf.deb.uscourts.gov/) under Case No. 24-11192, at Docket No. 4.

the *Objection of Pharmacy Management LLC, Ashok Nayyar, Jeffrey Kelly, Jonathan Tunis, and Barry Best to Dr. Rinku Patel's Motion to Rescind Settlement Agreement and / or Modify or Set Aside Order Approving Stipulation By and Between Reorganized Debtors and Dr. Rinku Patel Regarding Proof of Claim No. 72* [Docket No. 163].

4. On October 16, 2025, Dr. Patel filed *Dr. Rinku Patel's Reply in Further Support of Motion to Rescind Settlement Agreement and / or Modify or Set Aside Order Approving Stipulation By and Between Reorganized Debtors and Dr. Rinku Patel Regarding Proof of Claim No. 72* [Docket No. 172].

5. A hearing was held on November 13, 2025 wherein the Court denied the Motion for the reasons set forth on the record.

6. The Reorganized Debtor hereby submits a proposed form of order (the "**Proposed Order**"), attached hereto as <u>**Exhibit A**</u>, denying the Motion. The Proposed Order has been reviewed and approved by counsel for Dr. Patel and counsel for the Non-Debtor Objectors.

**WHEREFORE**, the Reorganized Debtor respectfully requests that the Court enter the Proposed Order attached hereto as <u>**Exhibit A**</u> at its earliest convenience.

Dated: November 17, 2025
Wilmington, Delaware

CHIPMAN BROWN CICERO & COLE, LLP

*/s/ Mark D. Olivere*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Alison R. Maser (No. 7430)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Email:         chipman@chipmanbrown.com
               olivere@chipmanbrown.com
               maser@chipmanbrown.com

*Counsel for the Reorganized Debtor*