# EXHIBIT A

*Proposed* Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| The Pet Apothecary LLC, | Case No. 24-11192 (TMH) |
| Reorganized Debtor.[1] | **Related Docket Nos. 154, 162, and 163** |

### ORDER DENYING DR. RINKU PATEL'S MOTION TO RESCIND SETTLEMENT AGREEMENT AND / OR MODIFY OR SET ASIDE ORDER APPROVING STIPULATION BY AND BETWEEN REORGANIZED DEBTORS AND DR. RINKU PATEL REGARDING PROOF OF CLAIM NO. 72

Upon consideration of *Dr. Rinku Patel's Motion to Rescind Settlement Agreement and / or Modify or Set Aside Order Approving Stipulation By and Between Reorganized Debtors and Dr. Rinku Patel Regarding Proof of Claim No. 72* [Docket No. 154] (the "**Motion**") and the objections filed in response to the Motion [Docket Nos. 162, 163]; and upon the record of the November 13, 2025 hearing (the "**Hearing**"); and after due deliberation, and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is DENIED for the reasons set forth on the record of the Hearing.

2. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The Pet Apothecary, LLC (6074). The address of the Reorganized Debtor's corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062. On May 2, 2025, the Court entered an order closing the chapter 11 cases of The Pet Apothecary, LLC's debtor affiliates (collectively, the "**Affiliated Debtors**"). A complete list of the Affiliated Debtors, along with their federal tax identification numbers, is available through the Court's CM/ECF electronic case filing system (https://ecf.deb.uscourts.gov/) under Case No. 24-11192, at Docket No. 4.