IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>The Pet Apothecary LLC,<br><br>        Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 24-11192 (TMH) |

## FINAL REPORT IN CHAPTER 11 CASE

Pursuant to Local Rule 3022-1(c), the following is a final report regarding this Chapter 11 Case:

1.    All expenses arising from the administration of the Reorganized Debtor's estate and this chapter 11 case, including, without limitation, Section 1930 Fees, have been paid, will be paid before the hearing on this Motion, or will be paid as and when such expenses come due.

2.    The Plan has been substantially consummated and all distributions and transactions that were required to be made pursuant to the Plan have been made or will be made in accordance with the terms of the Plan or by the Hearing Date.

3.    All motions, applications, contested matters, and other proceedings that were before this Court with respect to this chapter 11 case have been resolved, dismissed, or withdrawn or will be resolved, dismissed, or withdrawn prior to or on the Hearing Date.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The Pet Apothecary, LLC (6074). The address of the Reorganized Debtor's corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062. On May 2, 2025, the Court entered an order closing the chapter 11 cases of The Pet Apothecary, LLC's debtor affiliates (collectively, the "**Affiliated Debtors**"). A complete list of the Affiliated Debtors, along with their federal tax identification numbers, is available through the Court's CM/ECF electronic case filing system (https://ecf.deb.uscourts.gov/) under Case No. 24-11192, at Docket No. 4.

- 2 -

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: November 17, 2025                                         /s/ *Leo LaFranco*
                                                                 Leo LaFranco
                                                                 Chief Financial Officer