**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| The Pet Apothecary LLC, | Case No. 24-11192 (TMH) |
| Reorganized Debtor.[1] | **Related Docket No. 186** |

**CERTIFICATION OF COUNSEL REGARDING REORGANIZED DEBTOR'S**
**MOTION FOR ORDER (I) GRANTING FINAL DECREE AND CLOSING**
**REMAINING OPEN CASE AND (II) TERMINATING CERTAIN**
**CLAIMS AGENT AND NOTICING SERVICES**

The undersigned counsel for the above-captioned reorganized debtor (the "**Reorganized Debtor**") hereby certifies as follows:

1.      On October 23, 2025, the Debtors filed the *Reorganized Debtor's Motion for Order (I) Granting Final Decree and Closing Remaining Open Case and (II) Terminating Certain Claims Agent and Noticing Services* [Docket No. 186] (the "**Motion**"). Attached to the Motion as Exhibit A was a proposed order (the "**Proposed Order**").

2.      Pursuant to the *Notice of Reorganized Debtor's Motion for Order (I) Granting Final Decree and Closing Remaining Open Case and (II) Terminating Certain Claims Agent and Noticing Services*, the deadline to file objections regarding the relief requested in the Motion was November 6, 2025 (the "**Objection Deadline**").

3.      Prior to the Objection Deadline, the Debtors received informal comments from the Office of the United States Trustee (the "**U.S. Trustee**").

---

[1]   The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The Pet Apothecary, LLC (6074). The address of the Reorganized Debtor's corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062. On May 2, 2025, the Court entered an order closing the chapter 11 cases of The Pet Apothecary, LLC's debtor affiliates (collectively, the "**Affiliated Debtors**"). A complete list of the Affiliated Debtors, along with their federal tax identification numbers, is available through the Court's CM/ECF electronic case filing system (https://ecf.deb.uscourts.gov/) under Case No. 24-11192, at Docket No. 4.

4.      The Debtors hereby submit a revised form of order (the "**Revised Order**"), attached hereto as **Exhibit A**, which reflects changes to the Proposed Order attached to the Motion and incorporates comments from the U.S. Trustee and the Revised Order has been reviewed and approved by the U.S. Trustee. Attached as **Exhibit B** is a blackline of the Revised Order against the Proposed Order.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Order attached hereto as **Exhibit A** at its earliest convenience.

Dated: November 17, 2025
   Wilmington, Delaware

CHIPMAN BROWN CICERO & COLE, LLP


_/s/ Mark D. Olivere_
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Alison R. Maser (No. 7430)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Email:    chipman@chipmanbrown.com
    olivere@chipmanbrown.com
    maser@chipmanbrown.com

_Counsel for the Reorganized Debtor_