# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| The Pet Apothecary LLC, | Case No. 24-11192 (TMH) |
|           Reorganized Debtor.[1] | Related Docket No. 186 |

## ORDER (I) GRANTING FINAL DECREE AND CLOSING REMAINING OPEN CASE AND (II) TERMINATING CERTAIN CLAIMS AGENT AND NOTICING SERVICES

Upon consideration of the motion (the "**Motion**")[2] of the Reorganized Debtor, for (i) entry of an order granting a final decree closing the Remaining Open Case, and (ii) terminating the Official Claims Agent and Noticing Services provided by Stretto; and the Court having considered the Motion and all related pleadings and documents; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware* dated as of February 29, 2012, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances; and after due deliberation, and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The Pet Apothecary, LLC (6074). The address of the Reorganized Debtor's corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062. On May 2, 2025, the Court entered an order closing the chapter 11 cases of The Pet Apothecary, LLC's debtor affiliates (collectively, the "**Affiliated Debtors**"). A complete list of the Affiliated Debtors, along with their federal tax identification numbers, is available through the Court's CM/ECF electronic case filing system (https://ecf.deb.uscourts.gov/) under Case No. 24-11192, at Docket No. 4.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2. The Remaining Open Case, Case No. 24-11192 (TMH), is closed and a final decree is granted effective as of the date hereof; provided, however, that this Court shall retain jurisdiction as provided for in the Plan and in the Confirmation Order.

3. This Order shall be entered on the docket of Case No. 24-11192 (TMH).

4. Entry of this Order is without prejudice to the rights of the Reorganized Debtor or other parties in interest to seek to reopen the Remaining Case for cause pursuant to section 350(b) of the Bankruptcy Code.

5. On or prior to 21-days after entry of this Order, the Reorganized Debtor shall (i) submit a post-confirmation quarterly report for the portion of the fourth quarter of calendar year 2025 during which the Chapter 11 Cases remained open and (ii) pay all Section 1930 Fees that are due and owing for such time period. The Office of the United States Trustee for the District of Delaware reserves the right to move to reopen the Chapter 11 Cases in the event that such report is not submitted, and all Section 1930 Fees have not been paid on a timely basis.

6. The Services provided in the Chapter 11 Cases by Stretto are terminated in accordance with the Motion and this Order. Thereafter, Stretto shall have no further obligations to this Court, the Reorganized Debtor, or any other party in interest with respect to any Services in the Remaining Case.

7. Pursuant to Local Rule 2002-1(e)(ix), within twenty-eight (28) days of entry of a final decree, Stretto will forward to the Clerk of the Court an electronic version of all proofs of claim, upload the creditor matrix into CM/ECF, and docket a final claims register. Stretto also shall box and deliver all original claims to the Philadelphia Federal Records Center, 14700 Townsend Road, Philadelphia, Pennsylvania 19154 and docket a completed SF-135 Form indicating the accession and location numbers of the archived claims.

8.  Pursuant to Local Rule 2002-1(e)(x), within fourteen (14) days after entry of an order terminating the services of the claims agent, Stretto will (i) forward to the Clerk an electronic version of all proofs of claim, (ii) upload the publicly available portions of the creditor matrix into CM/ECF, (iii) forward to the Clerk the sealed portions of the creditor matrix in the format requested by the Clerk, and (iv) docket a final claims register.

9.  The Reorganized Debtor and its agents are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree and Order in accordance with the Motion.

10. Notwithstanding anything to the contrary, the terms and conditions of this Final Decree and Order shall be immediately effective and enforceable upon its entry.

11. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Final Decree and Order.

**Dated: November 17th, 2025**
**Wilmington, Delaware**

THOMAS M. HORAN
UNITED STATES BANKRUPTCY JUDGE

4928-9925-5157