# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
The Pet Apothecary LLC  
407 West Silver Spring Drive  
Milwaukee, WI 53217  
  **EIN:** 39−1956074

**Chapter:** 11

**Case No.:** 24−11192−TMH

Optio Rx, LLC  
3701 Commercial Avenue  
Suite 14  
Northbrook, Il 60062  
  **EIN:** 82−5158436

### *CLERK'S NOTICE OF NON−COMPLIANCE*

NOTE: Claims Agents must fully comply with the requirements of Local Rule 2002−1(f) upon entry of an Order terminating its services.

On 11/17/2025 an Order was entered closing the above−mentioned case.

To date, as the Claims Agent of record, you have failed to take the following required actions, which were due within 14 days of entry of the Order:

- ☑ Forward to the Clerk an electronic version of all imaged claims
- ☑ Upload the creditor mailing list into CM/ECF
- ☑ Docket a Final Claims Register. If a case has jointly−administered entities, one combined register shall be docketed in the lead case containing claims of all cases
- ☐ Docket a completed SF−135 Form (Records Transmittal & Receipt) indicating the accession and location numbers of the archived claims.

Continued failure to resolve the unsatisfied requirements noted above may result in your removal from the Delaware Bankruptcy Court listing of approved claims agencies.

Dated: 12/29/25

Stephen L Grant , Clerk of Court

(VAN−414)

Case 24-11192-TMH    Doc 221    Filed 12/31/25    Page 2 of 6

United States Bankruptcy Court
District of Delaware

| | |
|---|---|
| In re: | Case No. 24-11192-TMH |
| The Pet Apothecary LLC | Chapter 11 |
| Optio Rx, LLC | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 29, 2025 | Form ID: van414 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| clagent | + Email/Text: cr-info@stretto.com | Dec 29 2025 20:11:00 | Stretto, www.stretto.com, 410 Exchange, Ste 100, Irvine, CA 92602-1331 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Dec 31, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Hiller | on behalf of Interested Party Cardinal Health 112 LLC ahiller@adamhillerlaw.com |
| Adam Hiller | on behalf of Interested Party Cardinal Health 110 LLC ahiller@adamhillerlaw.com |
| Alan Michael Root | on behalf of Debtor Optio Rx LLC root@chipmanbrown.com, aroot51@hotmail.com;fusco@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com;dero@chipmanbrown.com |
| Amrit S. Kapai | on behalf of Creditor Rinku Patel amritk@goldmclaw.com |

| District/off: 0311-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 29, 2025 | Form ID: van414 | Total Noticed: 1 |

Austin Park
    on behalf of Interested Party Skin Medicinals LLC apark@morrisnichols.com  austin-park-7609@ecf.pacerpro.com

Christopher M. Samis
    on behalf of Interested Party Ad Hoc Group of Mezz Lenders
    leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Damien Nicholas Tancredi
    on behalf of Creditor Delco Pharmacy Corp. damien.tancredi@flastergreenberg.com
    damien.tancredi@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

Damien Nicholas Tancredi
    on behalf of Creditor Jordana Siegel damien.tancredi@flastergreenberg.com
    damien.tancredi@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

Damien Nicholas Tancredi
    on behalf of Creditor 121 Central Pharmacy Corp. damien.tancredi@flastergreenberg.com
    damien.tancredi@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

Damien Nicholas Tancredi
    on behalf of Creditor Greg Savino damien.tancredi@flastergreenberg.com
    damien.tancredi@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

Damien Nicholas Tancredi
    on behalf of Creditor Baybridge Pharmacy Corp. damien.tancredi@flastergreenberg.com
    damien.tancredi@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

Damien Nicholas Tancredi
    on behalf of Creditor PIA Holdings  Inc. damien.tancredi@flastergreenberg.com,
    damien.tancredi@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

David T Queroli
    on behalf of Debtor Optio Rx  LLC Queroli@rlf.com,
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

David W. Carickhoff
    on behalf of Debtor Optio Rx  LLC carickhoff@chipmanbrown.com, dero@chipmanbrown.com;whalen@chipmanbrown.com

Don Stecker
    on behalf of Creditor Bexar County don.stecker@lgbs.com  don.stecker@ecf.courtdrive.com

Evan T. Miller
    on behalf of Creditor Committee Official Committee of Unsecured Creditors evan.miller@saul.com
    robyn.warren@saul.com;sean.kenny@saul.com

Evan T. Miller
    on behalf of Creditor Committee Committee of Unsecured Creditors evan.miller@saul.com
    robyn.warren@saul.com;sean.kenny@saul.com

L. Katherine Good
    on behalf of Interested Party Ad Hoc Group of Mezz Lenders kgood@potteranderson.com
    leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Laura Davis Jones
    on behalf of Financial Advisor Paladin Management Group  LLC ljones@pszjlaw.com, efile1@pszjlaw.com

Levi Akkerman
    on behalf of Interested Party Ad Hoc Group of Mezz Lenders lakkermanesq@gmail.com  tmistretta@potteranderson.com

Louis T. DeLucia
    on behalf of Creditor Pareto Optio LLC louis.delucia@icemiller.com  john.acquaviva@icemiller.com

Maria Kotsiras
    on behalf of Interested Party Ad Hoc Group of Mezz Lenders mkotsiras@potteranderson.com
    kmccloskey@potteranderson.com;tmistretta@potteranderson.com;bankruptcy@potteranderson.com

Maria Aprile Sawczuk
    on behalf of Creditor Rinku Patel marias@goldmclaw.com  marias@ecf.courtdrive.com

Mark D. Olivere
    on behalf of Debtor Optio Rx  LLC olivere@chipmanbrown.com,
    fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com

Mark D. Olivere
    on behalf of Debtor The Pet Apothecary LLC olivere@chipmanbrown.com
    fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com

Mary F. Caloway
    on behalf of Financial Advisor Paladin Management Group  LLC mcaloway@pszjlaw.com

Matthew B. Harvey

Case 24-11192-TMH    Doc 221    Filed 12/31/25    Page 5 of 6

| District/off: 0311-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 29, 2025 | Form ID: van414 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Skin Medicinals LLC mharvey@mnat.com matt-harvey-8145@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com |
| Matthew O Talmo | |
| | on behalf of Interested Party Skin Medicinals LLC mtalmo@mnat.com matthew-talmo-2348@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com |
| Matthew Steven Sarna | |
| | on behalf of Interested Party Loan Admin Co LLC matthew.sarna@us.dlapiper.com  DLAPiper@ecfxmail.com |
| Michelle G. Novick | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors michelle.novick@saul.com |
| Nicholas Franchi | |
| | on behalf of Debtor Optio Rx  LLC franchi@rlf.com |
| Nicholas Smargiassi | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors nicholas.smargiassi@saul.com robyn.warren@saul.com;sean.kenny@saul.com |
| Nicholas Alexander Pasalides | |
| | on behalf of Creditor NYIP Owner II LLC npasalides@eckertseamans.com |
| Reliable Companies | |
| | gmatthews@reliable-co.com |
| Ricardo Palacio, Esq | |
| | on behalf of Interested Party Marc Wank rpalacio@ashbygeddes.com kjones@ashbygeddes.com;DKosloske@ashbygeddes.com;adellose@ashbygeddes.com;ktsaganos@ashbygeddes.com |
| Sally B Fox | |
| | on behalf of Interested Party Bryan Henderson sfox@esclaw.com  kturk@esclaw.com |
| Scott Alan Zuber | |
| | on behalf of Interested Party Cardinal Health 112  LLC szuber@csglaw.com, ecf@csglaw.com |
| Scott Alan Zuber | |
| | on behalf of Interested Party Cardinal Health 110  LLC szuber@csglaw.com, ecf@csglaw.com |
| Stuart M. Brown | |
| | on behalf of Interested Party Ashok Nayyar  Jeffrey Kelly, Jonathan Tunis, and Barry Best stuart.brown@dlapiper.com, DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com |
| Stuart M. Brown | |
| | on behalf of Interested Party Pharmacy Management LLC stuart.brown@dlapiper.com DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com |
| Stuart M. Brown | |
| | on behalf of Interested Party Loan Admin Co LLC stuart.brown@dlapiper.com DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com |
| Tara L. Lattomus | |
| | on behalf of Creditor NYIP Owner II LLC delawarebankruptcy@eckertseamans.com tlattomus@eckertseamans.com;mrutkowski@eckertseamans.com |
| Terri Jane Freedman | |
| | on behalf of Interested Party Cardinal Health 112  LLC tfreedman@csglaw.com |
| Terri Jane Freedman | |
| | on behalf of Interested Party Cardinal Health 110  LLC tfreedman@csglaw.com |
| Turner Falk | |
| | on behalf of Creditor Committee Committee of Unsecured Creditors turner.falk@saul.com  tnfalk@recap.email |
| U.S. Trustee | |
| | USTPRegion03.WL.ECF@USDOJ.GOV |
| William E. Chipman, Jr. | |
| | on behalf of Debtor Optio Rx  LLC chipman@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com |
| William E. Chipman, Jr. | |
| | on behalf of Debtor The Pet Apothecary LLC chipman@chipmanbrown.com fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com |
| Zachary Javorsky | |
| | on behalf of Attorney Richards  Layton & Finger, P.A. javorsky@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com |
| Zachary Javorsky | |
| | on behalf of Debtor Optio Rx  LLC javorsky@rlf.com, |

District/off: 0311-1 User: admin Page 4 of 4
Date Rcvd: Dec 29, 2025 Form ID: van414 Total Noticed: 1

rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

TOTAL: 50